AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

06-379

DAVID W. WILLIAMSON

Plaintiff

V.

CORRECTIONAL MEDICAL SERVICES, INC.
ET AL,

Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __David Williamson, Plaintiff__ declare that I am the (check appropriate box)

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JUN 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?    • Yes
   Please see attached Exh. A-1.
   If "YES" state the place of your incarceration __Delaware Correctional Center__

   **Inmate Identification Number (Required):** SBI #00183022

   Are you employed at the institution? __Yes__ Do you receive any payment from the institution? __Yes__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*  See attached Exh. B-1.

2. Are you currently employed?    • No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer. N/A.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      Please see Affidavit attached Exh. A-1.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. | Business, profession or other self-employment | • • No |
   | b. | Rent payments, interest or dividends | • • No |
   | c. | Pensions, annuities or life insurance payments | • • No |
   | d. | Disability or workers compensation payments | • • No |
   | e. | Gifts or inheritances | • • No |
   | f. | Any other sources | • • Yes |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive Yes (F)

   Nominal allowance used for necessaries (about $100.00 a month), however, there is no assurance that it will continue.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.  Do you have any cash or checking or savings accounts?    ( No )

    If "Yes" state the total amount $ ___N/A___

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    PLEASE SEE ATTACHED EX A-1    ( No )

    If "Yes" describe the property and state its value.
    
    N/A

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

    D͟ W͟ , HIS FATHER,
    M͟ W͟ , HER FATHER, AND
    A͟ W͟ , HER FATHER.
    SUPPORT IS SET AT $197.00 BIWEEKLY.

I declare under penalty of perjury that the above information is true and correct.

___1-31-06___                    ___David W_____
DATE                              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Affidavit of David W. Williamson

1. I David Williamson am the Affiant listed above and do depose and say the following in support of the instant Motion to Proceed Informa Pauperis in the United States District Court for the District of Delaware:

2. Affiant swears under penalty of perjury that the attached Motion to Proceed Informa Pauperis is true and correct.

3. Affiant is an inmate at the Delaware Correctional Center, 1181 Paddock Rd., Smyrna, DE 19977, and has been incarcerated over nine years of a twenty-three year sentence.

4. Affiant has no real property, stocks, bonds, pensions, insurance, safety deposit boxes, and his only source of income is his prison work job. There is a current six month prison account statement attached.

5. Affiant's last employment was in 1996 with the Shonac Shoe Corp. as a General Manager; Affiant's salary was twenty-eight thousand-five hundred dollars.   ELSMERE, WILMINGTON DE 19804.

6. Affiant has three children of which he is responsible for child support, however, has not been able to make formal payments since his incarceration. He assists intermittently when possible.

7. The above is true and correct as Affiant believes it to be.

Sworn and Subscribed before me this 6th day of February, 2006

David W. Williamson

Notary Public

A-1

1

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06-379

TO:     David Williamson SBI#: 183022

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   January 27, 2006

FILED
JUN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

*Attached are copies of your inmate account statement for the months of* July 1, 2005 *to* December 31, 2005

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| July | 214.74 |
| Aug | 167.35 |
| Sept | 289.47 |
| Oct | 350.06 |
| Nov | 103.54 |
| Dec | 247.62 |

Average daily balances/6 months: 238.93

Attachments
CC: File

Stacy Shane
1/27/06

[notary signature]
1/30/06
Notary Public

# Individual Statement

## For Month of July 2005

Date Printed: 1/26/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $121.29 | | |
|---|---|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | | | | |
| Current Location: | W1 | | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 7/1/2005 | $94.89 | $0.00 | $0.00 | $216.18 | 126843 | | | |
| Visit | 7/5/2005 | $50.00 | $0.00 | $0.00 | $266.18 | 127482 | 133893702-19416 | PRISON INDUSTRIES | D WILLIAMSON |
| Canteen | 7/6/2005 | ($28.49) | $0.00 | $0.00 | $237.69 | 128523 | | | |
| Visit | 7/8/2005 | $50.00 | $0.00 | $0.00 | $287.69 | 129904 | 124426566-20297 | ST VINCENT DE PAU | D WILLIAMSON |
| Pay-To | 7/8/2005 | ($10.00) | $0.00 | $0.00 | $277.69 | 130067 | | | |
| Canteen | 7/13/2005 | ($19.93) | $0.00 | $0.00 | $257.76 | 131449 | | | |
| Pay-To | 7/15/2005 | ($50.00) | $0.00 | $0.00 | $207.76 | 132072 | | D WILLIAMSON | |
| Canteen | 7/20/2005 | ($22.68) | $0.00 | $0.00 | $185.08 | 133752 | | | |
| Canteen | 7/27/2005 | ($22.61) | $0.00 | $0.00 | $162.47 | 136620 | | | |

Ending Mth Balance: $162.47

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($9.10)

# Individual Statement

## For Month of August 2005

Date Printed: 1/26/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $162.47 | |
|---|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | | | |
| Current Location: | W1 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 8/1/2005 | ($50.00) | $0.00 | $0.00 | $112.47 | 138486 | | D WILLIAMSON | |
| Misc Wage | 8/2/2005 | $76.74 | $0.00 | $0.00 | $189.21 | 139534 | | PRISON INDUSTRIES | |
| Canteen | 8/3/2005 | ($27.25) | $0.00 | $0.00 | $161.96 | 139869 | | | |
| Visit | 8/4/2005 | $50.00 | $0.00 | $0.00 | $211.96 | 140399 | 24430481-20617 | | D WILLIAMSON |
| Pay-To | 8/5/2005 | ($20.00) | $0.00 | $0.00 | $191.96 | 141218 | | N WILLIAMSON-GRE | |
| Canteen | 8/10/2005 | ($22.56) | $0.00 | $0.00 | $169.40 | 143293 | | | |
| Pay-To | 8/11/2005 | ($1.52) | $0.00 | $0.00 | $167.88 | 143955 | | DST/POSTAGE | |
| Canteen | 8/17/2005 | ($21.90) | $0.00 | $0.00 | $145.98 | 145722 | | | |
| Pay-To | 8/19/2005 | ($1.52) | $0.00 | $0.00 | $144.46 | 147026 | | DST/POSTAGE | |
| Canteen | 8/24/2005 | ($23.61) | $0.00 | $0.00 | $120.85 | 148648 | | | |
| Mail | 8/24/2005 | $50.00 | $0.00 | $0.00 | $170.85 | 148884 | 12443337 | | D WILLIAMSON |
| Canteen | 8/31/2005 | ($25.36) | $0.00 | $0.00 | $145.49 | 151084 | | | |
| Mail | 8/31/2005 | $20.00 | $0.00 | $0.00 | $165.49 | 151376 | 4720094988 | | C RICHARDSON |

Ending Mth Balance: $165.49

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($9.10)

# Individual Statement

## For Month of September 2005

Date Printed: 1/26/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $165.49 |
|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | | |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 9/1/2005 | $111.72 | $0.00 | $0.00 | $277.21 | 152108 | | PRISON INDUSTRIES | |
| Visit | 9/5/2005 | $50.00 | $0.00 | $0.00 | $327.21 | 153329 | 0128598057 | | D WILLIAMSON |
| Supplies-MailP | 9/6/2005 | $0.00 | $0.00 | ($3.13) | $327.21 | 153055 | | DST/POSTAGE | |
| Canteen | 9/6/2005 | ($29.36) | $0.00 | $0.00 | $297.85 | 154066 | | | |
| Supplies-MailP | 9/9/2005 | ($3.13) | $0.00 | $0.00 | $294.72 | 155989 | | DST/POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($1.29) | $294.72 | 156200 | | POSTAGE | |
| Supplies-MailP | 9/12/2005 | $0.00 | $0.00 | ($3.85) | $294.72 | 156361 | | POSTAGE | |
| Canteen | 9/14/2005 | ($26.40) | $0.00 | $0.00 | $268.32 | 157651 | | | |
| Visit | 9/19/2005 | $50.00 | $0.00 | $0.00 | $318.32 | 159190 | 128600685-14288 | | D WILLIAMSON |
| Canteen | 9/21/2005 | ($17.06) | $0.00 | $0.00 | $301.26 | 160350 | | | |
| Medical | 9/23/2005 | $0.00 | ($4.00) | $0.00 | $301.26 | 161648 | | 9/21/05 | |
| Medical | 9/23/2005 | ($4.00) | $0.00 | $0.00 | $297.26 | 161701 | | 9/21/05 | |
| Canteen | 9/28/2005 | ($25.94) | $0.00 | $0.00 | $271.32 | 163027 | | | |
| | | | | Ending Mth Balance: | $271.32 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($9.10)

# Individual Statement

## For Month of October 2005

Date Printed: 1/26/2006    Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $271.32 |
|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 10/3/2005 | $83.45 | $0.00 | $0.00 | $354.77 | 164554 | 129426012-22997 | PRISON INDUSTRIES | |
| Visit | 10/3/2005 | $50.00 | $0.00 | $0.00 | $404.77 | 165243 | | | D WILLIAMSON |
| Canteen | 10/5/2005 | ($25.81) | $0.00 | $0.00 | $378.96 | 166438 | | | |
| Supplies-MailP | 10/6/2005 | $0.00 | $0.00 | ($3.85) | $378.96 | 167767 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($1.29) | $0.00 | $0.00 | $377.67 | 167975 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.85) | $0.00 | $0.00 | $373.82 | 168129 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.85) | $0.00 | $0.00 | $369.97 | 168696 | | DST/POSTAGE | |
| Canteen | 10/12/2005 | ($27.40) | $0.00 | $0.00 | $342.57 | 170371 | | | |
| Visit | 10/17/2005 | $50.00 | $0.00 | $0.00 | $392.57 | 172548 | 0129428001 | | D WILLIAMSON |
| Canteen | 10/19/2005 | ($32.66) | $0.00 | $0.00 | $359.91 | 173495 | | | |
| Pay-To | 10/21/2005 | ($10.00) | $0.00 | $0.00 | $349.91 | 174366 | | ST VINCENT DE PAU | |
| Canteen | 10/26/2005 | ($23.64) | $0.00 | $0.00 | $326.27 | 175833 | | | |
| Pay-To | 10/28/2005 | ($6.00) | $0.00 | $0.00 | $320.27 | 176904 | | NAACP | |

Ending Mth Balance: $320.27

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($9.10)

# Individual Statement

Date Printed: 1/26/2006

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $320.27 |
|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 11/1/2005 | $50.00 | $0.00 | $0.00 | $370.27 | 177702 | 9252001378-22723 | | D. WILLIAMS |
| Misc Wage | 11/1/2005 | $78.90 | $0.00 | $0.00 | $449.17 | 177850 | | PRISON INDUSTRIES | |
| Canteen | 11/2/2005 | ($30.59) | $0.00 | $0.00 | $418.58 | 178708 | | | |
| Pay-To | 11/3/2005 | ($200.00) | $0.00 | $0.00 | $218.58 | 179698 | | D WILLIAMSON | |
| Canteen | 11/9/2005 | ($34.12) | $0.00 | $0.00 | $184.46 | 181559 | | | |
| Pay-To | 11/10/2005 | ($36.50) | $0.00 | $0.00 | $147.96 | 182608 | | D WILLIAMSON | |
| Pay-To | 11/10/2005 | ($35.00) | $0.00 | $0.00 | $112.96 | 182617 | | THE PAMPERED PRI | |
| Canteen | 11/16/2005 | ($24.68) | $0.00 | $0.00 | $88.28 | 184864 | | | |
| Visit | 11/21/2005 | $50.00 | $0.00 | $0.00 | $138.28 | 186482 | 9252001561-12970 | | D. WILLIAMSON |
| Canteen | 11/23/2005 | ($29.62) | $0.00 | $0.00 | $108.66 | 187789 | | | |
| Mail | 11/28/2005 | $100.00 | $0.00 | $0.00 | $208.66 | 188549 | 9340971930 | | D. WILLIAMSON |
| Canteen | 11/30/2005 | ($22.37) | $0.00 | $0.00 | $186.29 | 189660 | | | |

Ending Mth Balance: $186.29

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($9.10)

# Individual Statement

## For Month of December 2005

Date Printed: 1/26/2006     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $186.29 |
|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 12/1/2005 | $74.87 | $0.00 | $0.00 | $261.16 | 190434 | | PRISON INDUSTRIES | |
| Canteen | 12/7/2005 | ($36.91) | $0.00 | $0.00 | $224.25 | 192686 | | | |
| Pay-To | 12/9/2005 | ($30.00) | $0.00 | $0.00 | $194.25 | 193659 | | D WILLIAMSON | |
| Mail | 12/13/2005 | $20.00 | $0.00 | $0.00 | $214.25 | 194742 | 85533555525 | | C. WYANT |
| Canteen | 12/14/2005 | ($29.94) | $0.00 | $0.00 | $184.31 | 194924 | | | |
| Mail | 12/14/2005 | $100.00 | $0.00 | $0.00 | $284.31 | 195222 | 09342571858 | | D. WILLIAMSON |
| Medical | 12/15/2005 | $0.00 | ($4.00) | $0.00 | $280.31 | 195845 | | 12/7/05 | |
| Medical | 12/15/2005 | ($4.00) | $0.00 | $0.00 | $270.31 | 195991 | | 12/7/05 | |
| Pay-To | 12/16/2005 | ($10.00) | $0.00 | $0.00 | $285.31 | 196438 | | ST VINCENT DE PAU | |
| Mail | 12/20/2005 | $15.00 | $0.00 | $0.00 | $285.31 | 197452 | 5431500220 | | J. MEYERS |
| Canteen | 12/21/2005 | ($28.62) | $0.00 | $0.00 | $256.69 | 197823 | | | |
| Mail | 12/27/2005 | $10.00 | $0.00 | $0.00 | $266.69 | 199439 | 08343934668 | | R. FISHER |
| Canteen | 12/28/2005 | ($33.78) | $0.00 | $0.00 | $232.91 | 200572 | | | |

Ending Mth Balance: $232.91

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($9.10)