

**ORIGINAL**  Court's Copy - (please docket w/ Motion for leave).

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON, )
    pro se, Plaintiff, )
    vs. ) Case No.: 06 - 379
CORRECTIONAL MEDICAL SERVICES, et al )
    Defendants. )
)
)
)
)

FILED
JUN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**PLAINTIFF'S FIRST SET OF INTERROGATORIES**   R) scanned

---

COMES NOW, Williamson, Plaintiff pursuant to the appropriate Fed R. Civ. P., local rule, and or case authority. Williamson attests that the instant discovery request is made in good faith and is not meant to harass, inconvenience, or be overly burdensome to defendants or delay these proceedings in any manner. In fact, this initial discovery request is meant to correct any deficiencies of Plaintiff's Complaint – request made to the Court in His "Motion for Leave to Docket and Process Plaintiff's Complaint that names a Jane Doe Defendant (inter alia) and Has Presently Incomplete Unknown Address Information for Some Secondary Defendants," (i.e. obtain the names and address information for listed CMS employee Defendants to affect service of process). Plaintiff is pro se and seeks pleading leniency under Haines v. Kerner, 404 U.S. 519 (1972).

1. Is Correctional Medical Services the official corporate title? If not please provide CMS's official corporate title. Also, please provide CMS's current Delaware and corporate addresses, and the name and address of any legal counsel that will or is representing CMS.

2. What is the full name, title, and job description of the CMS administrator in charge of the Delaware Office and or account?

3. What are D. Plante's (Plante) full name, job title, and job description?

4. Is Plante a current or past employee? If she is a past employee, when was her employment terminated, and what is her last known address?

5. Is CMS representing Plante for any claims that Plaintiff avers occurred in and during the scope of her employment while she was employed by CMS?

6. Is CMS accepting service of process on behalf of Plante?

7. Was Plante the CMS official who attended Williamson's Grievance hearing on (grievance # _15453_ ), _10-6-05_ date? If not, please list the CMS employees and give a physical description of each who did attend said hearing.

8. What are C. Mahoney's (Mahoney) full name (correct spelling), job title, and job description?

9. Is Mahoney a current or past employee? If she is a past employee, when was her employment terminated. Also, what is her last known address?

10. Is CMS representing Mahoney for any claims that Plaintiff avers occurred in and during the scope of her employment while she was employed by CMS?

11. Is CMS accepting service of process on behalf of Mahoney?

12. What are _------ Ihoma's (Ihoma) full name (correct spelling), job title, and job description?

13. Is Ihoma a current or past employee? If she is a past employee, when was her employment terminated. Also, what is her last known address?

14. Is CMS representing Ihoma for any claims that Plaintiff avers occurred in and during the scope of her employment while she was employed by CMS?

15. Is CMS accepting service of process on behalf of Ihoma?

16. What are Maggie Bailey's (Bailey) full name (correct spelling), job title, and job description?

17. Is Bailey a current or past employee? If she is a past employee, when was her employment terminated. Also, what is her last known address?

18. Is CMS representing Bailey for any claims that Plaintiff avers occurred in and during the scope of her employment while she was employed by CMS?

19. Is CMS accepting service of process on behalf of Bailey?

20. What are dentist Zimbull's (Zimbull) full name (correct spelling), job title, and job description?

21. Is Zimbull a current or past employee? If she is a past employee, when was her employment terminated. Also, what is her last known address?

22. Is CMS representing Zimbull for any claims that Plaintiff avers occurred in and during the scope of his employment while he was employed by CMS?

23. Is CMS accepting service of process on behalf of Zimbull?

24. The four interrogatories at items 20-23 equally apply to defendant doctor Alie, thus CMS is to exchange the prior defendant Zimbull for the defendant Alie and respond to the interrogatories.

25. What are dentist Michelle Robinson's (Robinson) full name, job title and job description?

26. Is Robinson a current or past employee? If she is a past employee, what were her effective employment dates? Also, what is her last known address?

27. Is CMS representing Robinson for any claims that Plaintiff avers occurred in and during the scope of her employment while she was employed by CMS?

28. Is CMS accepting service of process on behalf of Robinson?

29 What are dentist assistant Juanita Clark's (Clark) full name, job title and job description?

30. Is Clark a current or past employee? If she is a past employee, what were her effective employment dates? Also, what is her last known address?

31. Is CMS representing Clark for any claims that Plaintiff avers occurred in and during the scope of her employment while she was employed by CMS?

32. Is CMS accepting service of process on behalf of Clark?

33. On _March 11, 2005_ date Plaintiff (Williamson) had two teeth extracted by a female dentist, who is currently listed in the complaint as Jane Doe. What are dentist Jane Doe's full name, job title, and job description? Also, please give a physical description of the dentist who performed the extraction on that date for verification purposes.

34. Is Jane Doe a current or past employee? If she is a past employee, what were her effective employment dates? Also, what is her last known address?

35. Is CMS representing Jane Doe for any claims that Plaintiff avers occurred in and during the scope of her employment while she was employed by CMS?

36. Is CMS accepting service of process on behalf of Jane Doe?

Signed under penalty of perjury on this _7th_ day of _June_ 2006.

*David W*
David Williamson, 183022
1181 Paddock Rd.
Smyrna, DE 19977

3