David Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977
July 10, 2006



To: Office of the Court Clerk
Re: C.A. 06-379-SLR

Dear Court Clerk:

    Greetings, on or about 6/26/06 the Court granted me in forma pauperis and assessed the filing fee at $350.00. My information, however, lists the Court's filing fee for a 42 USC section 1983 at $225.00 dollars. My concern is naturally to be aware of the correct filing fee, and whether my information is incorrect. Could you please look into this matter and aprise me of the accurate information, etc.

    Thank you for your time and consideration in this matter.

Respectfully,

David W——

David Williamson, Pro se Plaintiff

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 13 PM 2:35
BO scanned

