IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-379-SLR ) |
| CORRECTIONAL MEDICAL SERVICES, INC., C. MALANEY, DONNA PLANTE, MAGGIE BAILEY, CHUKS IHUOMA, DR. S. ALIE, DR. ZIMBULL, MICHELLE ROBINSON, JUANITA CLARK, and DENTIST JANE DOE, | ) ) ) ) ) ) ) |
| Defendants. | ) |

FILED
JUL 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**AUTHORIZATION**

I, David W. Williamson, SBI #183022, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $47.76 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated June 26th, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody

I may be transferred.

Date: ___July 1st.___, 2006.

                                                                            _/s/ Dave W._____
                                                                             Signature of Plaintiff

I/M David Williamson
SBI# 183022   UNIT W.1 L.12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 JUL 2006 PM 3 L

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, DE 19801-3570