OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

July 19, 2006

TO: David W. Williamson
    SBI #183022
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

*RE: Status Letter; 06-379(SLR)*

Dear Mr. Williamson:

    This office received a letter from you regarding filing fee questions. Effective April 9, 2006, the filing fee was raised from $250.00 to $350.00.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                           Sincerely,

/bad                                            PETER T. DALLEO
                                                 CLERK

cc: The Honorable Sue L. Robinson