David Williamson
SBI # 183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977



Mr. Peter Dalleo, Clerk of the Court
Re: Plaintiff's Supplemental Complaint in Williamson v. Correctional Medical Services, Inc., et al CA. 06-379-SLR

Dear Sir:

Williamson, pro se plaintiff, on or about 7-15-06 filed Motion for Leave to File a Supplemental Complaint in the above matter, and Williamson attached an original and copy of the proposed Supplemental Complaint as required. Unfortunately, the cover page of said supplemental complaint contains an error: it mistakenly lists Dustin Williamson (plaintiff's son/typist) as a plaintiff. (See "A" attached as a copy. My son is not a prisoner nor is he a plaintiff to this suit and it was not caught by me when I proofed it. I attached two correct cover sheets at ("B" items) and I humbly request that the incorrect cover sheets be replaced with the correct ones.

All other information remains the same and I deeply regret this inconvenience. Could you please acknowledge the correction. Thank you.

Signed under penalty of perjury this 19th of July 2006.

David W_____



I/M David Williamson
SBI# 183022   UNIT W-1-L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court for Delaware
Office of Clerk of Court
844 King St., Lockbox 18
Wilmington, DE
19801

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Exhibit A

| | |
|---|---|
| DUSTIN WILLIAMSON <br> DAVID WILLIAMSON, <br> PLAINTIFFS, <br> V. <br> CORRECTIONAL MEDICAL SERVICES, Inc. <br> C_____ MALANEY, <br> DONNA PLANTE, <br> MAGGIE BAILEY, <br> CHUKS IHUOMA, <br> Dr. SITTA C. ALIE, <br> Dr. _____ ZIMBULL, <br> MICHELLE ROBINSON, <br> JUANITA CLARK, <br> JANE DOE (Dentist) <br> FIRST CORRECTIONAL MEDICAL <br> Defendants. | Case No. 1:06-CV-379-SLR <br><br> Jury Trial Demand |

SUPPLEMENTAL COMPLAINT

This is a civil rights action brought by David W. Williamson, a pro se plaintiff and a state prisoner of Delaware, pursuant to 42U.S.C. section 1983 and 1997, requesting declaratory judgment, injunctive relief, and damages. Williamson claims herein that Defendants committed several distinct acts of deliberate indifference to Williamson's known serious medical needs in violation of his constitutional rights: specifically the Eighth and Fourteenth Amendments to the United States Constitution and deliberate acts of retaliation against Williamson for his exercise of constitutionally protected activities in violation of the Fifth and Fourteenth Amendment's Due Process Clause; Eighth Amendment's Equal Protection and Ban on Cruel and Unusual Punishment Clauses; First Amendment's Freedom of Speech; and the Privileges and Immunities Clauses of Article IV.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Exhibit B

| | |
|---|---|
| DAVID WILLIAMSON, )<br>    PLAINTIFF, )<br>              )<br>              )     CASE No. 06-379-SLR<br>   V.         )     Jury Trial Demand<br>CORRECTIONAL MEDICAL SERVICES, INC. )<br>C_____ MALANEY, )<br>DONNA PLANTE, )<br>MAGGIE BAILEY, )<br>CHUKS IHUOMA, )<br>Dr. SITTS C. ALLIE, )<br>Dr. _____ ZIMBULL, )<br>MICHELLE ROBINSON, )<br>JUANITA CLARK, )<br>JANE DOE (Dentist) _____ )<br>FIRST CORRECTIONAL MEDICAL, Inc., )<br>    DEFENDANTS. ) | |

## SUPPLEMENTAL COMPLAINT

This is a civil rights action brought by David W. Williamson, a pro se Plaintiff and a state prisoner of Delaware, pursuant to 42 U.S.C. sections 1983 and 1997, requesting declaratory judgment, injunctive relief, and damages. Williamson claims herein that Defendants committed several distinct acts of deliberate indifference to Williamson's known serious medical needs in violation of his Constitutional rights: specifically the Eighth and Fourteenth Amendments to the United States Constitution and deliberate acts of retaliation against Williamson for his exercise of constitutionally protected activities in violation of the Fifth and Fourteenth Amendment's Due Process Clauses; Eighth Amendment's Equal Protection and Ban on Cruel and Unusual Punishment Clauses; First Amendment's Freedom of Speech; and the Privileges and Immunities Clauses of Article IV.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON,<br>    PLAINTIFF,<br><br>V.<br>CORRESTIONAL MEDICAL SERVICES, INC.<br>C _____ MALANEY,<br>DONNA PLANTE,<br>MAGGIE BAILEY,<br>CHUKS IHUOMA,<br>Dr. <u>SITTS C.</u> ALLIE,<br>Dr. _____ ZIMBULL,<br>MICHELLE ROBINSON,<br>JUANITA CLARK,<br>JANE DOE (Dentist) _____<br>FIRST CORRECTIONAL MEDICAL, Inc.,<br>    DEFENDANTS. | CASE No. 06-379-SLR<br>Jury Trial Demand |

## SUPPLEMENTAL COMPLAINT

This is a civil rights action brought by David W. Williamson, a pro se Plaintiff and a state prisoner of Delaware, pursuant to <u>42 U.S.C. sections 1983 and 1997</u>, requesting declaratory judgment, injunctive relief, and damages. Williamson claims herein that Defendants committed several distinct acts of deliberate indifference to Williamson's known serious medical needs in violation of his Constitutional rights: specifically the Eighth and Fourteenth Amendments to the United States Constitution and deliberate acts of retaliation against Williamson for his exercise of constitutionally protected activities in violation of the Fifth and Fourteenth Amendment's Due Process Clauses; Eighth Amendment's Equal Protection and Ban on Cruel and Unusual Punishment Clauses; First Amendment's Freedom of Speech; and the Privileges and Immunities Clauses of Article IV.

1

# AFFIDAVIT OF MAILING

I David Williamson, the Plaintiff in Action No. __06-379-SLR__, do swear that I have caused to be delivered to the U.S District Court for the District of Delaware the following:

(i) Letter to Clerk of Court that "Corrects Supplemental Complaint's Cover Page" (e.g. page #1).

~~(ii)~~

~~(iii)~~

~~(iv)~~

By placing the same in a U.S Mail Recepticle within the Delaware Correctional Center On __19__ day of __July__, 200__6__.

The above is signed under penalty of perjury.

_David W_
David Williamson