IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-379-SLR |
| ) | |
| CORRECTIONAL MEDICAL SERVICES,) | |
| INC., C. MALANEY, DONNA ) | |
| PLANTE, MAGGIE BAILEY, CHUKS ) | |
| IHUOMA, DR. S. ALIE, ) | |
| DR. ZIMBULL, MICHELLE ) | |
| ROBINSON, JUANITA CLARK, ) | |
| DENTIST JANE DOE and FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 18th day of September, 2006, plaintiff having satisfied the filing prerequisites of 28 U.S.C. § 1915A; and the court having identified cognizable claims within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1. The motion for leave to docket and process plaintiff's complaint that names a Jane Doe defendant and has presently incomplete unknown address information for some secondary defendants (D.I. 3) is granted. When plaintiff learns the identity of the Doe defendant, he shall immediately move the court for an order directing amendment of the caption and service of the complaint on her.

2. Correctional Medical Services, Inc. shall respond to

plaintiff's first set of interrogatories (D.I. 4) upon service of the complaint within the time frame and in the manner provided by the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for **defendants Correctional Medical Services, Inc., C. Malaney, Donna Plante, Maggie Bailey, Chuks Ihuoma, Dr. S. Alie, Dr. Zimbull, Michelle Robinson, Juanita Clark, Dentist Jane Doe and First Correctional Medical**, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). **Plaintiff shall provide the court with one copy of the complaint (D.I. 2) the amended complaint (D.I. 9), the motion for leave to docket and process plaintiff's complaint that names a Jane Doe defendant and has presently incomplete unknown address information for some secondary defendants (D.I. 3), and the interrogatories propounded to defendants (D.I. 4) for service upon the defendants. Plaintiff is notified that the United States Marshal will not serve the complaint, amended complaint and other referenced filings until**

**all "U.S. Marshal 285" forms have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" forms for each defendant and the attorney general within 120 days of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3. Upon receipt of the form(s) required by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the complaint (D.I. 2), the amended complaint (D.I. 9), the motion for leave to docket and process plaintiff's complaint that names a Jane Doe defendant and has presently incomplete unknown address information for some secondary defendants (D.I. 3), and the interrogatories propounded to defendants (D.I. 4), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon each of the defendants so identified in each 285 form.

4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who,

before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7. **NOTE:** *** When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

8. **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

                                            /s/ Sue L. Robinson
                                      UNITED STATES DISTRICT JUDGE