David Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977
September 27, 2006

Clerk of the U.S. District Court
RE: Williamson v. Correctional Medical Services, Inc. et al
    06-379-SLR

Dear Sir:

I am the pro se plaintiff who has filed as informa pauperus for the above action. I received an Order from this Court (dated 9/18/06), of which directed me to file the 285 marshall forms on the defendants. The Order also states the following:

> Plaintiff shall provide the court with one copy of the complaint (DI 2), the amended complaint (DI 9), the motion for leave to docket and process plaintiff's complaint that names a Jane Doe defendant and has presently incomplete unknown address information for some secondary defendants (DI 3), and the interrogatories proponded to defendants (DI 4) for service upon the defendants....

Unfortunately, I was under the impression that as an informa pauperus plaintiff the copies that were already provided to the Court would be sufficient. Consequently, when I filed the amended complaint, I also filed my last and only copies of the original complaint. In addition, I inadvertently mailed out my only copy of the interrogatories. As such, I do not have in my possession either (DI 2 or DI 4, nor do I have DI 3) to provide another copy to the Court as directed. I am embarrassed about the situation and ask humbly for your direction in how to proceed to the satisfaction of this Honorable Court?

I look forward to your experienced reply, and I thank you in advance for your assistance with this matter. I assure the Court that I will not repeat such imprudent behavior in hte future.


Respectfully,

*David W*
DAvid Williamson

FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

David Williamson
183022    UNIT W-1 L-12
DELAWARE CORRECTIONAL CENTER
PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 SEP 2006 PM 3 L

U.S. Mail

Clerk of the U.S. District
Court, Lockbox 18
844 King St.
Wilm., DE   19801