David Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Clerk of the Court

Re: Williamson v. CMS, et al (CA No. 06-379-SLR)

Dear Sir:

Please find enclosed the original Amended Complaint and Motion for Leave to Amend as well as a copy of each to be processed and filed with the Court. This is new and subsequent to the prior supplemental complaint that had added claims to the original complaint.

Thank you for your time and consideration with this matter.

Respectfully,

David Williamson, Plaintiff

FILED
OCT - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE