IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-379-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| INC., C. MALANEY, DONNA | ) |
| PLANTE, MAGGIE BAILEY, CHUKS | ) |
| IHUOMA, DR. S. ALIE, | ) |
| DR. ZIMBULL, MICHELLE | ) |
| ROBINSON, JUANITA CLARK, | ) |
| DENTIST JANE DOE and FIRST | ) |
| CORRECTIONAL MEDICAL, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington, this 6th day of October, 2006;

Plaintiff, who proceeds pro se, moves the court for leave to file an amendment to the amended complaint. (D.I. 15)  He advises the court that the amendment clarifies his claims. "After amending once or after an answer has been filed, the plaintiff may amend only with leave of the court or the written consent of the opposing party, but 'leave shall be freely given when justice so requires.'"  Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000) (quoting Fed. R. Civ. P. 15(a)).  The motion will be granted.

Plaintiff also advises the court that he is unable to comply with the court's order dated September 19, 2006 (D.I. 12) to provide copies of the complaint, amended complaint and interrogatories for service on the defendants as he no longer has

copies of same. (D.I. 13) Therefore, plaintiff will be provided with one copy of each of the following documents: the complaint (D.I. 2), the amended complaint (D.I. 9), the motion for leave to docket and process plaintiff's complaint that names a Jane Doe defendant and has presently incomplete unknown address information for some secondary defendants (D.I. 3), and the interrogatories propounded to defendants (D.I. 4). Plaintiff is reminded that he is responsible for providing the correct number of service copies to the court.

    IT IS THEREFORE ORDERED that:

    1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

    2. Plaintiff's motion for leave to file an amended complaint (D.I. 15) is **granted** and the amended complaint is filed instanter.

    3. The clerk of the court is directed to provide to plaintiff one copy of each of the following documents: **the complaint (D.I. 2), the amended complaint (D.I. 9), the motion for leave to docket and process plaintiff's complaint that names a Jane Doe defendant and has presently incomplete unknown address information for some secondary defendants (D.I. 3), and the interrogatories propounded to defendants (D.I. 4).**

    4. This order shall supplement the court's service order (D.I. 12) dated September 19, 2006.

5.  Plaintiff shall provide the court with the requisite number of copies of the most recent amended complaint (D.I. 15) for service upon defendants.

6.  Upon receipt of all required documents, the United States Marshal shall forthwith serve a copy of the complaint (D.I. 2), the amended complaint (D.I. 9), the motion for leave to docket and process plaintiff's complaint that names a Jane Doe defendant and has presently incomplete unknown address information for some secondary defendants (D.I. 3), the interrogatories propounded to defendants (D.I. 4), the amended complaint (D.I. 15), the court's September 19, 2006 order (D.I. 12), this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon defendant(s) identified in plaintiff's 285 forms.

_____
UNITED STATES DISTRICT JUDGE