David Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Clerk of the Court

Re: Williamson v. CMS, et al (CA No. 06-379-SLR)

Dear Sir:

    As per the Court's 9-18-06 Order the following is provided to the Court: Copy of complaint (D.I. 2); amended complaint (D.I. 9); motion for leave to docket and process ... (D.I. 3); interrogatories propounded upon defendants (D.I. 4), and the U.S. Marshal-285 forms.

    Also, as per the Court's related 10-6-06 Order the following is provided to the Court: leave to file amended complaint (D.I   ) and the most recent amended complaint (D.I. 15).

    The above has been provided to realize service of process on the defendants.
    Thank you for your time and consideration with assisting this appreciative pro se plaintiff.

Respectfully,

*[signature]*

David Williamson, Plaintiff

FILED
OCT 2 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned