**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION   www.marshalldennehey.com

A REGIONAL DEFENSE LITIGATION LAW FIRM

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4300**
**Email: lawolhar@mdwcg.com**



December 18, 2006

**Via E-FILE**
The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Lock Box 31
Wilmington, DE 19801

Re:    David W. Williamson v. CMS
       Case No. 06-379-SLR
       Our File No: 13252-00169

Dear Judge Robinson:

   In the above matter, a USM 285/Waiver of Service forms were returned executed by Defendants, Correctional Medical Services, Inc., Ihouma Chuks, Juanita Clark, and Dr. Allan Zimbull, making their responses to plaintiff's Complaint due on December 18, 2006. We have just learned that this firm will be unable to undertake the representation of these defendants. In light of the above, we do, however, request that the Court grant these Defendants an extension of time in order to procure other counsel, and file responsive pleadings to plaintiff's Complaint. We request that these Defendants, Correctional Medical Services, Inc., Ihouma Chuks, Juanita Clark, and Dr. Allan Zimbull, be granted until February 15, 2007 to do so.

   I am available for any questions you may have.

                        Respectfully submitted,

                        *Lorenza A. Wolhar*
                        LORENZA A. WOLHAR (De I.D. #3971)

/law

cc:    David W. Williamson (by regular mail)