IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-379 SLR |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, ) | |
| MAGGIE BAILEY, CHUKS IHUOMA, ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE ) | |
| ROBINSON, JUANITA CLARK, ) | |
| DENTIST JANE DOE and FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON BEHALF
OF DEFENDANTS CMS, CLARK, CHUKS, ZIMBLE AND LOVE (A/K/A BAILEY)**

PLEASE ENTER THE APPEARANCE of Amy A. Quinlan, Esquire, on behalf of the defendants, Correctional Medical Services, Inc. ("CMS"), Juanita Clark, Ihuoma Chuks, Alan Zimble, D.D.S. and Margaret Love, N.P. (a/k/a Maggie Bailey), in the above-captioned matter. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve all rights to raise any jurisdictional, service or statute of limitations defenses which may be available.

MORRIS JAMES LLP

_____
Amy A. Quinlan (ID # 3021)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899
(302) 888-6886
Attorneys for Defendants CMS, Clark,
Chuks, Zimble and Love

Dated: Dec 21, 2006

EVA/099999-8888/1498440/1

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 21st day of December, 2006, I have caused two (2) copies the following documents to be served on the parties listed below:

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON BEHALF OF DEFENDANTS CMS, CLARK, CHUKS, ZIMBLE AND LOVE (A/K/A BAILEY)**

By First Class U.S. Mail to:

David Williamson, *Pro Se*
SBI #183022
DCC
1181 Paddock Road
Smyrna, DE 19977

_____
Amy A. Quinlan (#3021)