# Morris James LLP

Amy A. Quinlan
302.888.6886
aquinlan@morrisjames.com

December 20, 2006

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

          RE:    David Williamson v. CMS, et al
                 C.A. No. 06-379 SLR

Dear Judge Robinson:

      Our firm has recently been retained in the above matter to represent the following defendants, Correctional Medical Services, Inc., Juanita Clark, Ihuoma Chuks, Alan Zimble, D.D.S. and Margaret Love, N.P. (a/k/a Maggie Bailey). I understand that Lorenza Wolhar recently wrote to you on December 18, 2006 requesting an extension until February 15, 2007 to respond to the Complaint. Because her firm was precluded from accepting the representation due to a conflict, she asked that defendants be allowed additional time to retain counsel. Given that our firm has just been retained, I would reiterate the request for an extension until February 15, 2007 in order to allow us time to evaluate this matter.

      I am available at the convenience of the Court to address any questions you may have.

                                          Respectfully submitted,

                                          Amy A. Quinlan

AAQ/taa

cc:    David Williamson
        Marcia M. Stafford

AAQ/099999-9401/1498494/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494   T 302.888.6800   F 302.571.1750
Mailing Address   P.O. Box 2306 | Wilmington, DE 19899-2306   www.morrisjames.com