IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CORRECTIONAL MEDICAL SERVICES, INC., C. MALANEY, DONNA PLANTE, MAGGIE BAILEY, CHUKS IHUOMA, DR. S. ALIE, DR. ZIMBULL, MICHELLE ROBINSON, JUANITA CLARK, DENTIST JANE DOE and FIRST CORRECTIONAL MEDICAL,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-379 SLR<br>)<br>) TRIAL BY JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:   David Williamson, *Pro Se*
        SBI #183022
        DCC
        1181 Paddock Road
        Smyrna, DE 19977

      **PLEASE TAKE NOTICE** that Defendants' CMS, Clark, Chuks, Zimble and Love's Motion to Extend Time to Respond to Complaint will be presented to the Honorable Sue L. Robinson at the convenience of the Court.

                                  MORRIS JAMES LLP

                                    /s/ Amy A. Quinlan
                                    Amy A. Quinlan (#3021)
                                    500 Delaware Avenue, Suite 1500
                                    P.O. Box 2306
                                    Wilmington, DE 19899-2306
                                    (302) 888-6886
                                    Attorneys for Defendants CMS, Clark,
                                    Chuks, Zimble and Love

Dated: Dec. 22, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-379 SLR |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, ) | |
| MAGGIE BAILEY, CHUKS IHUOMA, ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE ) | |
| ROBINSON, JUANITA CLARK, ) | |
| DENTIST JANE DOE and FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' CMS, CLARK, CHUKS, ZIMBLE AND LOVE'S
### MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants Correctional Medical Services, Inc., Juanita Clark, Ihuoma Chuks, Alan Zimble, DDS and Margaret Love, a/k/a Maggie Bailey, (herein after "defendants"), respectfully move for an Order permitting defendants an extension in which to respond to plaintiff's Complaint.

1. This case was filed *pro se* on June 9, 2006 (D.I. 2). A Supplemental Complaint was filed on July 18, 2006 (D.I. 9). The Complaint was further amended by motion which was granted on October 10, 2006 (D.I. 15, 16).

2. On December 18, 2006, Lorenza Wolhar wrote to the Court requesting an extension until February 15, 2007 to respond to the Complaint. Because her firm was precluded from accepting the representation due to a conflict, she asked that defendants be allowed additional time to retain counsel. (D.I. 33)

3. On December 20, 2006, the undersigned was retained to represent moving defendants and an Entry of Appearance was filed (D.I. 34).

4. Defendants reiterate Ms. Wolhar's request for an extension until February 15, 2007 in order to allow counsel time to evaluate this matter.

WHEREFORE, Defendants request that the above described relief be granted.

MORRIS JAMES LLP

/s/ Amy A. Quinlan
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6886
Attorneys for Defendants CMS, Clark, Chuks, Zimble and Love

Dated: Dec. 22, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-379 SLR |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, ) | |
| MAGGIE BAILEY, CHUKS IHUOMA, ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE ) | |
| ROBINSON, JUANITA CLARK, ) | |
| DENTIST JANE DOE and FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

It is **HEREBY ORDERED** this _____ day of _____, 200\_\_ that Defendants' CMS, Clark, Chuks, Zimble and Love's Motion to Extend Time to Respond to Complaint is GRANTED and moving defendants have until February 15, 2007 to respond to the Complaint.

_____
The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this ____ day of December, 2006, I have caused two (2) copies the following documents to be served on the parties listed below:

**ENTRY OF APPEARANCE OF AMY A. QUINLAN ON BEHALF OF DEFENDANTS CMS, CLARK, CHUKS, ZIMBLE AND LOVE (A/K/A BAILEY)**

By First Class U.S. Mail to:

David Williamson, *Pro Se*
SBI #183022
DCC
1181 Paddock Road
Smyrna, DE 19977

Amy A. Quinlan (#3021)