David Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977
December 19, 2006

Clerk of U.S. District Court for the District of Delaware

Re: Williamson v. Correctional Medical Services, Inc., et al, C.A. 06-379-SLR

Request for Entry of Default

Mr. Peter Dalleo, Clerk of Court:

You will please enter the default of the following defendants for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure:

1) Correctional Medical Services, Inc. (CMS);
2) CMS employee, Zimbull;
3) CMS employee, M. Bailey;
4) CMS employee, C. Ihuoma; and
5) CMS employee, J. Clark.



FILED
DEC 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

In support of Plaintiff's default motion, please see the attached affidavit of David Williamson.

_Dave W_                                                                 12-20-06

David Williamson                                                         Date

1

## Affidavit of David Williamson for Entry of Default

1. I, David Williamson, am the Affiant listed above and do depose and state the following in support of Williamson v. Correctional Medical Services, Inc. et al (CMS), C.A. 06-379-SLR;

2. Affiant is a resident of Delaware in the county of New Castle and is the pro se plaintiff in the action listed above.

3. Plaintiff properly executed service of process –via U.S. Marshall- on defendants Correctional Medical Services, Inc. (CMS), CMS employee, Zimbull, CMS employee, M. Bailey, CMS employee, C. Ihuoma, and CMS employee, J. Clark on 11/28/06 as it appears from proof of service on Court file. CMS accepted service on behalf of its employees.

4. Plaintiff received the "Release Receipt and Return" copy of the Marshall forms and it appears that CMS did not return a "Waiver of Service."

5. Federal Rules of Civil Procedure, Rule 55 –and any other applicable Court rules, Local Rules, or case authority- mandates a defendant to plead or otherwise defend against a properly served complaint within twenty days of service or request an extension of time for good cause from the Court.

6. To the best of Affiant's knowledge, it appears that defendant CMS –on behalf of itself and other defendants listed above- has failed to plead, defend, answer, or take any other action as may be permitted by law within the allotted time frame.

7. CMS had forfeited its right to do so and Plaintiff respectfully requests the Clerk of this Honorable Court to enter a default judgment against said defendants for failure to plead or defend in accord with Fed. R. Civ. P., Rule 55 and pursuant to Del. Local Rules, Rule 77.2 (4).

8. The above is True and Correct to the best of Affiant's knowledge.

Signed and Subscribed before me this ___19th___ day of December _____ 2006.

_____        _____
David Williamson                                      (Notary Public)
                                                                 my Commission expires: June 14, 2008

## CERTIFICATE OF MAILING

I, David Williamson, pro se plaintiff in C.A. 06-379-SLR, does swear under penalty of perjury that I have caused to be delivered a true and correct copy of plaintiff's "Request for Entry or Default" upon defendant Correctional Medical Services, Inc. (CMS) –on behalf of itself and on behalf of the defendants CMS accepted service for (e.g. Zimbull, Bailey, Ihuoma, and Clark)- by placing same in a U.S. Mail receptacle locate within the DCC prison and addressed directly to the following:

    CMS Regional Office
    1201 College Park Dr.
    Suite 101
    Dover, DE 19904 (same address as Service of Process, because CMS has not made any entry of

attorneys of record) on this ___21___ day of 2006.


*David W*

David Williamson
SBI 183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

IAM David Williamson
SBI# 183022   UNIT W-1 L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 DEC 2006 PM 1 L

U.S. District Court
Attn: Clerk of Court
Lock box 18
844 King St.    Wilm, DE 19801