

David Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977
January 10, 2007

Clerk of U.S. District Court for the District of Delaware

Re: Williamson v. Correctional Medical Services, Inc, et al, C.A. No. 06-379-SLR

REQUEST FOR ENTRY OF DEFAULT



Mr. Dalleo:

BD Scanned

You will please enter a default judgment against defendant First Correction Medical, Inc., for its failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

In support of Plaintiff's default request, please see the attached affidavit of David Williamson.

Thank you,

David Williamson

## AFFIDAVIT OF DAVID WILLIAMSON FOR DEFAULT ENTRY

1. I, David Williamson, am the Affiant listed above and do depose and state the following in support of Williamson V. Correctional Medical Services, Inc, C.A No. 06-379- SLR.

2. Affiant is a resident of Delaware in the county of New Castle and is the pro se plaintiff in the action listed above.

3. Affiant properly executed service of process, via U.S. Marshal's Service, on defendant First Correctional Medical, Inc. (FCM) on 11/06/06 as it appears from proof of service on Court file.

4. FCM returned a "Waiver" of service on 11/06/06.

5. Federal Rules of Civil Procedure, Rules 55 and or 12 4(d) or other applicable Court/Local rules mandates a defendant to plead or otherwise defend against a properly served complaint within 60 days of the date of waiver, or request an extension of time for good cause from the Court.

6. On 1/05/07 FCM's sixty days elapsed since FCM had returned its Waiver of Service; however, to the best of Affiant's knowledge, it appears the FCM has failed to plead, defend, answer, of take any other action as may be permitted by law within the requisite period.

7. Consequently, FCM has forfeited its right to do so and Affiant respectfully requests the Clerk of the Honorable Court to enter a default judgment against FCM for failure to plead or defend in accord with the Fed. R. Civ. P, Rule 55; 12 4(d); Delaware Local Rule, Rule 77.2 (4) or any other applicable rules/case authority.

8. The above is True and Correct to the best of Affiant's knowledge.

Signed and Subscribed before me this 4th day of January 2007.

_____
David Williamson

_____
(Notary Public)

my Commission expires: June 14, 2008

CERTIFICATE OF MAILING

I, David Williamson, pro se Plaintiff in C.A. No. 06-379-SLR, does swear under penalty of perjury that I have caused to be delivered a true and correct copy of Plaintiff's "Request for Entry of Default" upon defendant First Correction Medical, Inc. (FCM), by placing same in an U.S. Mail receptacle on this ___10___ day of January 2007, located within DCC prison and addressed to the following: (Note that it appears that FCM has yet to make an appearance with counsel):

First Correctional Medical, Inc.
205 W. Giaconda Way, Suite 115
Tucson, AZ 85704-4350


*David W*
David Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977



U.S. District Court for DE
c/o Clerk of Court
844 North King St., Lockbox 18
Wilmington, DE 19801

I/M David Williamson
SBI# 183022    UNIT W-1 L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S.M.S. X-RAY