IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-379 SLR |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, ) | |
| MAGGIE BAILEY, CHUKS IHUOMA, ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE ) | |
| ROBINSON, JUANITA CLARK, ) | |
| DENTIST JANE DOE and FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CMS, CLARK, CHUKS, ZIMBLE AND LOVE'S
MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR TEMPORARY
RESTRAINING ORDER/PRELIMINARY INJUNCTION**

Defendants Correctional Medical Services, Inc., Juanita Clark, Ihuoma Chuks, Alan Zimble, DDS and Margaret Love, a/k/a Maggie Bailey, (herein after "defendants"), respectfully move for an Order permitting defendants an extension in which to respond to plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction.

1. This case was filed *pro se* on June 9, 2006 (D.I. 2). A Supplemental Complaint was filed on July 18, 2006 (D.I. 9). The Complaint was further amended by motion which was granted on October 10, 2006 (D.I. 15, 16).

2. On December 18, 2006, Lorenza Wolhar wrote to the Court requesting an extension until February 15, 2007 to respond to the Complaint. Because her firm was precluded from accepting the representation due to a conflict, she asked that defendants be allowed additional time to retain counsel. (D.I. 33)

3. On December 20, 2006, the undersigned was retained to represent moving defendants and an Entry of Appearance was filed (D.I. 34).

4. On December 22, 2006, defendants filed a motion reiteratating Ms. Wolhar's request for an extension until February 15, 2007 in order to allow counsel time to evaluate this matter (D.I. 36). Defendants' motion was granted on January 8, 2007.

5. On January 12, 2007, plaintiff filed a Motion for Temporary Restraining Order/Preliminary Injunction (D.I. 38). Defendants were served electronically on January 16, 2007 and defendants' response is due on or about February 1, 2007.

6. Defendants are requesting a short extension until February 15, 2007 (approximately two weeks), in which to respond to plaintiff's motion. As made clear by plaintiff's, the issues raised in plaintiff's motion do not appear to be life-threatening and plaintiff will suffer no irreparable harm by allowing defendants the short extension until February 15, 2007.

WHEREFORE, Defendants request that the above described relief be granted.

MORRIS JAMES LLP

_____
Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6886
Attorneys for Defendants CMS, Clark,
Chuks, Zimble and Love

Dated: 1/25/07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-379 SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, | ) |
| MAGGIE BAILEY, CHUKS IHUOMA, | ) |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE | ) |
| ROBINSON, JUANITA CLARK, | ) |
| DENTIST JANE DOE and FIRST | ) |
| CORRECTIONAL MEDICAL, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is **HEREBY ORDERED** this _____ day of _____, 200__ that Defendants' CMS, Clark, Chuks, Zimble and Love's Motion to Extend Time to Respond to Motion for Temporary Restraining Order/Preliminary Injunction is GRANTED and moving defendants have until February 15, 2007 to respond to the Motion for Temporary Restraining Order/Preliminary Injunction.

_____
The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 26th day of January, 2007, I have caused two (2) copies the following documents to be served on the parties listed below:

**DEFENDANTS' CMS, CLARK, CHUKS, ZIMBLE AND LOVE'S MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION**

By First Class U.S. Mail to:

David Williamson, *Pro Se*
SBI #183022
DCC
1181 Paddock Road
Smyrna, DE 19977

_____
Amy A. Quinlan (#3021)