IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON,           ) | |
| ) | C.A. No. 06-379 (SLR) |
| Plaintiff,           ) | |
| ) | |
| v.           ) | |
| ) | JURY OF 12 DEMANDED |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| INC., C. MALANEY, DONNA PLANTE,    ) | |
| MAGGIE BAILEY, CHUKS IHUOMA,    ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE ) | |
| ROBINSON, JUANITA CLARK, DENTIST ) | |
| JANE DOE and FIRST CORRECTIONAL   ) | |
| MEDICAL,           ) | |
| ) | |
| Defendants,           ) | |

## ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring Monzo, Esquire, as attorneys for defendant First Correctional Medical, Inc., in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect to jurisdiction, venue, process, or service of process.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Inc.

Dated: January 31, 2007

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| **DAVID W. WILLIAMSON,** ) | |
| ) | C.A. No. 06-379 (SLR) |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **JURY OF 12 DEMANDED** |
| **CORRECTIONAL MEDICAL SERVICES,** ) | |
| **INC., C. MALANEY, DONNA PLANTE,** ) | |
| **MAGGIE BAILEY, CHUKS IHUOMA,** ) | |
| **DR. S. ALIE, DR. ZIMBULL, MICHELLE** ) | |
| **ROBINSON, JUANITA CLARK, DENTIST** ) | |
| **JANE DOE and FIRST CORRECTIONAL** ) | |
| **MEDICAL,** ) | |
| ) | |
| **Defendants,** ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 31st day of January, 2007, a copy of the attached *Entry of Appearance* was served upon the following:

**Via First Class Mail**
David Williamson
SBI#183022
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE 19977

**Via Electroning Filing**
Amy A. Quinlan, Esquire
Morris James, LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899

                                            **McCULLOUGH & McKENTY, P.A.**

                                            /s/ Dana Spring Monzo
                                            Dana Spring Monzo
                                            1225 N. King Street, Suite 1100
                                            P.O. Box 397
                                            Wilmington, DE 19899-0397
                                            (302) 655-6749
                                            Attorney for First Correctional Medical, Inc.

Dated: January 31, 2007