David Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Clerk of the Court

Re: Williamson v. CMS, et al (CA No. 06-379-SLR)

Dear Sir:

Please file and process the enclosed motions on the Court's docket so that a record will be established. It is necessary because defendant FCM, Inc. has failed to enter an appearance of counsel, however, refuses to accept any legal mail also at their corporate address.

FILED
FEB - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Respectfully,

David W.

David Williamson, Plaintiff