COPY

FILED
FEB - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID W. WILLIAMSON, )
Plaintiff, )
v. ) C.A. 06-379-SLR
CORRECTIONAL MEDICAL SERVICES, Inc, et al, )
Defendants.

PLAINTIFF'S NOTICE OF DEFENDANT FIRST CORRECTIONAL MEDICAL, INC'S REFUSAL TO DEFEND/ANSWER AND OR FCM's SUBSEQUENT WAIVERS

---

COMES NOW, plaintiff, Williamson pursuant to the appropriate Fed. R. Civ. P., Local Rule, and or case authority, and does renew his request for an entry of default judgment against defendant FCM and or requests the Court to enter and recognize that FCM refuses to defend or otherwise answer Williamson's action and that FCM has also made certain waivers by virtue of refusing to answer or object to pending motions, etc.
Williamson requests pleading leniency normally afforded to pro se litigants from the Court pursuant to Haines v. Kerner, 404 U.S. 519 (1972).

STATEMENT OF FACTS

1. Williamson executed proper service of process of defendant FCM and FCM returned a "Waiver" on 11-06-06.
2. U.S, Marshals executed service of process upon FCM's corporate address (e.g. FCM, Inc., 205 W. Giaconda Way, Suite 115, Tucson, AZ 85704-4350).
3. FCM had sixty days to defend or otherwise answer Williamson's complaint (i.e. before 1-10-07) however, refused to do so and Williamson consequently filed a request for the entry of "Default" against FCM on or about 1-10-07.
4. FCM has not made an entry of appearance or otherwise retained professional counsel to date –to the best of Williamson's knowledge.
5. Consequently, Williamson served a true and correct copy of said Default to the same address that the U.S. Marshals effected service of process (listed above), and which is on file with this Court.
6. Meanwhile, Williamson also filed a package containing two motions: TRO/PI and Request for Appointment of Expert Witness on or about 1-10-07 and also provided a true and correct copy to CMS's counsel of record and FCM. Williamson specifically noted on FCM's mail package "Williamson v. CMS, et al, C.A. NO. 06-379-SLR" to denote legal mail.
7. To date FCM has refused to defend, answer, or otherwise respond to Williamson's meritorious action; and moreover, FCM has specifically waived its opportunity to object or reply to Williamson's request for an entry of default.
8. For example, FCM returned Williamson's default motion as "Refused" "Return to sender" on 1/25/07.

(See Ex. A Copy of envelope). Also, FCM refused the TRO/PI and Expert Witness motions in the same fashion and even was arrogant enough to write in red ink: *"Return to sender[;] Inmate Mail Not Accepted."* (See EX B Copy of envelope)

9. Consequently, FCM has freely chosen to waive its opportunity to object and or reply to Williamson's action and his request for default, and his motions for TRO/PI and Expert Witness. FCM must accordingly accept the consequences of its actions. Signing and returning a "Waiver" for service of process and consequently acknowledging receipt of Williamson 's meritorious complaint; however, then sticking their head in the sand and refusing to reply, etc. cannot be deemed "Good Cause" in any sense of the term. FCM's bizarre and clearly arrogant behavior is shocking, but it is not surprising when one considers that similar behavior gave rise to the instant action. For example, FCM deliberately refused Williamson's reasonable and oft repeated pleas for needed medical care and FCM defied Williamson's constitutional rights in doing so; now FCM deliberately refuses to answer or defend against Williamson's meritorious claims and FCM defies the authority of this august Tribunal in doing so. Indeed, FCM's primary non-medical objective

In denying treatment was its custom/policy of cost-avoidance and it appears another form of avoidance has been developed in bad faith by FCM to delay and or obstruct these proceedings.

CONCLUSION

WHEREFORE, for the foregoing reasons, Williamson requests this Honorable Court to enter his request for default against FCM, and or also enter an acknowledgment that FCM has waived its opportunity to object or otherwise reply to Williamson's default request, TRO/PI and Appointment of Expert Witness motions as is warranted by defendant FCM's abusive behavior regarding these proceedings.

David Williamson
SBI # 183022, W-1, L-12
DCC, 1181 Paddock Rd.
Smyrna, DE 19977

2-1-07
Date

AFFIDAVIT OF MAILING

I David Williamson, pro se plaintiff, do swear that I have caused the following documents to be placed in a U.S. Mail Receptacle on 1 day of February 2007:

1. Plaintiff's Notice of Def' [FCM]'s Refusal to Defend/Answer And or FCM's Subsequent Waivers

2. N/A

3. N/A

4. N/A

These originals/true copies were addressed to the following parties:

1. FCM, Inc.
205 W. Giaconda Way
Suite 115
Tucson, AZ 85704-4350

2. Amy A. Quinlan, Esq.
500 Del. Ave.
Suite 1500
Wilmington, DE 19801-1494

3. N/A

4. N/A

The above is signed under penalty of perjury.

[signature]

David Williamson

I/M David Williamson
SBI# 187022 UNIT W-1, L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
Attn: Clerk of Court
844 North King St.
Lock box 18
Wilm., DE 19801



# EXHIBIT A

I/M David Williamson
SBI# 183022 UNIT W-1 L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
WILMINGTON DE 197
10 JAN 2007 PM 1
W-1h
Return to Sender
- not accepted
First Correctional Medical, Inc.
205 Giaconda Way
Suite 115
Tucson, AZ
NIXIE 850 1 00 01/19/07
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 19977347499 *1527-20927-10-42

# EXHIBIT B

Williamson
83022 UNIT W-1, L-12
WARE CORRECTIONAL CENTER
ADDOCK ROAD
NA, DELAWARE 19977
Return to Sender
Inmate mail not accepted
RETURN TO SENDER
UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975
$ 04.05 0
JAN 11 2007
MAILED FROM ZIP CODE 19977
First Correctional Medical, Inc.
205 W. Giaconda Way
Suite 115
Tucson AZ
85704-4350
FORWARDING ORDER EXPIRED
INSUFFICIENT ADDRESS
NO SUCH NUMBER
NO RECEPTACLE
REFUSED
VACANT
0424
Re: Williamson v. CMS, et al
CA. No. 06-379-SLR
Please reduce this
exhibit down to
8 1/2" x 11"
Thank you

