IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. 06-379-SLR |
| CORRECTIONAL MEDICAL SERVICES, Inc, et al, | ) | |
| Defendants. | ) | |

PLAINTIFF REQUESTS THE COURT TO RECOGNIZE THAT DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC HAS FAILED TO OBJECT/REPLY TO PLAINTIFF'S MOTION FOR EXPERT WITNESS

COMES NOW, plaintiff, Williamson pursuant to the appropriate Fed. R. Civ. P., Local Rule, and or case authority, and does request this honorable Court to recognize that defendant Correctional Medical Services, Inc (CMS) has failed to defend, object, answer, and or otherwise request an extension of time to answer Williamson's motion for the appointment of an expert witness and thereby waives its opportunity to do so. Williamson requests pleading leniency normally afforded to pro se litigants from the Court pursuant to Haines v. Kerner, 404 U.S. 519 (1972).

1. On or about 1-10-07 Williamson filed a package containing two motions: TRO/PI (DI # 38) and appointment of expert witness (DI # ____ ) on all defendants of record who have received service of process. (See Court's file).

2. On or about 1-25-07 CMS requested an extension of time to reply to Williamson's TRO/PI, but CMS failed to make a similar request to reply and or object to Williamson's request for the appointment of an expert witness.

3. For example, CMS stated that Williamson had filed said TRO/PI on 1-12-07, but Williamson had filed both together in a single package via the U.S. Mail; CMS incorrectly stated that it was served electronically on or about 1-16-07 and that by their calculations a reply would be due on 2-01-07.

4. Williamson disputes CMS's due date calculation, but assuming arguendo it matters not, because Williamson is not unreasonable and does not object to CMS's request for an extension of time.

5. However, Williamson does take exception to CMS's failure to reply to his motion for appointment of an expert and or request an extension of time to do so.

6. Consequently, utilizing CMS's calculations that the TRO/PI was originally due on 2-01-07, that would also necessarily require CMS to reply to Williamson's motion for expert witness on 2-01-07 any and failure to do so is a constructive waiver. (See Cephas v. Bush, 47 F.R.D. 371, 373 (E.D. Pa 1969) and Sturdevant v. Sears, Roebuck & Co, 32 F.R.D. 425 (W.D. Mo. 1963). Objections are waived if they are not made in a timely fashion, even if objections are based on a claim of privilege. Granted this case law involves discovery waivers; its principles are nevertheless applicable to CMS's failure to reply, etc to Williamson's motion for appointment of an expert witness.

7. To date (February __2__, 2007), CMS has failed to do so and absent good cause, CMS therefore enters a waiver.

WHEREFORE, for the foregoing reasons, Williamson requests this Honorable Court to recognize CMS's waiver and accordingly decide the matter based on Williamson's uncontested motion.

_David W_____                                                              __2-2-07__
David Williamson                                                              Date
SBI # 183022, W-1, L-12
DCC, 1181 Paddock Rd.
Smyrna, DE 19977

## CERTIFICATE OF SERVICE

I, David Williamson, the pro se plaintiff in C.A. No. 06-379-SLR, do hereby declare under penalty of perjury that I have caused to be delivered a true and correct copy of the following documents:

1. PLAINTIFF REQUESTS THE COURT TO RECOGNIZE THAT DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC HAS FAILED TO OBJECT/REPLY TO PLAINTIFF'S MOTION FOR EXPERT WITNESS.

By placing same in a U.S. postal receptacle on this __2__ day of __Feb.__ 200 __7__, and Addressed to the following parties:

Amy A. Quinlan, Esq.
Morris James LLP
C/O Correctional Medical Services, Inc.
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494

First Correctional Medical, Inc           N/A
205 W. Giaconda Way
Suite 115
Tucson, AZ 85704-4350

David Williamson, SBI #183022
DCC
1181 Paddock Rd.
Smyrna, DE 19977

I/M David Williamson
SBI# 183022   UNIT W-1 L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
02 FEB 2007 PM 1 L

U.S.M.S X-RAY

U.S. District Ct.
c/o Clerk of Court
844 North King St
Lock box 18
Wilm. DE 19801

19801+2513