# Morris James LLP

Amy A. Quinlan
302.888.6886
aquinlan@morrisjames.com

February 8, 2007

**VIA E-FILING**
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

        RE:    David Williamson v. CMS, et al
                C.A. No. 06-379 SLR

Dear Judge Robinson:

    I am writing to inform the Court that Defendants Correctional Medical Services, Inc., Juanita Clark, Ihuoma Chuks, Alan Zimble, D.D.S. and Margaret Love, N.P. (a/k/a Maggie Bailey) hereby state that they take no position with respect to Plaintiff's Motions for Appointment of Counsel and Expert Witness. (DI #'s 41 and 43).

    As always, I am available at the convenience of the Court should Your Honor have any questions.

                                        Respectfully submitted,

                                        Amy A. Quinlan

AAQ/taa

cc:    David Williamson
        Marcia M. Stafford

AAQ/111331-0007/1530618/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494   T 302.888.6800   F 302.571.1750
Mailing Address   P.O. Box 2306 | Wilmington, DE 19899-2306   www.morrisjames.com