David Williamson
SBI # 183022
1181 Paddock Rd.
Smyrna, DE 19977
February 6, 2007

Re: Williamson v. CMS, et al., CA. No. 06-379-SLR

Clerk of Court:

Please find enclosed two original and two copies of Williamson's motions for an extension of time to answer (1) FCM's motion to dismiss and (2) CMS's Reply to TRO/PI.

Thank you.

Respectfully,
David W.

FILED
FEB 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned