IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON,                         )
    pro se, Plaintiff,                    )
                       )      Case No.:   .   06 -379-SLR
    vs.                                   )
CORRECTIONAL MEDICAL SERVICES, et al      )
      Defendants.                         )
                       )
                       )
                       )
                       )

FILED

FEB 13 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW Williamson, Plaintiff, pursuant to Fed. R. Civ. P, rule 6 (b) and appropriate local rule, and or case authority and does respectfully request an additional ___ten___ days to *object* or reply to Defendant's ___"Defendants CMS, CLARK, CHUKS, ZIMBLE AND LOVE'S Response to Motion For Temporary Restraining Order and Preliminary Injunction. (Defendant CMS's response to TRO/PI)___.

Williamson is pro se and seeks pleading leniency under Haines v. Kerner, 404 U.S. 519 (1972). Plaintiff offers the following in support:

1. Williamson is a friend of the Court —who comes in good faith and not to delay or obstruct the judicial process.

2. Plaintiff is a pro se prisoner, thus meaningful and timely communication with Defendants is impractical, however, Plaintiff presumes Defendants object.

3. Plaintiff is in receipt of Defendant's ___Defendant CMS's response to TRO/ PI___

dated ___2-1-200[7][sic]___, however, delivered by standard mail service. ___ON 2-4-07___ .

4. A reply/answer or objection is due no later than ___2-14-07 as believed by plaintiff___

5. The instant request is filed in compliance with Fed R. Civ. P. Rule 6 (b) (i.e. within five days of due date).

6. Plaintiff faces extraordinary obstacles that the Defendants are not impeded by. Specifically, as a pro se prisoner, Plaintiff is limited to no more than two ninety minute sessions at the prison law library. Moreover, this three hour maximum total one has for research etc. is often times reduced because the law library is unable to accommodate the prisoner population and therefore bumps a litigant from the schedule.

7. Once a prisoner litigant is bumped, it can take an additional two weeks to secure another law library session. Also, the "compound" law library does not provide photocopied cases or reporters via a satellite or mail order system, and Plaintiff falls into this category and must be scheduled in to visit the law library – otherwise he has no access to court rules, indexes, case law, or Sheppard's -- and only then by appointment.

8. Lastly, once Plaintiff completes a draft motion etc., He must submit the document –via In House Mail– with the required "Request" for the appropriate number of copies. This process typically takes five days before the request is satisfied and a prisoner litigant is only then able to mail off his documents to the Court and the Defendants. As such, Plaintiff can realize no more than three hours of law library time in any given seven day period and then, assuming Plaintiff completes a draft within that period, He must wait another five days to receive any copies of the draft. Assuming Plaintiff can complete the necessary research in the meager three hours allotted He can expect to spend no less than 12-15 days completing the process, and it simply is not realistic to believe that a pro se litigant can adequately research an argument or check Defendant's claim(s) for legal veracity etc. in only three hours using hard copy books (nineteenth century technology). Absent the Court's leave for an extension of time, Plaintiff is impeded from responding logically and adequately and He faces substantial prejudice. Justice and judicial economy is best served by granting Plaintiff's reasonable and timely request.

**WHEREFORE**, in view of the above facts Plaintiff asks this Honorable Court grant His request for an extension of time to reply.

David Williamson, 183022
1181 Paddock Rd. W-1, L-12
Smyrna, DE 19977

2-6-07
Date

2

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

## ORDER

By Order of the Court, regarding Case No. _____O6·379-SLR_____ , Plaintiff's request for an

Enlargement of time is Granted. Plaintiff has until _____2·24-07_____ date to file the

Answer/response/objection to Defendant's _____

_____ .

The Clerk of the Court shall enter the Order on the Court's Docket effective as dated below.

_____          _____
The Honorable Judge                                    Date

1

<u>AFFIDAVIT OF MAILING</u>

I David Williamson, pro se plaintiff, do swear that I have caused the following documents to be placed in a U.S. Mail Receptacle on _____6_____ day of ___February___ 200_7_ :

1. _Motion for Enlargement of Time (to object/reply to Defendant CMS's response to TRO/PI)._

2. _N/A_

3. _N/A_

4. _N/A_

These originals/true copies were addressed to the following parties:

1. _Amy A. Quinlan, Esq._  2. _Dana S. Monzo, Esq._
   _500 Delaware Av., Suite 1500_     _(Counsel for FCM)_
   _P.O. Box 2306_     _1225 N. King St._
   _Wilm., DE  19899-2306_     _Suite 1100, P.O. Box 397_
   _(Counsel for CMS, et al)_     _Wilm., DE  19899-0397_

3. _N/A_  4. _N/A_

The above is signed under penalty of perjury.

_David W._

David Williamson   _Dave W._
(Resigned as original)

I/M David Williamson
SBI# 183022 .    UNIT W-1, L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Del. District Court
Attn. Clerk
844 North King St.
Lockbox 18
Wilm., DE 19801

U.S.M.S.
X-RAY