IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, )<br>   pro se, Plaintiff, )<br>   vs. )<br>CORRECTIONAL MEDICAL SERVICES, et al )<br>   Defendants. )<br>) )<br>) )<br>) | Case No.: 06-379-SLR<br><br>**FILED**<br>FEB 13 2007<br>U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE<br>BD scanned |

### MOTION FOR ENLARGEMENT OF TIME

COMES NOW Williamson, Plaintiff, pursuant to Fed. R. Civ. P, rule 6 (b) and appropriate local rule, and or case authority and does respectfully request an additional _twenty_ days to reply to Defendant's _(First Correctional Medical, Inc. (FCM)) motion to Dismiss._

Williamson is pro se and seeks pleading leniency under Haines v. Kerner, 404 U.S. 519 (1972). Plaintiff offers the following in support:

1. Williamson is a friend of the Court —who comes in good faith and not to delay or obstruct the judicial process.

2. Plaintiff is a pro se prisoner, thus meaningful and timely communication with Defendants is impractical, however, Plaintiff presumes Defendants object.

3. Plaintiff is in receipt of Defendant's _Motion to Dismiss dated 1-31-07, however Williamson received it on 2-2-07 at 9:30 PM via prison legal mail_, dated _1-31-07_, however, delivered by standard mail service.

1

4. A reply/answer or objection is due no later than _- Williamson believes - 2-14-07_.

5. The instant request is filed in compliance with Fed R. Civ. P. Rule 6 (b) (i.e. within five days of due date).

6. Plaintiff faces extraordinary obstacles that the Defendants are not impeded by. Specifically, as a pro se prisoner, Plaintiff is limited to no more than two ninety minute sessions at the prison law library. Moreover, this three hour maximum total one has for research etc. is often times reduced because the law library is unable to accommodate the prisoner population and therefore bumps a litigant from the schedule.

7. Once a prisoner litigant is bumped, it can take an additional two weeks to secure another law library session. Also, the "compound" law library <u>does not</u> provide photocopied cases or reporters via a satellite or mail order system, and Plaintiff falls into this category and must be scheduled in to visit the law library – otherwise he has no access to court rules, indexes, case law, or Sheppard's – and only then by appointment.

8. Lastly, once Plaintiff completes a draft motion etc., He must submit the document –via In House Mail– with the required "Request" for the appropriate number of copies. This process typically takes five days before the request is satisfied and a prisoner litigant is only then able to mail off his documents to the Court and the Defendants. As such, Plaintiff can realize no more than three hours of law library time in any given seven day period and then, assuming Plaintiff completes a draft within that period, He must wait another five days to receive any copies of the draft. Assuming Plaintiff can complete the necessary research in the meager three hours allotted He can expect to spend no less than 12-15 days completing the process, and it simply is not realistic to believe that a pro se litigant can adequately research an argument or check Defendant's claim(s) for legal veracity etc. in only three hours using hard copy books (nineteenth century technology). Absent the Court's leave for an extension of time, Plaintiff is impeded from responding logically and adequately and He faces substantial prejudice. Justice and judicial economy is best served by granting Plaintiff's reasonable and timely request.

**WHEREFORE**, in view of the above facts Plaintiff asks this Honorable Court grant His request for an extension of time to reply.

_David W_____
David Williamson, 183022
1181 Paddock Rd. W-1, L-12
Smyrna, DE 19977

_2-6-07_
Date

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

ORDER

By Order of the Court, regarding Case No. __06-379-SLR__, Plaintiff's request for an Enlargement of time is Granted. Plaintiff has until __2-28-07__ date to file the Answer/response/objection to Defendant's _____

_____.

The Clerk of the Court shall enter the Order on the Court's Docket effective as dated below.

_____                                             _____
The Honorable Judge                                                                        Date

1

## AFFIDAVIT OF MAILING

I David Williamson, pro se plaintiff, do swear that I have caused the following documents to be placed in a U.S. Mail Receptacle on __6__ day of __February__ 200_7_:

1. Motion for Enlargement of Time to reply to defendant First Correctional Medical, Inc's Motion to Dismiss.

2. N/A

3. N/A

4. N/A

These originals/true copies were addressed to the following parties:

1. Dana Spring Monzo, Esq.
   1225 N. King St.
   Suite 1100, P.O. Box 397
   Wilm., DE 19899-0397
   (Counsel for FCM)

2. Amy A. Quinlan, Esq.
   500 Delaware Ave.
   Suite 1500
   Wilmington, DE 19801-1494

3. N/A

4. N/A

The above is signed under penalty of perjury.

David W_____

David Williamson