IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON,              ) | |
| ) | C.A. No. 06-379 (SLR) |
| Plaintiff,        ) | |
| ) | |
| v.                                               ) | |
| ) | JURY OF 12 DEMANDED |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| INC., C. MALANEY, DONNA PLANTE, ) | |
| MAGGIE BAILEY, CHUKS IHUOMA,   ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE ) | |
| ROBINSON, JUANITA CLARK, DENTIST ) | |
| JANE DOE and FIRST CORRECTIONAL ) | |
| MEDICAL,                                       ) | |
| ) | |
| Defendants,  ) | |

**DEFENDANT FIRST CORRECTIONAL MEDICAL, INC.'S, ANSWER TO PLAINTIFF'S FIRST SET OF REQUEST FOR ADMISSIONS DIRECTED TO FIRST CORRECTIONAL MEDICAL, INC.**

1. Denied. By way of further answer, defendants First Correctional Medical, Inc., are not in possession of plaintiff's medical records and have not had an opportunity to review them with respect to answering the requests for admissions.

2-44. Denied. By way of further answer, defendants First Correctional Medical, Inc., are not in possession of plaintiff's medical records and have not had an opportunity to review them with respect to answering the requests for admissions.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Inc.

Dated: February 21, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| **DAVID W. WILLIAMSON,** ) | |
| ) | C.A. No. 06-379 (SLR) |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **JURY OF 12 DEMANDED** |
| **CORRECTIONAL MEDICAL SERVICES,** ) | |
| **INC., C. MALANEY, DONNA PLANTE,** ) | |
| **MAGGIE BAILEY, CHUKS IHUOMA,** ) | |
| **DR. S. ALIE, DR. ZIMBULL, MICHELLE** ) | |
| **ROBINSON, JUANITA CLARK, DENTIST** ) | |
| **JANE DOE and FIRST CORRECTIONAL** ) | |
| **MEDICAL,** ) | |
| ) | |
| **Defendants,** ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 21st day of February a copy of the attached *Defendant First Correctional Medical, Inc.'s, Answer to Plaintiff's First Set of Request for Admissions Directed to First Correctional Medical, Inc.* was served upon the following:

**Via First Class Mail**
**David Williamson**
**SBI#183022**
**Delaware Correctional Center**
**1811 Paddock Road**
**Smyrna, DE 19977**

**Via Electroning Filing**
**Amy A. Quinlan, Esquire**
**Morris James, LLP**
**500 Delaware Ave., Suite 1500**
**P.O. Box 2306**
**Wilmington, DE 19899**

                                              **McCULLOUGH & McKENTY, P.A.**

                                              /s/ Dana Spring Monzo
                                              Dana Spring Monzo
                                              1225 N. King Street, Suite 1100
                                              P.O. Box 397
                                              Wilmington, DE 19899-0397
                                              (302) 655-6749
                                              Attorney for First Correctional Medical, Inc.

Dated: February 21, 2007