IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-379 SLR |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, | ) | |
| MAGGIE BAILEY, CHUKS IHUOMA, | ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE | ) | |
| ROBINSON, JUANITA CLARK, | ) | |
| DENTIST JANE DOE and FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

**CMS DEFENDANTS' MOTION TO
DISMISS PURSUANT TO TITLE 18 DEL. C. §6853 (a)(1)**

Defendants, Correctional Medical Services, Inc., Juanita Clark, Ihuoma Chuks,

Alan Zimble, D.D.S. and Margaret Love, N.P. (a/k/a Maggie Bailey) (hereinafter "CMS

Defendants") respectfully move for an Order dismissing the complaint on the following grounds:

1.  This is a case filed with the Court on June 9, 2006 alleging, among other things, a

State law claim for negligence for providing substandard treatment and/or failing to administer

necessary medications/treatment (D.I. 2 ¶207(k)). The complaint was amended on July 18, 2006

and again on October 2, 2006 (D.I. 9, 15). Among other things, the complaint alleges that

defendant "failed to effect adequate medical treatment for Williamson's known serious medical

issues" and "disregarded the accepted standard and necessary dental treatment." (D.I. 15 ¶120,

139(b))

2.  Title 18, Del. C. §6853(a)(1) requires that no healthcare negligence lawsuit shall be

filed unless the Complaint is accompanied by an Affidavit of Merit as to each defendant signed

by an expert witness and accompanied by a current curriculum vitae of that witness, stating that there are reasonable grounds to believe that there has been healthcare medical negligence committed by each defendant must be filed along with the Complaint.[1]  It expressly provides that if the required Affidavit is not filed, the suit <u>shall not be</u> docketed by the Court.

3.     The docket sheet attached hereto as Exhibit "A" does not indicate that the Affidavit of Merit was filed at the time the Complaint was filed.

4.     The Plaintiff has not timely filed any Motion to Extend the time for filing of the Affidavit of Merit, and the time for doing so has passed.

5.     Title 18, <u>Del. C.</u> §6801 (4)  defines "health care" as "any act or treatment performed or furnished, or which should have been performed or furnished, by any health care provider for, to or on behalf of a patient during the patient's medical care, treatment or confinement."

6.     In addition, pursuant to §6801 (5), "'[h]ealth care provider' means a person, corporation, facility or institution licensed by this State pursuant to Title 24, excluding Chapter 11 thereof, or Title 16 to provide health care or professional services or any officers, employees or agents thereof acting within the scope of their employment; provided, however, that the term 'health care provider' shall not mean or include any nursing service or nursing facility conducted

---

[1] Section 6853(a)(1).

   (a)     No healthcare negligence lawsuit shall be filed in this State unless the complaint is accompanied by:

   (1)     An affidavit of merit as to **each defendant** signed by an expert witness, as defined in §6854 of this title and accompanied by a current curriculum vitae of the witness stating that there are reasonable grounds to believe that there has been healthcare medical negligence committed by each defendant.  If the required affidavit does not accompany the complaint or if a motion to extend the time to file said affidavit as permitted by paragraph (2) of this subsection has not been filed with the court, then the Prothonotary or clerk of the court shall

by or for those who rely upon treatment solely by spiritual means in accordance with the creed or

tenets of any generally recognized church or religious denomination."

      7.     Plaintiff alleges that defendants' act or failure to act during the course of his

treatment was negligent, which allegations fall within the statute.  Therefore, plaintiff was

required to file an Affidavit of Merit.  Since plaintiff failed to file the affidavit, that portion of the

Complaint alleging State law claims for medical negligence must be dismissed.

     **WHEREFORE,** CMS Defendants request that the Complaint be dismissed to the extent

that it alleges state law claims for medical negligence.

MORRIS JAMES LLP


Amy A. Quinlan (I.D. #3021)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899
(302) 888-6886
Attorneys for Defendants
Correctional Medical Services, Inc., Juanita Clark,
Ihuoma Chuks, Alan Zimble, D.D.S. and
Margaret Love, N.P. (a/k/a Maggie Bailey)

Dated: Feb. 22, 2007

---

refuse to file the complaint and it shall not be docketed with the court.  The affidavit of merit and curriculum vitae
shall be filed with the court in a sealed envelope which envelope shall state on its face: (emphasis supplied)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-379 SLR |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, | ) | |
| MAGGIE BAILEY, CHUKS IHUOMA, | ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE | ) | |
| ROBINSON, JUANITA CLARK, | ) | |
| DENTIST JANE DOE and FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER IN SUPPORT OF CMS DEFENDANTS'
MOTION TO DISMISS PURSUANT TO TITLE 18 DEL. C. §6853 (a)(i)**

And now this ____ day of _____, 2007, the Court having considered

CMS Defendants' Motion to Dismiss,

The Court orders that:  CMS Defendants' Motion to Dismiss is granted and all State law

medical negligence claims against Defendants Correctional Medical Services, Inc., Juanita Clark,

Ihuoma Chuks, Alan Zimble, D.D.S. and Margaret Love, N.P. (a/k/a Maggie Bailey) are hereby

dismissed with prejudice.

_____
J.

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this ___ day of February, 2007, I have caused

two (2) copies the following documents to be served on the parties listed below:

**CMS DEFENDANTS' MOTION TO DISMISS PURSUANT TO TITLE 18 DEL. C. §6853 (a)(1)**

By First Class U.S. Mail to:

David Williamson, *Pro Se*
SBI #183022
DCC
1181 Paddock Road
Smyrna, DE  19977

Electronically to:

Dana S. Monzo, Esquire (#4605)
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE  19899-0397

Amy A. Quinlan (#3021)

# EXHIBIT A

TAO/099999-9036/1346014/1

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00379-SLR

| | |
|---|---|
| Williamson v. Correctional Medical Services Inc. et al | Date Filed: 06/09/2006 |
| Assigned to: Honorable Sue L. Robinson | Jury Demand: Both |
| Demand: $450,000 | Nature of Suit: 555 Prisoner: Prison |
| Related Case: 1:97-cv-00710-SLR | Conditions |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**David W. Williamson**                        represented by **David W. Williamson**
SBI #183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
*PRO SE*

V.

**Defendant**

**Correctional Medical Services Inc.**          represented by **Amy Arnott Quinlan**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6886
Email: aquinlan@morrisjames.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. Malaney**

**Defendant**

**Donna Plante**

**Defendant**

**Maggie Bailey**                              represented by **Amy Arnott Quinlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chuks Ihuoma**                               represented by **Amy Arnott Quinlan**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sitta C. Alie**
*formerly known as*
Dr. S. Alie

**Defendant**

**Dr. Zimbull**                                          represented by **Amy Arnott Quinlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michelle Robinson**

**Defendant**

**Juanita Clark**                                        represented by **Amy Arnott Quinlan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dentist Jane Doe**

**Defendant**

**First Correctional Medical**                           represented by **Daniel L. McKenty**
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana Spring Monzo**
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Fax: (302) 655-6827
Email: dmonzo@mccmck.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| 06/09/2006 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by David Williamson. (Attachments: # 1 6 Months Account Statement)(ead, ) (Entered: 06/12/2006) |
| 06/09/2006 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against Maggie Bailey, Chuks Ihuoma, S. Alie, Zimbull, Michelle Robinson, Juanita Clark, Jane Doe, Correctional Medical Services Inc., C. Malaney, Donna Plante - filed by David Williamson.(ead, ) (Entered: 06/12/2006) |
| 06/09/2006 | 3 | MOTION for Leave to docket and process plaintiffs complaint that names a Jane Doe defendant (Inter Alia) and has presently incomplete unknown address information for some secondary defendants. - filed by David Williamson. (ead, ) (Entered: 06/12/2006) |
| 06/09/2006 | 4 | INTERROGATORIES Propounded to Defendants (See Plaintiffs First Set of Interrogatories) by David Williamson.(ead, ) (Entered: 06/12/2006) |
| 06/21/2006 | | Case assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb, ) (Entered: 06/21/2006) |
| 06/26/2006 | 5 | ORDER granting Motion to Proceed IFP. Filing Fee of $$350.00 Assessed. An initial partial filing fee of $$47.76 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 7/26/2006. Signed by Judge Sue L. Robinson on 6/23/06. (rld, ) (Entered: 06/26/2006) |
| 07/13/2006 | | Partial Filing Fee Received from David W. Williamson: $ 50.00, receipt number 144051 (copy to business office) (rpg, ) (Entered: 07/13/2006) |
| 07/13/2006 | 6 | Letter to Clerk from David Williamson regarding filing fee. (fmt, ) Additional attachment(s) added on 7/14/2006 (fmt, ). (Entered: 07/14/2006) |
| 07/13/2006 | 7 | Authorization by David W. Williamson requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (fmt, ) (Entered: 07/14/2006) |
| 07/18/2006 | 8 | Letter to Clerk from David Williams enclosing Plaintiff's Settlement Demand letter and "Settlement Agreement and Mutual Release" offer. (Attachments: # 1 Letter to Kevin Connor, Esq. re: Proposed Settlement and Release# 2 Settlement Agreement and Mutual Release)(fmt, ) (Entered: 07/20/2006) |
| 07/18/2006 | 9 | SUPPLEMENTAL COMPLAINT against all defendants- filed by David W. Williamson. (Attachments: # 1 Exhibit - Motion)(fmt, ) Additional attachment(s) added on 7/25/2006 (fmt, ). (Entered: 07/20/2006) |
| 07/19/2006 | 10 | Letter to David W. Williamson from Clerk regarding filing fee questions - re 6 Letter. (fmt, ) (Entered: 07/20/2006) |

Case 1:06-cv-00379-SLR   Document 63-2

| 07/24/2006 | 11 | Letter to Clerk from David Williamson regarding correction to cover page of supplemental complaint. (Attachments: # 1 Exhibit A# 2 Exhibit B)(fmt, ) (Entered: 07/25/2006) |
|---|---|---|
| 07/25/2006 | | CORRECTING ENTRY: The Supplemental Complaint filed by David Williamson on 7/18/06 (D.I. 9) contained the incorrect cover sheet. The correct cover sheet has been attached to D.I. 9 per the letter received from the Plaintiff on 7/24/06 (D.I. 11). (fmt, ) Modified on 7/25/2006 (fmt, ). (Entered: 07/25/2006) |
| 08/14/2006 | | Partial Filing Fee Received from David W. Williamson: $ 30.00, receipt number 144383 (copy to business office) (rpg, ) (Entered: 08/14/2006) |
| 09/12/2006 | | Partial Filing Fee Received from David W. Williamson: $ 20.00, receipt number 144689 (copy to business office). (rpg, ) (Entered: 09/14/2006) |
| 09/19/2006 | 12 | ORDER, the motion for leave to docket and process plaintiff's complaint that names a Jane Doe defendant and has presently incomplete unknown address information for some secondary defendants (D.I. 3) is granted. When plaintiff learns the identity of the Doe defendant, he shall immediately move the court for an order directing amendment of the caption and service of the complaint on her. Correctional Medical Services, Inc. shall respond to plaintiff's first set of interrogs (D.I. 4) upon service of the complaint within the time frame and in the manner provided by the Federal Rules of Civil Procedure. Plaintiff shall return to Clerk original USM 285 form(s) for Correctional Medical Services, Inc., C. Malaney, Donna Plante, Maggie Bailey, Chuks Ihuoma, Dr. S. Alie, Dr. Zimball, Michelle Robinson, Juanita Clark, Dentist Jane Doe and First Correctional Medical, as well as for the Attorney General of the State of Delaware. Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf.) See order for further details. Signed by Judge Sue L. Robinson on 9/18/06. (fmt, ) (Entered: 09/19/2006) |
| 09/29/2006 | 13 | Letter to Clerk from David Williamson regarding Order dated 9/18/06 and the court's request for copies. (fmt, ) (Entered: 10/03/2006) |
| 10/02/2006 | 14 | Letter to Clerk from David Williamson enclosing the original amended complaint and motion for leave to amend. (fmt, ) (Entered: 10/03/2006) |
| 10/02/2006 | 15 | MOTION for Leave to Amend 9 Amended Complaint - filed by David W. Williamson. (Attachments: # 1 Amended Complaint)(fmt, ) (Entered: 10/03/2006) |
| 10/10/2006 | 16 | ORDER granting 15 Motion to Amend/Correct and the amended complaint is filed instanter. The clerk of court is directed to provide to plaintiff one copy of the each of the following documents: D.I. 2, D.I. 9, D.I. 3, and D.I. 4. This order shall supplement the court's service order (D.I. 12). Plaintiff shall provide the court with the requisite number of copies of the most recent amended complaint (D.I. 15) for service upon defts. Upon receipt of all required documents, the United States Marshall shall serve D.I. 2, D.I. 9, D.I. 3, D.I. 4, D.I. 15, D.I. 12, this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon defts identified in pltf's 285 forms. Signed by Judge |

| | | | Sue L. Robinson on 10/6/06. (fmt, ) (fmt, ) (Entered: 10/10/2006) |
|---|---|---|---|
| 10/11/2006 | | | Remark: copy of D.I Nos. 2, 9, 3, and 4 mailed to plaintiff with copy of D.I. 16 (fmt, ) (Entered: 10/11/2006) |
| 10/19/2006 | | | USM 285 forms received for all defendants and the Attorney General. (ead, ) (Entered: 10/19/2006) |
| 10/20/2006 | | 17 | Letter to Clerk from David Williamson enclosing copies for service of process on defendants. (fmt, ) (Entered: 10/23/2006) |
| 10/24/2006 | | | Exit USM 285 forms for Dr. Sitta S. Alie, Correctional Medical Services, Chuks Ihuoma, C. Malaney, Maggie Bailey, Zimball, Michelle Robinson, Donna Plante, Dentist Jane Doe, Juanita Clark, First Correctional Medical and Attorney General of the State of DE with copies of D.I. Nos. 2, 3, 4, 5, 9, 12, 15, 16 and Mag. Consent Forms to U.S. Marshal for service. (fmt, ) (Entered: 10/24/2006) |
| 10/27/2006 | | 18 | Letter to Clerk from David Williamson enclosing Settlement Demand Letter and Settlement Agreement. (Attachments: # 1 Proposed Settlement)(fmt, ) (Entered: 10/30/2006) |
| 10/27/2006 | | 19 | Letter to Clerk from David Williamson enclosing plaintiff's "Final Grievance Appeal to the Bureau Chief" (with exhibits and attachments). (Attachments: # 1 Grievance #1# 2 Exhibit A to grivance # 1# 3 Exhibit A-1 to grievance 1# 4 Exhibit B to grievance # 1# 5 Exhibit B-1 to grievance #1# 6 Exhibit C to grievance #1# 7 Exhibit C-1 to grievance #1# 8 Exhibit D to grievance #1# 9 Exhibit E to grievance #1# 10 Exhibit F to grievance #1# 11 Exhibit H to grievance #1# 12 Exhibit I to grievance #1# 13 Grievance #2# 14 Exhibit D-1 to grievance #2# 15 Exhibit E-1 to grievance # 2)(fmt, ) (Entered: 10/30/2006) |
| 10/31/2006 | | 20 | LETTER/ MOTION for Reconsideration re 16 Order on Motion to Amend/Correct, - filed by David W. Williamson. (Attachments: # 1 Exhibit A# 2 Exhibit B)(fmt, ) (Entered: 11/01/2006) |
| 11/01/2006 | | 21 | USM 285 Returned Unexecuted as to Jane Doe. More Info needed. (fmt, ) (Entered: 11/01/2006) |
| 11/01/2006 | | 22 | USM 285 Returned Executed as to the Attorney General of the State of Delaware; Date of Service: 10/30/06. (fmt, ) (Entered: 11/01/2006) |
| 11/14/2006 | | 23 | WAIVER OF SERVICE with 285 form returned executed For First Correctional Medical waiver sent on 10/31/2006, answer due 1/2/2007. (fmt) (Entered: 11/14/2006) |
| 11/29/2006 | | 24 | USM 285 Returned Unexecuted as to Michelle Robinson. No longer employed by CMS. CMS refused service. (fmt) (Entered: 11/29/2006) |
| 11/29/2006 | | 25 | USM 285 Returned Unexecuted as to Sitta C. Alie. No longer employed by CMS.CMS refused service. (fmt) (Entered: 11/29/2006) |
| 11/29/2006 | | 26 | USM 285 Returned Unexecuted as to C. Malaney. No longer employed by CMS. CMS refused service. (fmt) (Entered: 11/29/2006) |

| 11/29/2006 | 27 | USM 285 Returned Unexecuted as to Donna Plante. No longer employed by CMS. CMS refused service. (fmt) (Entered: 11/29/2006) |
|---|---|---|
| 11/29/2006 | 28 | USM 285 Returned Executed Chuks Ihuoma served on 11/28/2006, answer due 12/18/2006. (fmt) (Entered: 11/29/2006) |
| 11/29/2006 | 29 | USM 285 Returned Executed Juanita Clark served on 11/28/2006, answer due 12/18/2006. (fmt) (Entered: 11/29/2006) |
| 11/29/2006 | 30 | USM 285 Returned Executed Maggie Bailey served on 11/28/2006, answer due 12/18/2006. (fmt) (Entered: 11/29/2006) |
| 11/29/2006 | 31 | USM 285 Returned Executed Correctional Medical Services Inc. served on 11/28/2006, answer due 12/18/2006. (fmt) (Entered: 11/29/2006) |
| 11/29/2006 | 32 | USM 285 Returned Executed Zimbull served on 11/28/2006, answer due 12/18/2006. (fmt) (Entered: 11/29/2006) |
| 12/04/2006 |  | Partial Filing Fee Received from David W. Williamson: $ 50.00, receipt number 145559 (copy to business office) (rpg) (Entered: 12/04/2006) |
| 12/18/2006 | 33 | Letter to Judge Robinson from Lorenza Wolhar, Esquire regarding Representation/Extension. (Wolhar, Lorenza) (Entered: 12/18/2006) |
| 12/21/2006 | 34 | NOTICE of Appearance by Amy Arnott Quinlan on behalf of Maggie Bailey, Chuks Ihuoma, Zimbull, Juanita Clark, Correctional Medical Services Inc. (Quinlan, Amy) (Entered: 12/21/2006) |
| 12/21/2006 | 35 | Letter to The Honorable Sue L. Robinson from Amy A. Quinlan, Esquire regarding Retention/Request for an Extension to Respond to Complaint until 2/15/07 - re 34 Notice of Appearance. (Quinlan, Amy) (Entered: 12/21/2006) |
| 12/22/2006 | 36 | MOTION for Extension of Time to File Answer *to Complaint* - filed by Maggie Bailey, Chuks Ihuoma, Zimbull, Juanita Clark, Correctional Medical Services Inc.. (Quinlan, Amy) (Entered: 12/22/2006) |
| 12/22/2006 | 37 | REQUEST for Default as to Maggie Bailey, Chuks Ihuoma, Zimbull, Juanita Clark, Correctional Medical Services Inc. - filed by David W. Williamson. (fmt) (Entered: 01/03/2007) |
| 01/03/2007 |  | Remark to counsel regarding D.I. 36. Please note for future filings: Per Local Rule 7.1.2, a party filing a motion shall not file a notice of said motion. (fmt) Modified on 1/3/2007 (fmt, ). (Entered: 01/03/2007) |
| 01/03/2007 |  | CORRECTING ENTRY: Remark to counsel dated 1/3/07 has been corrected to reflect the correct Local Rule. (7.1.2) (fmt) (Entered: 01/03/2007) |
| 01/08/2007 |  | SO ORDERED, re 36 MOTION for Extension of Time to File Answer *to Complaint* filed by Zimbull, Correctional Medical Services Inc., Chuks Ihuoma, Maggie Bailey, Juanita Clark, Set/Reset Answer Deadlines: Maggie Bailey answer due 2/15/2007; Chuks Ihuoma answer due 2/15/2007; Zimbull answer due 2/15/2007; Juanita Clark answer due 2/15/2007; Correctional Medical Services Inc. answer due 2/15/2007. |

| | | Signed by Judge Sue L. Robinson on 1/5/06. (rld) (Entered: 01/08/2007) |
|---|---|---|
| 01/11/2007 | 42 | REQUEST for Default as to First Correctional Medical - filed by David W. Williamson. (fmt) (Entered: 01/16/2007) |
| 01/12/2007 | 38 | MOTION for Preliminary Injunction, MOTION for Temporary Restraining Order - filed by David W. Williamson. (fmt) (Entered: 01/16/2007) |
| 01/12/2007 | 39 | MEMORANDUM in Support re 38 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by David W. Williamson.Answering Brief/Response due date per Local Rules is 2/1/2007. (fmt) (Entered: 01/16/2007) |
| 01/12/2007 | 40 | SEALED EXHIBITS re 39 Opening Brief in Support by David W. Williamson. (fmt) (Entered: 01/16/2007) |
| 01/12/2007 | 41 | MOTION to Appoint Expert - filed by David W. Williamson. (fmt) (Entered: 01/16/2007) |
| 01/16/2007 | | CORRECTING ENTRY: D.I. 42 has been re-docketed correctly. (fmt) (Entered: 01/16/2007) |
| 01/22/2007 | 43 | MOTION to Appoint Counsel - filed by David W. Williamson. (fmt) (Entered: 01/23/2007) |
| 01/22/2007 | 44 | OPENING BRIEF in Support re 43 MOTION to Appoint Counsel filed by David W. Williamson.Answering Brief/Response due date per Local Rules is 2/8/2007. (fmt) (Entered: 01/23/2007) |
| 01/22/2007 | 45 | EXHIBITS re 44 Opening Brief in Support by David W. Williamson. (fmt) (Entered: 01/25/2007) |
| 01/22/2007 | 46 | SEALED EXHIBIT (I-A Aff'd of Medication Log 11/29/06) re 44 Opening Brief in Support by David W. Williamson. (fmt) (Entered: 01/25/2007) |
| 01/22/2007 | | Partial Filing Fee Received from David W. Williamson: $ 47.76, receipt number 146183 (copy to business office) (rpg) (Entered: 01/25/2007) |
| 01/25/2007 | 47 | First MOTION for Extension of Time to File Response/Reply as to 38 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order *Preliminary Injunction* - filed by Maggie Bailey, Chuks Ihuoma, Zimbull, Juanita Clark, Correctional Medical Services Inc.. (Quinlan, Amy) (Entered: 01/25/2007) |
| 01/31/2007 | 48 | NOTICE of Appearance by Dana Spring Monzo on behalf of First Correctional Medical (Monzo, Dana) (Entered: 01/31/2007) |
| 01/31/2007 | 49 | MOTION to Dismiss and Response to Request for Default D.I. 42- filed by First Correctional Medical. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3)(Monzo, Dana) Modified on 1/31/2007 (fmt, ). (Entered: 01/31/2007) |
| 02/01/2007 | 50 | RESPONSE to Motion re 38 MOTION for Preliminary Injunction |

| | | |
|---|---|---|
| | | MOTION for Temporary Restraining Order filed by Maggie Bailey, Chuks Ihuoma, Zimbull, Juanita Clark, Correctional Medical Services Inc.. (Quinlan, Amy) (Entered: 02/01/2007) |
| 02/01/2007 | | SO ORDERED, re 47 First MOTION for Extension of Time to File Response/Reply as to 38 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order *Preliminary Injunction*First MOTION for Extension of Time to File Response/Reply as to 38 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order *Preliminary Injunction* filed by Zimbull, Correctional Medical Services Inc., Chuks Ihuoma, Maggie Bailey, Juanita Clark, Set Briefing Schedule: Answering Brief due 2/15/2007. Signed by Judge Sue L. Robinson on 2/1/07. (rld) (Entered: 02/01/2007) |
| 02/01/2007 | 51 | SEALED EXHIBIT A re 50 Response to Motion by Maggie Bailey, Chuks Ihuoma, Zimbull, Juanita Clark, Correctional Medical Services Inc.. (fmt) Modified on 2/2/2007 (fmt, ). (Entered: 02/02/2007) |
| 02/02/2007 | | CORRECTING ENTRY: The sealed exhibit A to D.I. 50 has been docketed separately from the public document using the "Exhibit to a Document" code. Sealed and public filings should not be filed within the same docket entry. (fmt) (Entered: 02/02/2007) |
| 02/02/2007 | 52 | First Set of REQUESTS for Admissions directed to First Correctional Medical, Inc. by David W. Williamson.(fmt) (Entered: 02/05/2007) |
| 02/02/2007 | 53 | Combined First Set of Requests for INTERROGATORIES and PRODUCTION OF DOCUMENTS directed to First Correctional Medical, Inc. by David W. Williamson.(fmt) (Entered: 02/05/2007) |
| 02/02/2007 | 54 | Letter to Clerk from David Williamson enclosing motions. (fmt) (Entered: 02/05/2007) |
| 02/02/2007 | 55 | Renewed REQUEST for Default as to First Correctional Medical - filed by David W. Williamson. (Attachments: # 1 Exhibit A# 2 Exhibit B) (fmt) (Entered: 02/05/2007) |
| 02/05/2007 | 56 | NOTICE - Request the Court to Recognize that Defendant Correctional Medical Services, Inc. Has Failed to Object/Reply to Plaintiff's Motion for Expert Witness by David W. Williamson re 41 MOTION to Appoint Expert (fmt) (Entered: 02/06/2007) |
| 02/08/2007 | 57 | Letter to The Honorable Sue L. Robinson from Amy A. Quinlan, Esquire regarding No opposition to Plaintiff's Motions for Appointment of Counsel and Expert Witness - re 41 MOTION to Appoint Expert, 43 MOTION to Appoint Counsel. (Quinlan, Amy) (Entered: 02/08/2007) |
| 02/08/2007 | | Partial Filing Fee Received from David W. Williamson: $ 52.24, receipt number 146407 (copy to business office) (rpg) (Entered: 02/09/2007) |
| 02/13/2007 | 58 | Letter to Clerk from David Williamson enclosing motions for extension of time. (fmt) (Entered: 02/15/2007) |
| 02/13/2007 | 59 | MOTION for Extension of Time to File Response/Reply as to 50 |

Case 1:06-cv-00379-SLR   Document 632

| | | |
|---|---|---|
| | | Response to Motion - filed by David W. Williamson. (fmt) (Entered: 02/15/2007) |
| 02/13/2007 | 60 | MOTION for Extension of Time to File Response/Reply as to 49 MOTION to Dismiss - filed by David W. Williamson. (fmt) (Entered: 02/15/2007) |
| 02/15/2007 | 61 | ANSWER to Amended Complaint with Trial by Jury of Twelve Demanded by Maggie Bailey, Chuks Ihuoma, Zimbull, Juanita Clark, Correctional Medical Services Inc..(Quinlan, Amy) (Entered: 02/15/2007) |
| 02/21/2007 | 62 | RESPONSE to Discovery Request from David W. Williamson by First Correctional Medical.(Monzo, Dana) (Entered: 02/21/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/22/2007 15:02:53 | | | |
| PACER Login: | mj0008 | Client Code: | 111331-0007 |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00379-SLR Start date: 1/1/1970 End date: 2/22/2007 |
| Billable Pages: | 5 | Cost: | 0.40 |