David Williamson
SBI # 183022
1181 Paddock Rd.
Smyrna DE 19977
February 14, 2007


FILED
FEB 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of Court
Re: Williamson v. CMS, et al. CA No. 06-379-SLR   BD scanned

Clerk of Court:

On or about 2-1-07 I, plaintiff in the above action, filed Plaintiff's first set of "Admissions," combined first set of "Interrogatories and Production of Documents," and "Plaintiff's Notice of Defendant FCM, Inc.'s Refusal to Defend/Answer..." on First Correction Medical, however, addressed to their office address in Tucson, Arizona because I had not been made aware that any counsel for FCM had made an appearance.

FCM rejected these filings and had them returned to sender. I am resending the above motions/discovery addressed to FCM's counsel — now that one has made an appearance — Dana S. Monzo, Esq., 1225 N. King st., Suite 1100, P.O. Box 397, Wilm. DE 19899. I had attached an Affidavit of Mailing reflecting the same for convenience, and I respectfully request the it be processed and docketed to reflect a filing date.

Thank you.

Respectfully
David W.

## AFFIDAVIT OF MAILING

I David Williamson, pro se plaintiff, do swear that I have caused the following documents to be placed in a U.S. Mail Receptacle on ___14___ day of ___February___ 200_7_:

1. Plaintiff's First Set of Requests for Admissions Directed to First Correctional Medical, Inc.

2. Plaintiff's Combined First Set of Requests for Interrogatories & Production of Documents Directed to First Correctional Medical, Inc.

3. Plaintiff's Notice of Defendant First Correctional Medical, Inc's Refusal to Defend/Answer And or FCM's Subsequent Waivers

4. N/A

These originals/true copies were addressed to the following parties:

1. Dana S. Monzo, Esq.
   Counsel For First Correctional Med.
   1225 N. King St.
   Suite 1100, P.O. Box 397
   Wilm., DE 19899-0397

2. N/A

3. N/A

4. N/A

The above is signed under penalty of perjury.

*David W.*

David Williamson

*Dave W.*