
ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON, )
   pro se, Plaintiff, )
                                    )   Case No.: 06-379-SLR
vs. )
CORRECTIONAL MEDICAL SERVICES, et al )
   Defendants. )

**FILED**
FEB 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW Williamson, Plaintiff, pursuant to Fed. R. Civ. P, rule 6 (b) and appropriate local rule, and or case authority and does respectfully request an additional __25__ days to reply to Defendant's "Defendants' CMS, CLARK, CHUKS, ZIMBLE, AND LOVE'S ANSWER TO AMENDED COMPLAINT"

Williamson is pro se and seeks pleading leniency under Haines v. Kerner, 404 U.S. 519 (1972). Plaintiff offers the following in support:

1. Williamson is a friend of the Court —who comes in good faith and not to delay or obstruct the judicial process.

2. Plaintiff is a pro se prisoner, thus meaningful and timely communication with Defendants is impractical, however, Plaintiff presumes Defendants object.

3. Plaintiff is in receipt of Defendant's " ... Answer to Amended Complaint " (D.I. ___)

dated __2-15-07__, however, delivered by standard mail service.

1

4. A reply/answer or objection is due no later than ___3-2-07 as believed by Plaintiff___.[①]

5. The instant request is filed in compliance with Fed R. Civ. P. Rule 6 (b) (i.e. within five days of due date).

6. Plaintiff faces extraordinary obstacles that the Defendants are not impeded by. Specifically, as a pro se prisoner, Plaintiff is limited to no more than two ninety minute sessions at the prison law library. Moreover, this three hour maximum total one has for research etc. is often times reduced because the law library is unable to accommodate the prisoner population and therefore bumps a litigant from the schedule.

7. Once a prisoner litigant is bumped, it can take an additional two weeks to secure another law library session. Also, the "compound" law library does not provide photocopied cases or reporters via a satellite or mail order system, and Plaintiff falls into this category and must be scheduled in to visit the law library – otherwise he has no access to court rules, indexes, case law, or Sheppard's -- and only then by appointment.

8. Lastly, once Plaintiff completes a draft motion etc., He must submit the document –via In House Mail– with the required "Request" for the appropriate number of copies. This process typically takes five days before the request is satisfied and a prisoner litigant is only then able to mail off his documents to the Court and the Defendants. As such, Plaintiff can realize no more than three hours of law library time in any given seven day period and then, assuming Plaintiff completes a draft within that period, He must wait another five days to receive any copies of the draft. Assuming Plaintiff can complete the necessary research in the meager three hours allotted He can expect to spend no less than 12-15 days completing the process, and it simply is not realistic to believe that a pro se litigant can adequately research an argument or check Defendant's claim(s) for legal veracity etc. in only three hours using hard copy books (nineteenth century technology). Absent the Court's leave for an extension of time, Plaintiff is impeded from responding logically and adequately and He faces substantial prejudice. Justice and judicial economy is best served by granting Plaintiff's reasonable and timely request.

**WHEREFORE**, in view of the above facts Plaintiff asks this Honorable Court grant His request for an extension of time to reply.

_David W_____                    _2-22-07_
David Williamson, 183022                         Date
1181 Paddock Rd. W-1, L-12
Smyrna, DE 19977

[①] The instant request is contingent upon the Court either permitting or directing Plaintiff to reply to Defendants' Answer.

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

ORDER

By Order of the Court, regarding Case No. __06-379-SLR__, Plaintiff's request for an Enlargement of time is Granted. Plaintiff has until __3-27-07__ date to file the Answer/response/objection to Defendant's __"Defendants' CMS, CLARK, CHUKS, ZIMBLE AND LOVE'S ANSWER TO AMENDED COMPLAINT"__.

The Clerk of the Court shall enter the Order on the Court's Docket effective as dated below.

_____          _____
The Honorable Judge                                Date

1

## CERTIFICATE OF SERVICE

I, David Williamson, the pro se plaintiff in C.A. No. 06-379-SLR, do hereby declare under penalty of perjury that I have caused to be delivered a true and correct copy of the following documents:

1. *Motion for Enlargement of Time*

2. N/A

By placing same in a U.S. postal receptacle on this __22__ day of __February__ 200 __7__, and

Addressed to the following parties:

Amy A. Quinlan, Esq.
Morris James LLP
Counsel for Correctional Medical Services, Inc.
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494

Dana S. Monzo, Esq.
Counsel for First Correctional Medical, Inc.
1225 N. King St., Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

N/A

N/A

N/A

N/A

_____
David Williamson, SBI #183022
DCC
1181 Paddock Rd.
Smyrna, DE 19977

IM David Williamson
SBI# 183022   UNIT W-1, L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 N. King St.
lock box 18
Wilm, DE
19801

U.S.M.S. X-RAY