IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-379 SLR |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, | ) | |
| MAGGIE BAILEY, CHUKS IHUOMA, | ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE | ) | |
| ROBINSON, JUANITA CLARK, | ) | |
| DENTIST JANE DOE and FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' CMS, CLARK, CHUKS, ZIMBLE AND LOVE'S
REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants, Correctional Medical Services ("CMS"), Juanita Clark, Ihuoma Chuks, Alan Zimble, DDS and Margaret Love, a/k/a Maggie Bailey, (herein after the "Answering Defendants"), by and through their attorneys, Morris James LLP, respectfully submit this reply to the Plaintiff's opposition (D.I. 70) (the "Opposition") to Answering Defendants' motion to dismiss (D.I. 63) (the "Motion).

1.  This was initially filed with the Court on June 9, 2006 (D.I. 2). Subsequently, the complaint was amended on July 18, 2006 and again on October 2, 2006 (D.I. 9, 15). Among other things, the complaint purports to allege state law claims that Answering Defendants "failed to effect adequate medical treatment for Williamson's known serious medical issues" and "disregarded the accepted standard and necessary dental treatment." (D.I. 15 ¶120, 139(b)).

2. Having been granted an extension to respond to the Complaint, Answering Defendants filed their answer on February 15, 2007 (D.I. 61) and asserted, among other things, affirmative defenses including that Plaintiff failed to file an Affidavit of Merit pursuant to 18 *Del.C.* § 6853.

3. In addition, on February 23, 2007 (D.I. 63), Answering Defendants filed a motion to dismiss pursuant to 18 *Del.C.* §6853. As discussed in that motion, to the extent that Plaintiff has attempted to assert a medical negligence action through this action, §6853 required Plaintiff to have filed an Affidavit of Merit consistent with the standards set forth within that statute at the time of filing the Complaint.

4. Because the docket sheet does not indicate that the Affidavit of Merit was filed at the time the Complaint was filed, Answering Defendants moved to dismiss that portion of the Complaint alleging State law claims for medical negligence pursuant to 18 *Del. C.* §6853.

5. Answering Defendants further submit that there is nothing in the Federal Rules of Civil Procedure that would prohibit them from bringing this motion given that the basis for this motion is statutory and not based on one of the delineated defenses set forth in F.R.C.P. Rule 12(b).

WHEREFORE, the Answering Defendants respectfully request that the Complaint be dismissed pursuant to 18 *Del.C.* §6853 to the extent that it alleges state law claims for medical negligence.

- SIGNATURE ON NEXT PAGE -

MORRIS JAMES LLP

_____
Amy A. Quinlan (#3021)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6886
Attorneys for Answering Defendants CMS, Clark, Chuks, Zimble and Love

Dated: March 15, 2007

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 15th day of March, 2007, I have caused two (2) copies the following documents to be served on the parties listed below:

**DEFENDANTS' CMS, CLARK, CHUKS, ZIMBLE AND LOVE'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

By First Class U.S. Mail to:

David Williamson, *Pro Se*
SBI #183022
DCC
1181 Paddock Road
Smyrna, DE 19977

Electronically to:

Dana S. Monzo, Esquire (#4605)
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

_____
Amy A. Quinlan (#3021)

AAQ/111331-0007/1540769/1

4