OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 20, 2007

TO: David W. Williamson
SBI #183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: USM 285 forms received for Dr. Sitta S. Alie and Cathy Kionke.
Civ. No. 06-379 SLR

Dear Mr. Williamson:

The Clerk's Office is in receipt of the above referenced USM 285 forms (enclosed and returned herewith). Be advised that it is unclear how you wish for these forms to be treated. Insofar as you have presented 285 forms to the court, a copy of D.I. #12 is enclosed for your reference.

Please clarify, in writing, your intentions for presenting the above noted forms to the court and return for processing if necessary.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson