## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

DAVID W. WILLIAMSON,      )

                        )      C.A. No. 06-379 (SLR)

       Plaintiff,    )

                        )

    v.              )

                        )      JURY OF 12 DEMANDED

CORRECTIONAL MEDICAL SERVICES, )

INC., C. MALANEY, DONNA PLANTE,  )

MAGGIE BAILEY, CHUKS IHUOMA,   )

DR. S. ALIE, DR. ZIMBULL, MICHELLE  )

ROBINSON, JUANITA CLARK, DENTIST )

JANE DOE and FIRST CORRECTIONAL  )

MEDICAL,              )

                        )

       Defendants,   )

## DEFENDANT FIRST CORRECTIONAL MEDICAL, INC.'S, ANSWERS TO PLAINTIFF'S SECOND SET OF REQUEST FOR ADMISSIONS DIRECTED TO FIRST CORRECTIONAL MEDICAL, INC.

1.     Denied.

2.     Denied.  By way of further answer, First Correctional Medical Delaware, LLC was a wholly-owned subsidiary of First Correctional Medical, Inc.

3.     Denied.  By way of further answer, First Correctional Medical Delaware, LLC was a wholly-owned subsidiary of First Correctional Medical, Inc.

4.     Denied.  By way of further answer, First Correctional Medical Delaware, LLC was a wholly-owned subsidiary of First Correctional Medical, Inc.

5.     Denied.  By way of further answer, this request for admission is a conclusion of law upon which plaintiff bears the burden of proof at trial.

6.     Denied.  By way of further answer, this request for admission is a conclusion of law upon which plaintiff bears the burden of proof at trial.

7.      Denied. By way of further answer, First Correctional Medical Delaware, LLC, contracted with the Delaware Department of Correction to provide healthcare to the prison systems of Delaware between July 1, 2002, through June 30, 2005.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Inc.

Dated: March 28, 2007

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DAVID W. WILLIAMSON,** | ) | |
| | ) | **C.A. No. 06-379 (SLR)** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **JURY OF 12 DEMANDED** |
| **CORRECTIONAL MEDICAL SERVICES,** | ) | |
| **INC., C. MALANEY, DONNA PLANTE,** | ) | |
| **MAGGIE BAILEY, CHUKS IHUOMA,** | ) | |
| **DR. S. ALIE, DR. ZIMBULL, MICHELLE** | ) | |
| **ROBINSON, JUANITA CLARK, DENTIST** | ) | |
| **JANE DOE and FIRST CORRECTIONAL** | ) | |
| **MEDICAL,** | ) | |
| | ) | |
| **Defendants,** | ) | |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 28th day of March a copy of the

attached *Defendant First Correctional Medical, Inc.'s, Answers to Plaintiff's Second Set of Request*

*for Admissions Directed to First Correctional Medical, Inc.* was served upon the following:

**Via First Class Mail**
**David Williamson**
**SBI#183022**
**Delaware Correctional Center**
**1811 Paddock Road**
**Smyrna, DE 19977**

**Via Electronic Filing**
**Amy A. Quinlan, Esquire**
**Morris James, LLP**
**500 Delaware Ave., Suite 1500**
**P.O. Box 2306**
**Wilmington, DE 19899**

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Dana Spring Monzo
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorney for First Correctional Medical, Inc.

Dated: March 28, 2007