IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-379 SLR |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, ) | |
| MAGGIE BAILEY, CHUKS IHUOMA, ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE ) | |
| ROBINSON, JUANITA CLARK, ) | |
| DENTIST JANE DOE and FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CMS' MOTION TO EXTEND
TIME TO RESPOND TO DISCOVERY**

Defendant Correctional Medical Services, Inc. ("CMS" or "defendant"), respectfully moves for an Order permitting defendants an extension in which to respond to plaintiff's Combined Third Set of Requests for Interrogatories and Production of Documents Directed to Correctional Medical Services, Inc. (D.I. 72), Third Set of Requests for Admissions directed to Correctional Medical Services, Inc. (D.I. 73) and Second Set of Requests for Admissions directed to Correctional Medical Service, Inc. (D.I. 74) for the following reasons.

1. This case was filed *pro se* on June 9, 2006 (D.I. 2). A Supplemental Complaint was filed on July 18, 2006 (D.I. 9). The Complaint was further amended by motion which was granted on October 10, 2006 (D.I. 15, 16).

2. On December 20, 2006, the undersigned was retained to represent CMS as well as other defendants and an Entry of Appearance was filed (D.I. 34).

3.  Since that time, a conflict of interest has arisen which was unknown to counsel at the time that the representation was undertaken. Since discovering the conflict, counsel has been diligent in its efforts to resolve this issue. However, after careful consideration, it would appear that the conflict requires Morris James LLC to withdraw its representation of the defendants in this matter.

4.  Currently, responses to the outstanding discovery are due April 11, 2007. CMS requests that the time to respond to the outstanding discovery be extended until June 15, 2007 to allow the defendants time to resolve this issue and to obtain other counsel.

5.  Defendants have been unable to contact plaintiff to determine if he is opposed to the extension pursuant to Rule 7.1.1.

WHEREFORE, CMS requests that the above described relief be granted.

MORRIS JAMES LLP

Amy A. Quinlan (#3021)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6886
Attorneys for Defendants CMS, Clark, Chuks, Zimble and Love

Dated:

AAQ/111331-0007/1547411/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONAL MEDICAL SERVICES, )<br>INC., C. MALANEY, DONNA PLANTE, )<br>MAGGIE BAILEY, CHUKS IHUOMA, )<br>DR. S. ALIE, DR. ZIMBULL, MICHELLE )<br>ROBINSON, JUANITA CLARK, )<br>DENTIST JANE DOE and FIRST )<br>CORRECTIONAL MEDICAL, )<br>)<br>Defendants. ) | C.A. No. 06-379 SLR<br><br>TRIAL BY JURY OF TWELVE DEMANDED |

**O R D E R**

It is **HEREBY ORDERED** this _____ day of _____, 2007 that Defendant CMS' Motion to Extend Time to Respond to Combined Third Set of Requests for Interrogatories and Production of Documents Directed to Correctional Medical Services, Inc. (D.I. 72), Third Set of Requests for Admissions directed to Correctional Medical Services, Inc. (D.I. 73) and Second Set of Requests for Admissions directed to Correctional Medical Service, Inc. (D.I. 74) is GRANTED and CMS has until June 15, 2007 to respond to the outstanding discovery.

_____
The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this ____ day of April, 2007, I have caused two (2) copies the following documents to be served on the parties listed below:

**DEFENDANT CMS' MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY**

By First Class U.S. Mail to:

David Williamson, *Pro Se*
SBI #183022
DCC
1181 Paddock Road
Smyrna, DE  19977

Electronically to:

Dana S. Monzo, Esquire (#4605)
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE  19899-0397

Amy A. Quinlan (#3021)