David Williamson
SBI # 183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977
April 4, 2007

Mr. P. Dalleo, Clerk of Court
Re: Williamson v. CMS, et al., C.A. No. 06-379-SLR

Dear Sir:

I would like to pay off any remaining filing fee I owe the Court in regards to the above action. Could you please inform me of the outstanding balance?

Thank you,
David W



FILED
APR 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M David Williamson
SBI# 183022  UNIT W-1,L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 APR 2007 PM 1 L

U.S. District Court
Attn. Clerk of Court
Lock box 18, 844 King St.
Wilm, 30
19891