OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 11, 2007

TO: David W. Williamson
    SBI #183022
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

RE: **Letter Requesting Account Balance**
    **Civ. No. 06-379 SLR**

Dear Mr. Williamson:

This is a response to your letter requesting the balance owed to the court for filing fees in civil number 06-379 SLR. Our records indicate that you have an outstanding balance of $35.01.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: the Honorable Sue L. Robinson
    fin.
enc.: account statement

**DAVID W. WILLIAMSON V. CORR. MEDICAL SERVICES ET AL**

CA 06-379-SLR
CASE #3

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 6/23/2006 | | | | 350 |
| 7/13/2006 | 5100PL | 144051 | 50 | 300 |
| 8/14/2006 | 5100PL | 144383 | 30 | 270 |
| 9/12/2006 | 5100PL | 144689 | 20 | 250 |
| 12/4/2006 | 5100PL | 145559 | 50 | 200 |
| 1/23/2007 | 5100PL | 146183 | 40 | 160 |
| 1/23/2007 | 0869PL | 146183 | 7.76 | 152.24 |
| 2/8/2007 | 0869PL | 146407 | 52.24 | 100 |
| 2/8/2007 | 086400 | 146408 | 3.99 | 96.01 |
| 3/13/2007 | 086400 | 146836 | 20.79 | 75.22 |
| 4/9/2007 | 086400 | 147132 | 40.21 | 35.01 |