IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-379 SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) TRIAL BY JURY OF TWELVE |
| INC., C. MALANEY, DONNA PLANTE, | ) DEMANDED |
| MAGGIE BAILEY, CHUKS IHUOMA, | ) |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE | ) |
| ROBINSON, JUANITA CLARK, | ) |
| DENTIST JANE DOE and FIRST | ) |
| CORRECTIONAL MEDICAL, | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO PLAINTIFF'S COMBINED THIRD
SET OF REQUESTS FOR INTERROGATORIES AND
PRODUCTION OF DOCUMENTS DIRECTED
TO CORRECTIONAL MEDICAL SERVICES, INC.**

Defendant Correctional Medical Services, Inc. ("CMS") hereby submits the following responses and objections to Plaintiff's Combined Third Set of Requests for Interrogatories and Production of Documents Directed to Correctional Medical Services, Inc.

**GENERAL OBJECTIONS AND RESERVATION OF RIGHTS**

1. CMS objects to responding to this or any other discovery until the conflict of interest identified in CMS' pending Motion to Extend the Time to Respond to Discovery can be resolved and Defendants have retained new counsel.

2. CMS objects to the Third Set of Requests to the extent that they call for, or could be construed as calling for, information that is protected by the attorney-client privilege, the attorney-work-product doctrine, the right to privacy under applicable law,

or any other applicable privilege, doctrine, or right. Any inadvertent production of information protected by any of these privileges, doctrines, or rights shall not be deemed a waiver of the protections that those privileges, doctrines, or rights afford.

3. CMS objects to the Third Set of Requests to the extent that they request information not in their possession, custody or control.

4. CMS objects to the Third Set of Requests to the extent that they are unduly burdensome, overly broad, and seek the production of information that is neither relevant to the issues in this action nor reasonably calculated to lead to the discovery of admissible evidence.

5. CMS objects to the Third Set of Requests to the extent that they are vague, ambiguous, and overly broad, and as a consequence, are unduly burdensome and harassing and are not reasonably calculated to lead to the discovery of admissible evidence.

6. CMS objects to the Third Set of Requests to the extent that they seek to impose obligations in excess of or different from those required by the Federal Rules of Civil Procedure and the Rules of this Court.

7. CMS reserves the right to amend these responses after resolution of their pending motion and after they have had the opportunity to retain new counsel or thereafter, and assert additional objections, clarify the objections set forth herein and supplement their responses as they complete their review and preparation.

8. All general objections are hereby incorporated into each specific response to Requests 1-43.

- SIGNATURE ON NEXT PAGE -

MORRIS JAMES LLP

_____
Amy A. Quinlan (I.D. #3021)
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19899
(302) 888-6886
Attorneys for Defendants CMS, Clark,
Chuks, Zimble and Love

Dated: April 11, 2007

## CERTIFICATE OF SERVICE

I, Amy A. Quinlan, hereby certify that on this 11th day of April, 2007, I have caused two (2) copies the following documents to be served on the parties listed below:

**RESPONSE TO PLAINTIFF'S COMBINED THIRD SET OF REQUESTS FOR INTERROGATORIES & PRODUCTION OF DOCUMENTS DIRECTED TO CORRECTIONAL MEDICAL SERVICES, INC.**

By First Class U.S. Mail to:

    David Williamson, *Pro Se*
    SBI #183022
    DCC
    1181 Paddock Road
    Smyrna, DE 19977

Electronically to:

    Dana S. Monzo, Esquire (#4605)
    McCullough & McKenty, P.A.
    1225 N. King Street, Suite 1100
    P.O. Box 397
    Wilmington, DE 19899-0397

    Amy A. Quinlan (#3021)

1548802/1