David Williamson
SBI # 183022
W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Clerk of Court
Re: Williamson v. CMS, Inc., et al    CA. No. 06-379-SLR

Dear Clerk:

Greetings. Please find enclosed the following documents:

a) Motion for leave to amend the caption of plaintiff's complaint and request to order service of process on unserved defendants,

b) 285 Marshal Forms for the -as yet- unserved defendants, and

c) Demand Letter to CMS Counsel to cease and desist.

Please process and docket at your earliest convenience.

Thank you.
David W



FILED
APR 16 2007

From David Williamson
SBI# 183022   UNIT W-1, L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$02.55
MAILED FROM ZIPCODE 19977

U.S. District Court
Attn. Clerk of Court
844 North King St.
Lockbox 18
Wilm, DE 19801-3570