David Williamson
SBI # 183022
W-1, L-12
1181 Paddock Rd
Smyrna, DE 19977



Amy A. Quinlan, Esq. (Counsel for CMS)
Re: Williamson v. CMS, et al, 06-379-SLR :
"Demand Letter"

Mrs. Quinlan, Esq.:
    Greetings. Enclosed is a "Demand" letter. In short, it requests that your client - defendant CMS and its staff - cease and desist acts that appear to be retaliation. (e.g. Arbitrary and illegitimate prohibition from returning to work).

    These acts have and continue to cause me injury (e.g. loss wages in the amount of .80 an hour, loss good time credits, and jeopardizes my work status). There is no legitimate medical factor supporting the continued CMS medical prohibition on me working, and I request immediate relief.

    I look forward to your cooperation in resolving this matter in a timely manner and without the need of further legal action.

Respectfully,
Dave W_____                                    4-11-07
                                                Date

David Williamson
SBI # 183022
W-1, L-12
1181 Paddock Rd
Smyrna, DE 19977

Mr. S. Altman, CMS Ombudsman
Re: Arbitrary and Illegitimate Medical Prohibition from Working

Mr. Altman:

Greetings. I am writing you in the hope that we may resolve the above matter and discontinue the injuries that CMS has and is causing me.

First, on 3-14-07 doctor OuShuttle performed reconstructive knee surgery on my right knee. OuShuttle is the specialist, is the attending physcian, and CMS staff deferred to OuShuttle's directions in all matters regarding post-op care. On 3-27-07 OuShuttle provided me a medical release to return to work by faxing same to Mr. Bower. Contrary to OuShuttle's informed medical direction, CMS staff inserted itself arbitrarily and absent any legitimate medical factors to nevertheless prohibit me from returning to work.

Indeed, I was discharged under my own power — walking without aid — on 3-30-07, and returned to my housing unit. CMS staff did not examine me prior to discharge, however, CMS staff did impose an illegitimate condition, which

-1-

was directly contrary to OuShuttle's medical release to return to work. (e.g. Prohibited from returning to work. Will be scheduled in for follow up at D.C.C. medical for release in one week). As of 4-11-07, twelve days have elapsed and no follow up scheduling has occurred.

 Moreover, what is troubling about this is that no further follow up was required after OuShuttle's 3-27-07 medical release. Also, who would be equally qualified to second guess the orthopedic specialist, Dr. OuShuttle? Clearly CMS's arbitrary over-ruling of OuShuttle's informed and superior medical judgment is without merit and is therefore dubious. Consequently, absent a legitimate medical factor, a reasonable person could infer that CMS staff have created a pretext in order to mask overt retaliation against me because I exercised my rights to seek redress in the courts by filing a civil action against CMS and its staff. (e.g. Williamson v. CMS, et al., 06-379-SLR). Indeed, I continue to incur injuries as a direct result of this retalitory action: loss wages, loss good time credits, and worker status is in jeopardy.

 In closing, I request to be reimbursed for my lost wages and released to return to work within 24 hours of receipt of this "Demand Letter." Enclosed is a "Release," and I look forward to resolving this matter without further legal action.

 Thank you, David W——   4-11-07

c.c. A. Quinlan, Esq. (CMS counsel) & District Court

## CERTIFICATE OF SERVICE

I, David Williamson, the pro se plaintiff in C.A. No. 06-379-SLR, do hereby declare under penalty of perjury that I have caused to be delivered a true and correct copy of the following documents:

1. "Demand Letter to Cease and Desist" on CMS Counsel

2. N/A

By placing same in a U.S. postal receptacle on this _12_ day of _April_ 200_7_, and

Addressed to the following parties:

Amy A. Quinlan, Esq.
Morris James LLP
Counsel for Correctional Medical Services, Inc.
500 Delaware Ave., Suite 1500
Wilmington, DE 19801-1494

Dana S. Monzo, Esq.
Counsel for First Correctional Medical, Inc.
1225 N. King St., Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

N/A

N/A

N/A

N/A

David W

David Williamson, SBI #183022
DCC
1181 Paddock Rd.
Smyrna, DE 19977

