IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-379 SLR |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, | ) | |
| MAGGIE BAILEY, CHUKS IHUOMA, | ) | |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE | ) | |
| ROBINSON, JUANITA CLARK, | ) | |
| DENTIST JANE DOE and FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

### SUBSTITUTION OF COUNSEL

PLEASE SUBSTITUTE , James E. Drnec, Esquire for Amy A. Quinlan, Esquire as attorney for Defendant Zimble in the above-captioned matter.

MORRIS JAMES LLP

_____
Amy A. Quinlan, Esquire (#3021)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Attorneys for Defendants CMS, Clark, Chuks, Zimble and Love

Balick & Balick

_____
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, DE 19801

Dated: 5/14/07

TAO/111331-0007/1568248/1

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 14th day of May 2007, the foregoing Substitution of Counsel was filed electronically via CM/ECF and served via First Class Mail upon the following:

>Daniel L. McKenty
>McCullough & McKenty, P.A.
>1225 North King Street, Suite 1100
>P.O. Box 397
>Wilmington, DE 19899-0397
>
>David W. Williamson
>SBI #183022
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>_____*James E. Drnec*_____
>James E. Drnec (ID#3789)