IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-379 SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) TRIAL BY JURY OF TWELVE DEMANDED |
| INC., C. MALANEY, DONNA PLANTE, | ) |
| MAGGIE BAILEY, CHUKS IHUOMA, | ) |
| DR. S. ALIE, DR. ZIMBULL, MICHELLE | ) |
| ROBINSON, JUANITA CLARK, | ) |
| DENTIST JANE DOE and FIRST | ) |
| CORRECTIONAL MEDICAL, | ) |
| | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

PLEASE SUBSTITUTE Megan T. Mantzavinos, Esq. for Amy A. Quinlan, Esq. as attorney for Defendants CMS, Clark, Chuks and Love in the above-captioned matter.

| | |
|---|---|
| MORRIS JAMES LLP | MARKS O'NEILL O'BRIEN & COURTNEY |
| /s/ Amy A. Quinlan | /s/ Megan T. Mantzavinos |
| Amy A. Quinlan, Esquire (#3021) | Megan T. Mantzavinos, Esquire |
| 500 Delaware Avenue, Suite 1500 | 913 Market Street, Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Attorneys for Defendants CMS, Clark, Chuks, Zimble and Love | |

Dated: 5/15/07

TAO/111331-0007/1568248/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON,<br><br>      Plaintiff,<br><br>      v.<br><br>CORRECTIONAL MEDICAL SERVICES, INC.,<br>C. MALANEY, DONNA PLANTE, MAGGIE<br>BAILEY, CHUKS IHUOMA, DR. S. ALIE,<br>DR. ZIMBULL, MICHELLE ROBINSON,<br>JUANITA CLARK, DENTIST JANE JOE, and<br>FIRST CORRECTIONAL MEDICAL,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:  C.A. No.: 06-379 SLR<br>:<br>:  TRIAL BY JURY OF TWELVE<br>:  DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, **Megan T. Mantzavinos** hereby certify that on **May 15, 2007**, I electronically filed a **Substitution of Counsel** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| James Edward Drnec, Esquire<br>Bifferato Gentilotti, LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801<br>*Attorney for Defendant Dr. Zimbull* | Daniel L. McKenty, Esquire<br>Dana Spring Monzo<br>McCullough & McKenty, P.A.<br>1225 North King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE  19899-0397<br>*Attorneys for Defendant First Correctional Medical* |

DE082434.1

      I have served via first class mail two copies of the **Substitution of Counsel** to the Pro Se Defendant:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                              */s/ Megan T. Mantzavinos*
                              Megan T. Mantzavinos, Esquire (ID No. 3802)
                              Marks, O'Neill, O'Brien & Courtney, P.C.
                              913 North Market Street, #800
                              Wilmington, DE 19801
                              (302) 658-6538
                              *Attorney for Defendants Correctional Medical Services, Inc., et al.*