IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-379-SLR |
| | ) |
| CORRECTIONAL MEDICAL | ) |
| SERVICES, INC., C. MALANEY, | ) |
| DONNA PLANTE, MAGGIE BAILEY, | ) |
| CHUKS IHUOMA, DR. SITTA C. ALIE, | ) |
| DR. ZIMBULL, MICHELLE | ) |
| ROBINSON, JUANITA CLARK, | ) |
| DENTIST JANE DOE and FIRST | ) |
| CORRECTIONAL MEDICAL, | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL SERVICE ORDER

WHEREAS, plaintiff, David W. Williamson, a prisoner incarcerated at the Delaware Correctional Center, filed his complaint and amended complaints pursuant to 42 U.S.C. § 1983 (D.I. 2, 9, 15);

WHEREAS, the amended complaint names as a defendant Jane Doe dentist and also contains incomplete names of other defendants;

WHEREAS, on April 16, 2007, plaintiff filed a motion to amend the caption of the amended complaint to identify Jane Doe dentist as Carla Kionke and to correct the names of defendants C. Malaney, Maggie Bailey, Dr. Zimbull, and First Correctional Medical (D.I. 88);

WHEREAS, plaintiff also resubmitted USM-285 forms to effect service on unserved defendants;

THEREFORE, at Wilmington this 16th day of May, 2007, IT IS ORDERED that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Plaintiff's motion (D.I. 88) is GRANTED.

3. The clerk of the court is directed to amend the court docket by changing the name D. Malaney to Christine Malaney; Maggie Bailey to Margaret Love; Dr. Zimbull to Dr. Alan Zimble; Jane Doe dentist to Dr. Carla Kionke, and First Correctional Medical to First Correctional Medical, Inc.

IT IS FURTHER ORDERED that:

1. This order shall supplement the court's service orders (D.I. 12, 16) dated September 19, 2006 and October 10, 2006, respectively.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff has provided **original "U.S. Marshal-285" forms for unserved defendants Christine Malaney, Donna Plante, Dr. Sitta C. Alie, Michelle Robinson, and Dr. Carla Kionke. Plaintiff shall provide the court with copies of the amended complaint (D.I. 15) for service upon each unserved defendant as listed above. Plaintiff is notified that the United States Marshal will not serve the amended complaint until all copies have been received by the clerk of the court. Failure to provide the amended complaints for the newly identified defendants within 120 days from the date of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

3. Upon receipt of the documents by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the amended complaint, this order, a "Notice of

Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the defendants identified in the 285 forms.

    4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

    5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent.  If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

    6. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

    7. **NOTE:** *** When an amended complaint is filed prior to service, the Court will **VACATE** all previous Service Orders entered, and service **will not take place**.  An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

    8. **Note:** *** Discovery motions and motions for appointment of counsel filed

prior to service will be dismissed without prejudice, with leave to refile following service.

\*\*\*

                                                                                                                /s/ Sue L. Robinson
                                                          UNITED STATES DISTRICT JUDGE