OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 23, 2007

To:   David Williamson
      SBI # 183022
      D.C.C.
      1181 Paddock Road
      Smyrna, DE 19977


      RE:   Document received by the Clerk's office on 5/22/07
            CV 06-379-SLR

Dear Mr. Williamson:

The Clerk's office is in receipt of the above referenced document (enclosed and returned herewith). Please be advised that a letter of this nature will not be placed on the court docket as the matter addressed in the document should be handled only between the parties of the civil action.

Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you might be alleging.

/fmt

Sincerely,

Peter T. Dalleo
Clerk of Court

cc: The Honorable Sue L. Robinson