David Williamson
SBI # 183022, W-1, L-12
1181 Smyrna, DE 19977
May 31, 2007

Clerk of the District Court

Re: <u>Williamson v. CMS, Inc, et al</u>, CA. No. 06-379-SLR: (Marshal Forms)

Mr. Dalleo:

Greetings. Pursuant to the Court's ___5-17-07___ order, I have provided copies of the "Amended Complaint" for the purpose of serving the five remaining defendants: C. Malaney, D. Plante, M. Robinson, C. Kionke, and S. Alie. (See <u>Order</u> attached).

The Court currently has possession of the five completed Marshal forms; however, since providing said forms CMS has substituted counsel and Malaney, Plante, Robinson, and Kionke will no longer be represented by Amy S. Quinlan, Esq., of 500 Delaware Ave., Suite 1500, P.O. Box 2306, Wilmington, DE 19899. Consequently, the current counsel address for these particular 285 forms (i.e. four defendants) is no longer valid. Counsel for these defendants is now found at the following address and service should proceed to the new address accordingly:

FILED
JUN - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

   Megan T. Mantzavinos, Esq.
   913 N. Market St.
   Suite 800
   Wilmington, DE 19801
   (Counsel for defendants CMS, et al, **Malaney, Plante, Robinson, and Kionke**)

Defendant Sita Alie will not be represented by Mantzavinos and service should be completed at the address provided.

In closing, I hope to save judicial resources by alerting the Court to this sudden change of address/counsel so that service of process may proceed without delay or inconvenience. If there are any questions or concerns, please feel free to contact me at your earliest convenience.

Respectfully,

David W
David Williamson

C.c. Mantzavinos (Counsel for CMS, et al), ___James E. Drnec Esq.___ (Counsel for Zimble), and

___Dana S. Monzo, Esq.___, (Counsel for FCM, Inc.)

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. _Letter to Clerk of Court (Marshal Forms) dated 5-31-07_____,

2. _N/A_____,

By placing same in a U.S. Mail receptacle on the _____ day of _____ 200___.

Megan T. Matzavinos, Esq.
913 N. Market St., Suite 800
Wilmington, DE 19801
(Counsel for CMS. Et al)

Dana S. Monzo, Esq.
1225 N. King St., Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(Counsel for FCM, Inc.)

_N/A_____

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

_N/A_____

David W_____
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

Williamson, O

Pay-To: Del. State Treasurer (Postage Bulk-rate)   Amount: $ _____   Date: 5-31-07

The Sum of: _____ and Cents

Address to whom sent: _____

SBI# 183022

Log # _____

Check # _____

Date of Ck _____

N/A

_DavOW_
Inmate Signature

_____
OIC Signature

_____
Lieutenant Signature if Over $100.00

_____
Shift Commander Signature if Over $1000.00

Form #34 (rev 5/03)

I/M David Williamson
SBI# 183022    UNIT W-1, L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S. District Court
Attn. Clerk of Court
844 N. King St.
Lockbox 18
Wilm., DE 19801-3570