OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 5, 2007

TO: David W. Williamson
SBI #183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Return of Incorrect USM 285 forms in response to your Letter dated 5/31/07;** *Civ. No. 06-379(SLR)*

Dear Mr. Williamson:

Please be advised that the Clerk's Office is returning the USM 285 forms for Dr. Carla Kionke, Michelle Robinson, Donna Plante and Christine Malaney submitted on 4/16/07. Please resubmit new USM 285 forms for the above-mentioned defendants with the correct address.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson
enc: Returned USM 285 forms