IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON,        )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br>CORRECTIONAL MEDICAL SERVICES, )<br>INC., C. MALANEY, DONNA PLANTE, )<br>MAGGIE BAILEY, CHUKS IHUOMA, )<br>DR. S. ALIE, DR. ZIMBULL, MICHELLE )<br>ROBINSON, JUANITA CLARK, DENTIST )<br>JANE DOE and FIRST CORRECTIONAL )<br>MEDICAL,                     )<br>                             )<br>     Defendants.            ) | C.A. No. 06-379 (SLR)<br><br><br>JURY OF 12 DEMANDED |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First Correctional Medical, Inc.

| | |
|---|---|
| McCULLOUGH & McKENTY, P.A. | McCULLOUGH & McKENTY, P.A. |
| /s/ Dana Spring Monzo | /s/ Daniel L. McKenty |
| Dana Spring Monzo, *DE Bar No. 4605* | Daniel L. McKenty, *DE Bar No. 2689* |
| Legal Arts Building | Legal Arts Building |
| 1225 King Street, Suite 1100 | 1225 King Street, Suite 1100 |
| P.O. Box 397 | P.O. Box 397 |
| Wilmington, DE 19899-0397 | Wilmington, DE 19899-0397 |
| 302-655-6749 | 302-655-6749 |
| Attorney for Defendant | Attorney for Defendant |
| First Correctional Medical, Inc. | First Correctional Medical, Inc. |

Dated: June 11, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | ) | |
| | ) | C.A. No. 06-379 (SLR) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY OF 12 DEMANDED |
| CORRECTIONAL MEDICAL SERVICES, INC., C. MALANEY, DONNA PLANTE, MAGGIE BAILEY, CHUKS IHUOMA, DR. S. ALIE, DR. ZIMBULL, MICHELLE ROBINSON, JUANITA CLARK, DENTIST JANE DOE and FIRST CORRECTIONAL MEDICAL, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals:

*Via First Class Mail*
David Williamson
SBI#183022
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE 19977

*Via Electronic Service*
Amy A. Quinlan, Esquire
Morris James, LLP
500 Delaware Ave., Suite 1500
P.O. Box 2306
Wilmington, DE 19899

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 11, 2007