IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| V. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : | |
| DR. ZIMBULL, MICHELLE ROBINSON, | : | |
| JUANITA CLARK, DENTIST JANE JOE, and | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S OBJECTION TO PLAINTIFF'S COMBINED THIRD SET OF REQUESTS FOR INTERROGATORIES & PRODUCTION OF DOCUMENTS DIRECTED TO CORRECTIONAL MEDICAL SERVICES, INC.**

Defendant, Correctional Medical Services, Inc. ("CMS") through its undersigned counsel, hereby submits the following Objection to Plaintiff's Combined Third Set of Requests for Interrogatories and Production of Documents (collectively the "Requests") as follows:

1. Plaintiff filed his First Set of Interrogatories directed to CMS on June 9, 2006 (D.I. 4), which contained 36 interrogatories.

2. CMS filed Answers to Plaintiff's First Set of Interrogatories on March 12, 2007 (D.I. 71).

3. Plaintiff filed his Combined Second Set of Requests for Interrogatories & Production of Documents directed to CMS on February 28, 2007, which contained 29 interrogatories.

4. CMS filed Answers to Plaintiff's Combined Second Set of Requests for

Interrogatories & Production of Documents on March 30, 2007 (D.I. 79).

    5.    CMS has answered a total of 65 interrogatories served upon it by plaintiff.

    6.    Plaintiff filed his Combined Third Set of Requests for Interrogatories & Production of Documents directed to CMS on March 12, 2007 (D.I. 72), which contained 43 interrogatories.

    7.    Federal Rule of Civil Procedure 33(a) states: "Without leave of court or written stipulation, any party may serve upon any other party written interrogatories, not exceeding 25 in number including all discrete subparts, to be answered by the party served."

    8.    United States District Court for the District of Delaware Local Rule 26.1(b) states "no party shall propound more than 50 interrogatories to any other party. Each subpart shall be counted as a separate interrogatory."

    9.    CMS has already answered the 65 interrogatories served by plaintiff, in excess of the 50 interrogatories allowed under Local Rule 26.1(b).  Plaintiff's 43 additional interrogatories contained in his Combined Third Set of Requests for Interrogatories & Production of Documents directed to CMS are also in excess of the number of interrogatories allowed by the Court.

WHEREFORE, Defendant Correctional Medical Services, Inc. objects to Plaintiff's Combined Third Set of Requests for Interrogatories & Production of Documents directed to CMS because they exceed the number of allowable interrogatories and do not require answers.

    */s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire (ID No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

Date: June 15, 2007

DE084332.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No.: 06-379 SLR |
| V. : | |
| : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, : | |
| DR. ZIMBULL, MICHELLE ROBINSON, : | |
| JUANITA CLARK, DENTIST JANE JOE, and : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| : | |
| Defendants. : | |

## NOTICE OF SERVICE

I, Megan T. Mantzavinos, Esquire hereby certify that on this 15th day of June, 2007, two copies of the below-mentioned document were served by postage pre-paid first class mail upon the following individuals:

**DOCUMENT:**

DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S OBJECTION TO PLAINTIFF'S COMBINED THIRD SET OF REQUESTS FOR INTERROGATORIES & PRODUCTION OF DOCUMENTS DIRECTED TO CORRECTIONAL MEDICAL SERVICES, INC.

**DIRECTED TO:**

David W, Williamson
SBI # 183022
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

DE084542.1

James Edward Drnec, Esquire
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801

Daniel L. Mckenty
McCullough & Mckenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

                                        */s/ Megan T. Mantzavinos, Esquire*
                                    Megan T. Mantzavinos, Esquire (I.D. No. 3802)
                                    Marks, O'Neill, O'Brien & Courtney, P.C.
                                    913 North Market Street, Suite 800
                                    Wilmington, DE  19801
                                    (302) 658-6538
                                    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, **Megan T. Mantzavinos, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this **15th** day of June, 2007, two copies of the attached **Defendant Correctional Medical Services, Inc.'s Objection to Plaintiff's Combined Third Set of Requests for Interrogatories & Production of Documents Directed to Correctional Medical Services, Inc.** were served via First Class Mail and Electronic Service upon the following counsel of record:

David W, Williamson
SBI # 183022
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

James Edward Drnec, Esquire
Balick & Balick, LLC
711 King Street
Wilmington, DE 19801

Daniel L. Mckenty
McCullough & Mckenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

        /s/ Megan T. Mantzavinos, Esquire
Megan T. Mantzavinos, Esquire (I.D. No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE  19801
(302) 658-6538
*Attorney for Defendant*