UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON,           )<br>                                                   )<br>             Plaintiff,              )<br>       v.                                    )<br>                                                   )<br>CORRECTIONAL MEDICAL SERVICES, )<br>INC., CHRISTINE MALANEY,      )<br>DONNA PLANTE, MARGARET LOVE, )<br>CHUKS IHUOMA, DR. SITTA C. ALIE, )<br>DR. ALAN ZIMBAL, MICHELLE   )<br>ROBINSON, JUANTIA CLARK,      )<br>DR. CARLA KIONKE and FIRST    )<br>CORRECTIONAL MEDICAL, INC.   )<br>                                                   )<br>             Defendants.            ) | Case No. 06-379 (GMS)<br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE OF DEFENDANT DR. ALAN ZIMBAL'S FIRST SET OF REQUESTS FOR PRODUCTION DIRECTED TO PLAINTIFF AND DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF**

I, James E. Drnec, hereby certify that on this 19th day of June 2007, Defendant Dr. Alan Zimbal's First Set of Requests for Production Directed to Plaintiff and Defendant's First Set of Interrogatories Directed to Plaintiff were served on the following by First Class Mail:

Daniel L. McKenty, Esquire
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, De 19899-0397

Megan Trocki Mantzavinos, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street
Suite 800
Wilmington, De 19801

David W. Williamson
SBI #183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                        BALICK & BALICK, LLC

                            /s/ James E. Drnec
                    James E. Drnec, Esquire (#3789)
                    711 King Street
                    Wilmington, Delaware 19801
                    302.658.4265
                    Attorneys for Defendant CMS

Dated: June 19, 2007

**CERTIFICATE OF SERVICE**

I, James E. Drnec, hereby certify that on this date, I served on the parties below in the manner indicated, copies of the Defendant Dr. Alan Zimbal's First Set of Requests for Production Directed to Plaintiff and Defendant's First Set of Interrogatories Directed to Plaintiff.

**VIA FIRST CLASS MAIL**

Daniel L. McKenty, Esquire
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, De 19899-0397

Megan Trocki Mantzavinos, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street
Suite 800
Wilmington, De 19801

David W. Williamson
SBI #183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

       /s/ James E. Drnec
       James E. Drnec