IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, ) | |
|     Plaintiff, ) | |
| v. ) | C.A. 06-379-SLR |
| CORRECTIONAL MEDICAL SERVICES, Inc, et al, ) | |
|     Defendants. | |

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Williamson, pro se, hereby respectfully requests, pursuant to the appropriate Local Rule of the United States District Court for the District of Delaware and Fed. R. Civ. P., rule 6 (b) and does respectfully request an additional fifteen days to reply/answer/object to Defendant's "... _Objection to Plaintiff's Combined Third Set of Requests for Interrogatories and Production of Documents Directed to [CMS], Inc._" (D.I. 101).

Williamson is pro se and seeks pleading leniency pursuant to <u>Haines v. Kerner</u>, 404 U.S. 519 (1972). Williamson offers the following in support:

1. Williamson is a friend of the Court --who comes in good faith and not to delay or obstruct the proceedings.
2. Williamson is a pro se prisoner, thus meaningful and timely communications with defendants is impractical; however, Williamson presumes defendants object to the instant request.
3. Williamson is in receipt of defendants' "..._Objection_ ..." (D.I. 101) which was delivered via regular mail and dated 6-15-07.
4. A reply/answer or objection is due no later than 6-28-07.
5. The instant request is filed in compliance with rule 6 (b) (e.g. within five days of the due date).
6. Williamson faces extraordinary obstacles that defendants are not impeded by. Specifically, as a pro se prisoner, Williamson is limited to no more than two ninety minute sessions per week at the law library. Moreover, this three hour maximum is often times reduced because the law library is unable to accommodate the prisoner population and it is common to get bumped off the law library schedule.
7. Once this occurs, it takes two weeks for one to get back on the schedule, thus one is impeded from access to any law books, etc for this period. There is no paging or mail order system for Compound prisoners.
8. Lastly, once Williamson completes a draft, he must mail in a "photo copy" request for the appropriate amount of copies, which has a turn-around time of some five to seven days. Naturally, this also causes a delay, however, through no fault of Williamson.

WHEREFORE, in view of the extraordinary impediments that Williamson faces, he respectfully requests this Court to grant his reasonable request for an enlargement

_/s/ David W_____            6-20-07
David Williamson, SBI # 183022, DCC, W-1, L-12, 1181 Paddock Rd., Smyrna, DE    Date

FILED JUN 22 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

## ORDER

By Order of the Court, regarding Case no. _____, Plaintiff's request for an enlargement of time is Granted. Plaintiff has until _____ date to file an Answer/reply/objection to Defendants' _____

_____.

The Clerk of the Court shall enter the Order on the Court's docket effective as date below.

_____          _____
Honorable Judge                              Date

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. Motion for Enlargment of Time,

2. N/A,

By placing same in a U.S. Mail receptacle on the 20 day of June 2007.

Megan T. Matzavinos, Esq.
913 N. Market St., Suite 800
Wilmington, DE 19801
(Counsel for CMS. Et al)

DANIEL L. McKenty, P.A.
~~Dana S. Monzo,~~ Esq.
1225 N. King St., Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(Counsel for FCM, Inc.)

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

N/A

N/A

David W
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

David W

I/M David Williamson
SBI# 183022  UNIT W-1, L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 JUN 2007 PM 3 T

U.S.M.S
X-RAY

U.S. District Court
844 North King St.
Lock box 18
Wilm., DE   19801-3570