UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | ) | |
| | ) | Case No. 06-379 (SLR) |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| INC., CHRISTINE MALANEY, | ) | |
| DONNA PLANTE, MARGARET LOVE, | ) | |
| CHUKS IHUOMA, DR. SITTA C. ALIE, | ) | |
| DR. ALAN ZIMBAL, MICHELLE | ) | |
| ROBINSON, JUANTIA CLARK, | ) | |
| DR. CARLA KIONKE and FIRST | ) | |
| CORRECTIONAL MEDICAL, INC. | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT ZIMBAL'S RESPONSE TO
PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Defendant Dr. Alan Zimbal does not oppose Plaintiff's Motion for Enlargement

of Time to allow an additional fifteen days, or until August 3, 2007, to respond to

discovery requests.

BALICK & BALICK, LLC


_____/s/ James E. Drnec_____
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant Dr. Alan Zimbal

Date:  June 26, 2007

## CERTIFICATE OF SERVICE

I, James E. Drnec, hereby certify that on this date, I served on the parties below in the manner indicated, copies of the Defendant Dr. Alan Zimbal's Response to Plaintiff's Motion for Enlargement of Time.

## VIA FIRST CLASS MAIL

Daniel L. McKenty, Esquire
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, De 19899-0397

Megan Trocki Mantzavinos, Esquire
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street
Suite 800
Wilmington, De 19801

David W. Williamson
SBI #183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

_____/s/ James E. Drnec_____
James E. Drnec

Dated: June 26, 2007