IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON,                )
    Plaintiff,                            )
    v.                                       )    C.A. 06-379-SLR
CORRECTIONAL MEDICAL SERVICES, Inc, et al,    )
    Defendants.                      )

## MOTION FOR ENLARGEMENT OF TIME

    Plaintiff, Williamson, pro se, hereby respectfully requests, pursuant to the appropriate Local Rule of the United States District Court for the District of Delaware and Fed. R. Civ. P., rule 6 (b) and does respectfully request an additional fifteen days to reply/answer/object to Defendant's _Zimbal's First Set of Interrogatories and Zimbal's First Set of Production of documents._

Williamson is pro se and seeks pleading leniency pursuant to Haines v. Kerner, 404 U.S. 519 (1972). Williamson offers the following in support:

1. Williamson is a friend of the Court—who comes in good faith and not to delay or obstruct the proceedings.
2. Williamson is a pro se prisoner, thus meaningful and timely communications with defendants is impractical; however, Williamson presumes defendants object to the instant request.
3. Williamson is in receipt of defendants' _above discovery requests dated June 19, 2007._ which was delivered via regular mail and dated _6-19-2007_
4. A reply/answer or objection is due no later than _7-19-2007_
5. The instant request is filed in compliance with rule 6 (b) (e.g. within five days of the due date).
6. Williamson faces extraordinary obstacles that defendants are not impeded by. Specifically, as a pro se prisoner, Williamson is limited to no more than two ninety minute sessions per week at the law library. Moreover, this three hour maximum is often times reduced because the law library is unable to accommodate the prisoner population and it is common to get bumped off the law library schedule.
7. Once this occurs, it takes two weeks for one to get back on the schedule, thus one is impeded from access to any law books, etc for this period. There is no paging or mail order system for Compound prisoners.
8. Lastly, once Williamson completes a draft, he must mail in a "photo copy" request for the appropriate amount of copies, which has a turn-around time of some five to seven days. Naturally, this also causes a delay, however, through no fault of Williamson.

WHEREFORE, in view of the extraordinary impediments that Williamson faces, he respectfully requests this Court to grant his reasonable request for an enlargement

_David W_                                                                              _6-25-07_
David Williamson, SBI # 183022, DCC, W-1, L-12, 1181 Paddock Rd., Smyrna, DE      Date

FILED JUN 26 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

### ORDER

By Order of the Court, regarding Case no. _____, Plaintiff's request for an enlargement of time is Granted. Plaintiff has until _____ date to file an Answer/reply/objection to Defendants' _____

_____.

The Clerk of the Court shall enter the Order on the Court's docket effective as date below.

_____          _____
   **Honorable Judge**                                            **Date**

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. _Motion for Enlargement of Time_____

   _____

   _____,

2. _N/A_____

   _____

   _____,

By placing same in a U.S. Mail receptacle on the __25__ day of __June__ 200_7_.

Megan T. Matzavinos, Esq.
913 N. Market St., Suite 800
Wilmington, DE 19801
(Counsel for CMS. Et al)

DANIEL L. McKenty, P.A.
~~Dana S. Monzo, Esq.~~
1225 N. King St., Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(Counsel for FCM, Inc.)

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

_N/A_____

_N/A_____

_David W_____
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

I/M David Williamson
SBI# 183022   UNIT W.1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 JUN 2007 PM 1 L

U.S. District Court
844 North King St.
Lockbox 18
Wilm., DE    19801-3570