IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| v. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : | |
| DR. ZIMBULL, MICHELLE ROBINSON, | : | |
| JUANITA CLARK, DENTIST JANE JOE, and | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

---

## DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Defendant Correctional Medical Services, Inc. does not oppose Plaintiff's Motion for

Enlargement of Time to allow an additional fifteen days, until August 3, 2007, to respond to

Defendant's discovery response.


 /s/ Megan T. Mantzavinos
Megan T. Mantzavinos, Esquire (ID No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Correctional Medical Services, Inc.*

DE085081.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON,                                    :
                                                     :
          Plaintiff,                                 :
                                                     :        C.A. No.: 06-379 SLR
     v.                                              :
                                                     :        TRIAL BY JURY OF TWELVE
CORRECTIONAL MEDICAL SERVICES, INC.,    :        DEMANDED
C. MALANEY, DONNA PLANTE, MAGGIE        :
BAILEY, CHUKS IHUOMA, DR. S. ALIE,      :
DR. ZIMBULL, MICHELLE ROBINSON,         :
JUANITA CLARK, DENTIST JANE JOE, and    :
FIRST CORRECTIONAL MEDICAL,             :
                                                     :
          Defendants.                                :

---

## CERTIFICATE OF SERVICE

---

I, **Megan T. Mantzavinos** hereby certify that on **June 27, 2007,** I electronically filed a

**Response to Plaintiff's Motion for Enlargement of Time** with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

James Edward Drnec, Esquire              Daniel L. McKenty, Esquire
Bifferato Gentilotti, LLC                Dana Spring Monzo
800 N. King Street, Plaza Level          McCullough & McKenty, P.A.
Wilmington, DE  19801                    1225 North King Street, Suite 1100
*Attorney for Defendant Dr. Zimbull*     P.O. Box 397
                                         Wilmington, DE  19899-0397
                                         *Attorneys for Defendant First Correctional*
                                         *Medical*

DE085080.1

I have served via first class mail two copies of the **Response to Plaintiff's Motion for**

**Enlargement of Time** to the Pro Se Defendant:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

*/s/ Megan T. Mantzavinos*
Megan T. Mantzavinos, Esquire (ID No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant Correctional Medical Services, Inc.*

DE085080.1