David Williamson
SBI #183022, W-1, L12
1181 Paddock Rd.
Smyrna, DE 19977

Clerk of the U.S. District Court

Re: Williamson v. CMS, et al, CA No. 06-379-SLR

Dear Clerk:

I would like to be provided a current docket sheet regarding my action (above action). If there is any charge for a docket, please inform me of what the cost will be and I will remit same.

Thank you for your time in this matter.

Respectfully,

*David W——*
David Williamson

6-26-07
Date



I/M David Williamson
SBI# 183022   UNIT W.1, L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 JUN 2007 PM 2 T

U.S. District Court
Attn. Clerk of Court
844 N. King St., Lockbox 18
Wilm., DE
19801-3570