David Williamson
SBI # 183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977



Clerk of U.S. District Court
RE: Docket Sheet for Williamson v. Correctional Medical Services, Inc., et al, CA. No. 06-379-SLR

Mr. Peter T. Dalleo:

I, pro se plaintiff in the above action, requested a copy of the docket sheet regarding this action.

Subsequently, the Court informed me that there was a fifty cents per page fee, and I was directed to make "prepayment" with my request. I would be happy to comply, however, I was not informed as to how many pages this request (e.g. docket) entailed. Consequently, I am unable to calculate and provide the prepayment fee without this information.

In closing, please inform me of the amount of pages my request amounts to so that I may, in turn, comply with the rule.

Thank you,
David W~

7.15.07

I/M David Williamson
SBI# 183022    UNIT W.1.L.12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 King St.
Lockbox 18
Wilm, DE
19801