IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-379-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE, CHUKS IHUOMA, SITTA C. ALIE, DR. ALAN ZIMBLE, MICHELLE ROBINSON, JUANITA CLARK, DR. CARLA KIONKE, and FIRST CORRECTIONAL MEDICAL, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 19th day of July 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for enlargement of time (D.I. 60) is **denied** as moot.

2. First Correctional Medical, Inc.'s motion to dismiss (D.I. 49) is **granted.**

3. CMS defendants' motion to dismiss pursuant to title 18 Del. C. § 6853(a)(1) (D.I. 63) is **granted** as to the medical negligence claims.

4. Plaintiff's motions to compel (D.I. 94, 95) are **denied** as moot.

5. Plaintiff is given leave to file a second amended complaint to file an affidavit of merit and to name the correct First Correctional Medical defendant. The amendment shall be filed within sixty (60) days from the date of this order. If an amended complaint is not filed within the sixty day time-frame, the case will proceed on the on the amended

complaint found at D.I. 15.

                                                  */s/ Sue L. Robinson*
                                       UNITED STATES DISTRICT JUDGE