## M<small>ARKS</small>, O'N<small>EILL</small>, O'B<small>RIEN</small> & C<small>OURTNEY</small>, P.C.

PHILADELPHIA OFFICE
1800 JFK BOULEVARD - SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

NEW YORK OFFICE
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

MARYLAND OFFICE
600 BALTIMORE AVENUE - SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801
—————
(302) 658-6538
FAX (302) 658-6537

NEW JERSEY OFFICE
COOPER RIVER WEST
6981 NORTH PARK DRIVE - SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

PITTSBURGH OFFICE
707 GRANT STREET
GULF TOWER - SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

BUCKS COUNTY OFFICE
10 SOUTH CLINTON STREET - SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

PATRICK G. ROCK
Member DE, ME & MA Bars
prock@mooclaw.com

July 16, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

**Re:  Williamson v. Correctional Medical Services, et al.**
**C.A. No. 06-379 SLR**
**Our File No. 431-79315**

Dear Judge Robinson:

In the above case, Dan McKenty, Esquire represents First Correctional Medical, James Drnec, Esquire represents Dr. Zimbull, and I represent Correctional Medical Services and other defendants. Plaintiff is appearing *pro se*. Counsel is aware of a letter that Mr. Williamson has sent to the Court and to counsel regarding discovery and requests for admissions. Please advise if the Court would like a response from counsel.

In addition, I have recently sent a letter to the parties to circulate a Scheduling Order and will apprise the Court if there is an agreement upon a proposed Scheduling Order. At this time I am simply seeking guidance as to whether a response is necessary to Mr. Williamson's letter.

Thank you.

DE086128.1

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

Judge Robinson
page two

                              Respectfully,

                              */s/ Patrick G. Rock*

                              PATRICK G. ROCK

PGR/mlm

cc:    James Drnec, Esquire
        Daniel L. McKenty, Esquire
        Mr. David Williamson

DE086128.1