IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON,           )
    Plaintiff,                )
    v.                        )   C.A. 06-379-SLR
CORRECTIONAL MEDICAL SERVICES, Inc, et al,  )
    Defendants.               )

PLAINTIFF'S FIRST SET OF COMBINED INTERROGATORIES AND PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT ZIMBAL

COMES NOW, plaintiff, Williamson pursuant to the appropriate Fed. R. Civ. P., Local Rule, and or case authority. Williamson attests that the instant discovery request is made in good faith, not meant to harass, inconvenience, or be overly burdensome to defendants or to delay these proceedings in any manner. Williamson requests defendant Alan Zimbal (Zimbal) to respond to the following interrogatories and produce the following production of documents, where required under the applicable rules, under oath, within thirty-days of the date of service. (All definitions and directions employed by Zimbal in his request for interrogatories and production of documents directed to Williamson are incorporated herein.

COMBINED INTERROGATORIES / PRODUCTION OF DOCUMENTS

1. Identify the dental/medical staff who were present and or assisted Zimbal and or were present on the following dates when Williamson was seen by dental: 12-07-05, 1-11-06, 02-14-06, 02-21-06, and 02-24-06; and identify Bishop and Georgina.
2. Identify the dental/medical staff that were present at the grievance hearing and or investigated EMG #23193.
3. Identify and produce any and all documents relating to the EMG #23193.
4. Identify and produce any and all documents relating to the recommended standards (those standards recognized by the majority of dental professions) for treating the following –including any recommendations made by the National Commission on Correctional Health Care (NCCHC):
    a. An active periodontal infection;
    b. An abscessed tooth;
    c. Chronic and persistent periodontal disease;
    d. A broken tooth, which is sheared down to the gum line.
5. Identify and produce any and all documents relating to or associated with the recognized (standards recognized by the majority of dental professions and those recognized by the NCCHC) and/or likely health risks relating to chronic periodontal disease and recurring periodontal infections.
6. Outline Zimbal's educational, vocational training, medical/dental qualifications, identify schools and produce supporting documents.
7. With reference to any expert(s) Zimbal expects to call to testify as a witness at the trial, identify same and produce the following – including-
    a. The subject matter on which the expert is expected to testify;
    b. The substance of the facts and opinions of expert;
    c. A summary of the grounds to as to each opinion;
    d. Whether the expert intends to rely on any textbook, periodical, paper or authority to substantiate or formulate any opinion or conclusion or to rely upon same in examination or cross exam of any party witness or expert; and
    e. Produce the exact title of each, the name and address of the author and publisher, and the sections or pages to be relied upon for any item identified above.
8. Identify and produce any and all documents relating to all journals, diaries, logs, or ledgers kept by Zimbal regarding CMS and or its custom/policy to deny dental care over the relevant period.
9. Identify and produce any and all documents constituting, memorializing, summarizing, or discussing correspondence or communication between Zimbal and any other named defendant to this action.
10. Identify and produce any and all documents of the curriculum vitae of all experts Zimbal intends to call to trial.
11. Identify and produce any and all documents, writings upon which you/or your attorney intends to rely in any way at trial.
12. Identify and produce any and all documents of any reports by any person qualifying as an expert, containing opinions, and or facts upon which opinions are based concerning any aspect of the above litigation, as well as, all other documents provided to or received from such expert.

Respectfully,
/s/ Dave W——

FILED
JUL 26 2007

BD scanned
7-12-07

## AFFIDAVIT OF MAILING

I David Williamson, the Plaintiff in Action No. 06-379-SLR, do swear that I have caused to be delivered to the following:

James E. Drnec, Esq.
(Counsel for Zimbal)
711 N. King St.
Wilmington, DE 19801

(i) Plaintiff's First Set of Combined Interrog. & Prod. of Doc's. Directed to Zimbal.

(ii) Proposed Settlement Offer Directed to [Zimbal].

(iii) Plaintiff's Combined Response to Zimbal's Interrog. & Prod. of Doc's.

(iv) Plaintiff's First Set of Admissions Directed to Zimbal.

By placing the same in a U.S Mail Recepticle within the Delaware Correctional Center On 15 day of July, 2007.

The above is signed under penalty of perjury.

_____
David Williamson