David Williamson
SBI #183022, W-1. L-12
1181 Paddock Rd.
Smyrna, DE 19977

Patrick Rock, Esq., of Marks, O'Neill, O'Brien & Courtney, P.C. (Counsel for CMS)
RE: Williamson v. CMS, et al., CA No. 06-379-SLR
"Joint Proposed Scheduling Order and Confidentiality Agreement"

Mr. Rock:

I am in receipt of your July 16, 2007 proposal regarding discovery scheduling/stipulation and confidentiality agreement. I am prepared to agree the majority of the stipulations; however, I require two minor modifications

First, Del. Local Rule 26.1 (b) places "... no limitation upon the permissible number of document request, [or] requests for admissions...." At item 2. Discovery (d) and (e) (*note that you have two consecutive items listed as (e)), you request that we stipulate to propound a maximum of 50 requests for admission and 50 requests for production of documents. This stipulation also has a condition that it includes already propounded discovery. This is unacceptable to me. I will agree to the stipulated limit, however, only if it does not include already propounded discovery. Thus, strike the term "Including" and insert the term "Notwithstanding" at these items.

Second, Del. Local Rule, 7.1.3 (a) permits 40 pages and 20 pages for opening/answering briefs and a reply respectively. At item 5. Discovery (a) you request a stipulation that discovery disputes be submitted via "filing motion (no brief)"... "not to exceed a total of four (4) pages...." This is unacceptable to me, and it would place me at a distinct disadvantage as I may be forced to file hand written motions, etc. Thus, strike the "no brief" "four page" limit -as to this pro se plaintiff- and/or as to all respective parties. I will agree to stipulate to all other issues; however, I request these two minor modifications before doing so. I am sure this is not too unreasonable.

If my request will involve you for any excessive time period, please file a separate confidentiality agreement to me during the interim, so that I may stipulate to that matter and dispose of it accordingly. I am hopeful that can cooperate together in reaching an accord regarding these stipulations. I look forward to your response and the confidentiality agreement.

Respectfully,

David W.

David Williamson



7-23-07
Date

FILED
JUL 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. _Joint Proposed Scheduling Order and Confidentiality Agreement_

2. _N/A_

By placing same in a U.S. Mail receptacle on the __24__ day of __July__ 200__7__.

Megan T. Matzavinos, Esq.
(Counsel for Chuks, Clark, et al)
913 N. Market St. Suite 800
Wilmington, DE 19801

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

Daniel McKently, Esq.
(Counsel for FCM, Inc.)
1225 N. King St., Suite 1100
Wilmington, DE 19809-0397

Patrick Rock, Esq.
(Counsel for CMS, Inc.)
913 Market St., #800
Wilmington, DE 19801

_N/A_

_David W_____
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

_David W_____
Signed as Original