
US POSTAGE
Mailed From 19801
07/19/2007
$00.750
POSTAGE DUE
X-RAY
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
JUL 30 2007
FILED
RETURN TO SENDER
REASON CHECKED
Unclaimed
Refused
Forwarding Order Expired
Addressee unknown
Insufficient Address
No Such Street
Number
Unable to Forward
David W. Williamson
SBI #183022
Delaware Correctional Center
JUDGE SUE L. ROBINSON
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300
Civ. No. 06-379-SLR

(119)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID W. WILLIAMSON,

Plaintiff,

v.

CORRECTIONAL MEDICAL SERVICES, CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE, CHUKS IHUOMA, SITTA C. ALIE, DR. ALAN ZIMBLE, MICHELLE ROBINSON, JUANITA CLARK, DR. CARLA KIONKE, and FIRST CORRECTIONAL MEDICAL, INC.,

Defendants.

Civil Action No. 06-379-SLR

**MEMORANDUM ORDER**

At Wilmington this 17th day of July, 2007, having reviewed the following pending motions;

IT IS ORDERED that the court's decision on the motion for injunctive relief (D.I. 38) is held in abeyance pending receipt of medical and dental records, plaintiff's motions for extension of time to file responses (D.I. 59, 66) are denied as moot, and plaintiff's motion to strike (D.I. 67) is denied, for the reasons that follow:

1. **Background.** Plaintiff, who proceeds pro se and was granted leave to proceed in forma pauperis, filed a motion for injunctive relief for CMS to provide four self-medication cards of Levothyroxine/ multivitamins at the beginning of each medication cycle to treat plaintiff's thyroid disease and for CMS to ensure the automatic scheduling of a clinic visit every ninety days. Plaintiff also seeks an order for CMS to provide reconstructive knee surgery, a special knee brace, and adequate physical



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID W. WILLIAMSON, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-379-SLR
)
CORRECTIONAL MEDICAL )
SERVICES, CHRISTINE MALANEY, )
DONNA PLANTE, MARGARET LOVE, )
CHUKS IHUOMA, SITTA C. ALIE, )
DR. ALAN ZIMBLE, MICHELLE )
ROBINSON, JUANITA CLARK, )
DR. CARLA KIONKE, and FIRST )
CORRECTIONAL MEDICAL, INC., )
)
Defendants. )

**ORDER**

At Wilmington this 17th day of July, 2007, having considered plaintiff's pending motions;

IT IS ORDERED that:

1. Plaintiff's requests for default are **denied**. (D.I. 37, 42, 55) Entry of default judgment is a two-step process. Fed. R. Civ. P. 55(a), (b). A party seeking to obtain a default judgment must first request that the clerk of the court "enter. . .the default" of the party that has not answered the pleading or "otherwise defend[ed]," within the time required by the rules or as extended by court order. Fed. R. Civ. P. 55(a). Timely serving and filing a motion to dismiss under Fed. R. Civ. P. 12(b), precludes entry of default. See Francis v. Joint Force Headquarters Nat'l Guard, Civ. No. 05-4882(JBS), 2006 WL 2711459 (D.N.J. Sept. 19, 2006). Even if default is properly entered, the entry of judgment by default pursuant to Rule 55(b)(2) is within the discretion of the trial




IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, Plaintiff, | ) |
| v. | ) Civil Action No. 06-379-SLR |
| CORRECTIONAL MEDICAL SERVICES, CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE, CHUKS IHUOMA, SITTA C. ALIE, DR. ALAN ZIMBLE, MICHELLE ROBINSON, JUANITA CLARK, DR. CARLA KIONKE, and FIRST CORRECTIONAL MEDICAL, INC., Defendants. | ) |

---

David W. Williamson, Delaware Correctional Center, Smyrna, Delaware. Pro se.

Megan Trocki Mantzavinos, Esquire, Marks, O'Neill, O'Brien & Courtney, P.C., Wilmington, Delaware. Counsel for Defendants Correctional Medical Services, Inc., Margaret Love, Chuks Ihuoma, and Juanita Clark.

James Edward Drnec, Esquire, Balick & Balick, L.L.C., Wilmington, Delaware. Counsel for Defendant Dr. Alan Zimble.

Daniel L. McKenty, Esquire, McCullough & McKenty, P.A., Wilmington, Delaware. Counsel for Defendant First Correctional Medical, Inc.

---

**MEMORANDUM OPINION**

Dated: July 19, 2007
Wilmington, Delaware



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-379-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE, CHUKS IHUOMA, SITTA C. ALIE, DR. ALAN ZIMBLE, MICHELLE ROBINSON, JUANITA CLARK, DR. CARLA KIONKE, and FIRST CORRECTIONAL MEDICAL, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 19th day of July 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for enlargement of time (D.I. 60) is **denied** as moot.

2. First Correctional Medical, Inc.'s motion to dismiss (D.I. 49) is **granted.**

3. CMS defendants' motion to dismiss pursuant to title 18 Del. C. § 6853(a)(1) (D.I. 63) is **granted** as to the medical negligence claims.

4. Plaintiff's motions to compel (D.I. 94, 95) are **denied** as moot.

5. Plaintiff is given leave to file a second amended complaint to file an affidavit of merit and to name the correct First Correctional Medical defendant. The amendment shall be filed within sixty (60) days from the date of this order. If an amended complaint is not filed within the sixty day time-frame, the case will proceed on the on the amended