David Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Patrick Rock, Esq. (Counsel for CMS, et al)
Re: Notice of Discovery Dispute in the matter of Williamson v. CMS, et al., CA No. 06-379-SLR

Mr. Rock:

In response to interrogatories that were directed to CMS, I was informed that named defendants (e.g. Malaney, Robinson, Kionke, and Plante), would be represented by CMS and/or that counsel was authorized to accept service of process on their behalf. I recently received, however, rejected marshal forms as "unexecuted" for these very defendants in which counsel stated that she (e.g. Megan T. Mantzavinos....), would only accept service of process on CMS's behalf. This latest development is in conflict with the information provided by CMS in response to said discovery.

For instance, I filed my first set of interrogatories directed to CMS and specifically requested that these defendants be "identified" (i.e. as defined by discovery), and I inquired whether CMS was accepting service of process on their behalf. CMS declared that it would. Specifically, CMS stated "...undersigned counsel is authorized to accept service on Dr. Robinson's behalf;" and "Malaney's behalf;" and "Dr. Kionke's behalf." (See Def's. CMS... response...." D.I. 71 at items 11, 28, & 36 dated on 03-12-07). Also, on 03-30-07, CMS reiterated its declaration and stated "... undersigned counsel is or will be representing Clark, Chuks, *Robinson*, Love, Zimble, *Kionke, Plante*, and *Malaney*...." (See CMS's response at D.I. 79 item 3). In addition, CMS stated that it would supplement its responses regarding these defendants as necessary. No supplement has been filed, though, and based on CMS's original response, I completed the marshal forms in order to realize service of process. Again they were rejected.

It appears that CMS's response is incorrect and/or it requires a supplementation regarding these defendants. I request the following: (1) Appropriate discovery responses to all interrogatories regarding the aforementioned defendants from plaintiff's first and second sets of interrogatories; and (2) An identification as to the appropriate counsel authorized to accept service on their behalf.

In conclusion, this request is my good faith attempt to resolve this discovery dispute, and I trust that we may be able to resolve this matter no later than 8-20-07.

Respectfully,

David W——
David Williamson



7-31-07
Date

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. "Notice of Discovery Dispute" [directed to CMS/ Patrick Rock, Esq.

2. N/A

By placing same in a U.S. Mail receptacle on the ___1___ day of __Aug__ 200_7_.

Daniel McKently, Esq.
(Counsel for FCM, Inc.)
1225 N. King St., Suite 1100
Wilmington, DE 19809-0397

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

Patrick Rock, Esq.
(Counsel for CMS, Inc.)
913 Market St., #800
Wilmington, DE 19801

N/A

David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

Signed as original

IM David Williamson
SBI# 183022   UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M. X-RAY

WILMINGTON DE 197
02 AUG 2007 PM 3 T

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570