IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| V. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : | |
| DR. ZIMBULL, MICHELLE ROBINSON, | : | |
| JUANITA CLARK, DENTIST JANE JOE, and | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S RESPONSE TO PLAINTIFF'S "BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY"**

NOW COMES defendant Correctional Medical Services, Inc. (CMS) and opposes Plaintiff's Motions to Compel and offers the following in response to Plaintiff's two motions:

1. Plaintiff has filed two documents each titled "Brief in Support of Motion to Compel Discovery," (D.I. 134 and D.I. 136) and each document resembles a "Brief," but requests the same Court action.

2. Many of the Requests for Admissions, Interrogatories, and Requests for Production of Documents the Plaintiff has served are vague and confusing, prompting objections. Others require Answers from medical experts that a corporate defendant is not able to provide.

3. This Court has recently requested the Plaintiff's medical records to be filed by August 9, 2007, and Defendant's counsel's staff is attempting to obtain and prepare them to be submitted by that deadline.

DE087693.1

4. Insofar as the Plaintiff is objecting to not having received medical records, it is expected that the Plaintiff will receive a copy of the records when they are filed with the Court.

5. Insofar at the Plaintiff requests documents relating to grievances, such documents are irrelevant as there is no Constitutional Right to a particular grievance procedure.

6. Defendant's Counsel has sent a proposed scheduling Order to the parties and as of the date of preparing this Motion, has only heard from the Plaintiff. This Court has recently issued a Memorandum Opinion and two Orders on July 19, 2007, (D.I.120, 121, and 122). The Court has given the Plaintiff additional time to file an Affidavit of Merit for medical malpractice claims and dismissed FCMI, but given Plaintiff leave to Amend to add First Correctional Medical, Inc. Therefore, it appears parameters of the claims the Plaintiff is making are still as yet to be determined.

7. Defendant requests that the Court deny the Motion to Compel and if the parties do not provide a proposed Scheduling Order within 60 days, that the Court issue a Scheduling Order to guide the parties through discovery. Counsel also requests that the Court set a number of Interrogatories, Requests for Production of Documents, and Requests for Admission as part of the Scheduling Order.

    Respectfully Submitted,
    Marks, O'Neill, O'Brien & Courtney, P.C.

By: */s/ Patrick G. Rock, Esquire*
    Megan T. Mantzavinos, Esquire (ID No. 3802)
    Patrick G. Rock, Esquire (ID No. 4632)
    913 North Market Street, #800
    Wilmington, DE 19801
    (302) 658-6538
    *Attorney for Defendants Correctional Medical Services, Inc., et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, : <br> : <br> Plaintiff, : <br> : <br> V. : <br> : <br> CORRECTIONAL MEDICAL SERVICES, INC., : <br> C. MALANEY, DONNA PLANTE, MAGGIE : <br> BAILEY, CHUKS IHUOMA, DR. S. ALIE, : <br> DR. ZIMBULL, MICHELLE ROBINSON, : <br> JUANITA CLARK, DENTIST JANE JOE, and : <br> FIRST CORRECTIONAL MEDICAL, : <br> : <br> Defendants. : | C.A. No.: 06-379 SLR <br><br> TRIAL BY JURY OF TWELVE DEMANDED |

## **NOTICE OF MOTION**

TO: David Williamson  
     SBI #183022, W-1, L-12  
     1181 Paddock Road  
     Smyrna, DE 19977

James Edward Drnec, Esquire  
Balick & Balick, LLC  
711 North King Street  
Wilmington, DE 19801  
(302) 658-4265  
*Attorney for Defendant Dr. Zimbull*

Daniel L. McKenty, Esquire  
Heckler & Frabizzio  
800 Delaware Avenue, #200  
Wilmington, DE 19801  
*Attorneys for Defendant First Correctional Medical*

                        Marks, O'Neill, O'Brien & Courtney, P.C.  
               By:   */s/ Patrick G. Rock, Esquire*  
                        Megan T. Mantzavinos, Esquire (ID No. 3802)

                        Patrick G. Rock, Esquire (ID No. 4632)  
                        913 North Market Street, #800  
                        Wilmington, DE 19801  
                        (302) 658-6538  
                        *Attorney for Defendants Correctional Medical Services, Inc., et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| V. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : | |
| DR. ZIMBULL, MICHELLE ROBINSON, | : | |
| JUANITA CLARK, DENTIST JANE JOE, and | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

HAVING CONSIDERED THE PLAINTIFFS MOTION to Compel and any Responses thereto, IT IS ORDERED, that the Plaintiff's Motion to Compel is Denied.

_____     _____
DATE                                                                                J.

DE087946.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| V. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : | |
| DR. ZIMBULL, MICHELLE ROBINSON, | : | |
| JUANITA CLARK, DENTIST JANE JOE, and | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

THIS IS TO CERTIFY, that the attached Notice of Motion, Response to Motion to Compel was served on August 6, 2007, postage prepaid, via First Class US Mail upon:

TO: David Williamson
SBI #183022, W-1, L-12
1181 Paddock Road
Smyrna, DE 19977

Daniel L. McKenty, Esquire
Heckler & Frabizzio
800 Delaware Avenue, #200
Wilmington, DE 19801
*Attorneys for Defendant First Correctional Medical*

James Edward Drnec, Esquire
Balick & Balick, LLC
711 North King Street
Wilmington, DE 19801
(302) 658-4265
*Attorney for Defendant Dr. Zimbull*

Marks, O'Neill, O'Brien & Courtney, P.C.

By: */s/ Patrick G. Rock, Esquire*
Megan T. Mantzavinos, Esquire (ID No. 3802)
Patrick G. Rock, Esquire (ID No. 4632)
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants CMS*

DE087948.1