OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 20, 2007

TO: David W. Williamson
SBI #183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: Request for Copy of docket;
Civ. No. 06-379 SLR**

Dear Mr. Williamson:

A letter has been received by the Clerk's office from you requesting a copy of the docket sheet in the above referenced case.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copy work is fifty ($.50) cents per page. The docket sheet you are requesting is 17 pages. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court in the amount of $8.50.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: the Honorable Sue L. Robinson

---

Mr. Dalleo:
   Please find a check in the amount of $8.50 for a current docket sheet in the above action.
Thank you.
   Dave W____

I/M David Williamson
SBI# 183022  UNIT W-1 L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
04 AUG 2007 PM 3 T

Clerk of Court
U.S. District Court
844 King St., Lockbox 18
Wilmington, DE
19801-3570