IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| V. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : | |
| DR. ZIMBULL, MICHELLE ROBINSON, | : | |
| JUANITA CLARK, DENTIST JANE JOE, and | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**
<u>**REDACTED VERSION**</u>

This Court issued a Memorandum Order (D.I. 119) on July 19, 2007, and directed Defendant CMS to produce the Plaintiff's medical records within 21 days from the date of the Order for an *in camera* inspection of the records to determine whether the Plaintiff is entitled to a Preliminary Injunction or Temporary Restraining Order. Defendant does not waive any privileges or claims and specifically reserves all rights and defenses, including its right to a jury trial on all issues of fact.

Plaintiff has made a number of claims regarding varying physical issues, which include medication distribution, knee surgery and dental care, as well as other complaints that have been amended over time. The attached records are in general categories to assist the Court in reviewing the care the Plaintiff has received since his [REDACTED]. Defendant also requests leave to submit the attached affidavit from [REDACTED] regarding the Plaintiff's Medical Care, attached as exhibit A. The Plaintiff's complete medical file is attached, to wit:

DE088259.1

1. Medical Records - general, 1994 to July 4, 2007, attached as exhibit B;

2. Medical Records - [REDACTED] July 2004 to June 26, 2007, attached as exhibit C;

3. [REDACTED], 1996 to February 2006 and including [REDACTED], attached as exhibit D;

4. [REDACTED], February 1996 to July 17, 2007, attached as exhibit E;

5. [REDACTED], 1996 to 2007, attached as exhibit F.

Defendant continues to submit that the Plaintiff is not entitled to Injunctive Relief and remains available if the Court requests additional information.

                                          Respectfully Submitted,
                                          Marks, O'Neill, O'Brien & Courtney, P.C.

By: */s/ Patrick G. Rock, Esquire*
       Megan T. Mantzavinos, Esquire (ID No. 3802)
       Patrick G. Rock, Esquire (ID No. 4632)
       913 North Market Street, #800
       Wilmington, DE 19801
       (302) 658-6538
       *Attorney for Defendants Correctional Medical Services, Inc., et al.*

# EXHIBIT A

# SEALED
# DOCUMENT

DE088242.1

# EXHIBIT A

# SEALED DOCUMENT

DE088242.1

EXHIBIT B

SEALED DOCUMENT

DE088242.1

# EXHIBIT C

# SEALED
# DOCUMENT

DE088242.1

# EXHIBIT D

# SEALED DOCUMENT

DE088242.1

# EXHIBIT E

# SEALED
# DOCUMENT

DE088242.1

# EXHIBIT F

# SEALED
# DOCUMENT

DE088242.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| v. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : | |
| DR. ZIMBULL, MICHELLE ROBINSON, | : | |
| JUANITA CLARK, DENTIST JANE JOE, and | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

_____

**CERTIFICATE OF SERVICE**
_____

I, **Patrick G. Rock** hereby certify that on **August 9, 2007,** I electronically filed and

Defendant's Supplemental Response to Plaintiff's Motion for Injunctive Relief with the Clerk of

Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| James Edward Drnec, Esquire | Daniel L. McKenty, Esquire |
| Balick & Balick, LLC | Heckler & Frabizzio |
| 711 North King Street | 800 Delaware Avenue, #200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-4265 | *Attorneys for Defendant First Correctional* |
| *Attorney for Defendant Dr. Zimbull* | *Medical* |

DE088241.1

I have served via first class mail two copies of the Defendant's Supplemental Response to Plaintiff's Motion for Injunctive Relief to the Pro Se Defendant:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

                                                               */s/ Patrick G. Rock*
Patrick G. Rock, Esquire (I.D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant CMS*