ORIGINAL

NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

CIRCUIT COURT DOCKET NO._____

DAVID W. WILLIAMSON,

    Plaintiff/Appellant,         DISTRICT COURT DOCKET NO. 06-379-SLR

v.

CORRECTIONAL MEDICAL SERVICES, Inc., et al,

    Defendants/Appellee (FCM, Inc.)

DISTRICT COURT JUDGE: Honorable Judge Sue L. Robinson

Notice is hereby given that David W. Williamson (Plaintiff/Appellant) appeals to the United States Court of Appeals for the Third Circuit from the District Court's Order (D.I. 122) at item 2 : "First Correctional Medical, Inc's motion to dismiss (D.I. 49) is granted...." Entered on July 19, 2007, and Order D.I. 120: Denial of default against FCM, Inc. (e.g.D.I. 37, 42, 55).

August 15, 2007
    Date

*[signature]*
Pro se Plaintiff/Appellant
David Williamson, SBI 183022
W-1. L-12
1181 Paddock Rd.
Smyrna, DE 19977

Daniel L. McKenty, Esq.
Counsel for First Correctional Medical, Inc.
1225 N. King St., Suite 1100
Wilmington, DE 19809-0397

FILED
AUG 1 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. *Notice of Appeal to Third Circuit Court of Appeals: Re: Williamson v. cms, et al, CA. No. 06-379-SLR (Order D.I. 120 & Order D.I. 121).*

2. N/A

By placing same in a U.S. Mail receptacle on the 15 day of Aug. 2007.

Megan T. Matzavinos, Esq.
(Counsel for Chuks, Clark, et al)
913 N. Market St. Suite 800
Wilmington, DE 19801

Daniel McKently, Esq.
(Counsel for FCM, Inc.)
1225 N. King St., Suite 1100
Wilmington, DE 19809-0397

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

Patrick Rock, Esq.
(Counsel for CMS, Inc.)
913 Market St., #800
Wilmington, DE 19801

N/A

U.S. Court of Appeals
for Third Circuit
U.S. Courthouse
601 Market St.
Phila., PA 19106

David W------
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

David W------
Signed as Original

I/M: David Williamson
SBI# 183022   UNIT W-1, L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570

$01.99
MAILED FROM ZIP CODE 19977
AUG 15 2007

Legal Mail