**ORIGINAL**

Affidavit accompanying Motion for
Permission to Appeal in Forma Pauperis

United States District Court for the <u>District</u> of Delaware

David W. Williamosn, palintiff/Appellent

v.

Correctional Medical Services, et al, defendants

D.C. Case No.06-379-SLR

Third Cir. No.

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of poverty, I cannot prepay the docket fees of my appeal or post bond for them. I believe I am entitled to redress I swear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621) | Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is"0", "none" or "not applicable (N/A)," write in that response. If you need more space to answer the question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number. |
| Signed: *David Williamson*<br>DAVid WilliAmson | Date: 8-15-07 |

My issues on appeal are: Defendant First Correcitonal Medical, Inc. (AKA First Correctional Medical,

Del. LLC) engaged in fraud, misrepresentation, or other misconduct, and the adverse conduct of FCM,

Inc. prevented Appellent from fully and fairly presenting its case, therefore the Court was in err when it

granted FCM, Inc's motion to dismiss it as a defendant in the above action.



FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | Your Spouse |
| Employment | $100. | $0 |
| Self-Employment | $0 | $0 |
| Income from real property such as rental income) | $0 | $0 |
| Interest and Dividends | $0 | $0 |
| Gifts | $100. | $0 |
| Alimony | $0 | $0 |
| Child Support | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 |
| Unemployment payments | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 |
| Public Assistance (such as welfare) | $0 | $0 |
| Other (specify): N/A | $0 | $0 |
| **Total monthly income** | $200.00 | $0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Prison Indusrtries | DCC Prison | July 2003 Present | 100.00 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $100.00

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse |
|---|---|---|---|
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.

3

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Value | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|---|
| N/A | | | |
| | | N/A | |
| N/A | | N/A | Make & year: N/A |
| | | N/A | \N/A |
| | | | Model: N/A |
| | | | N/A |
| | | | Registration #: N/A |
| | | | N/A |

| Motor Vehicle # 2 (Value) | Other assets  (Value) | Other assets(Value) |
|---|---|---|
| | N/A | N/A |
| | N/A | N/A |
| Make & year: N/A | | |
| Model: N/A | | |
| Registration #: N/A | | |

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | | |

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) Are real estate taxed included? ☐ yes ☒ no Is property insurance included? ☐ yes ☒ no | $N/A | $N/a |
| Utilities (electricity, heating fuel water, sewer, and telephone) | $N/A | $ |
| Home maintenance (repairs and upkeep) | $N/a | $ |
| Food | $100.00 | $ |
| Clothing | $10. | $ |
| Laundry and dry-cleaning | $0 | $ |
| Medical and dental expenses | $0 | $ |
| Transportation (not including motor vehicle payments) | $0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $0 | $ |
| Homeowners or renters | $0 | $ |
| Life | $0 | $ |
| Health | $0 | $ |
| Motor Vehicle | $0 | $ |
| Other: 0 | $0 | $ |
| Taxes (not deducted from wages or included in mortgage payments)(specify): 0 | $0 | $0 |

|                                                                         | You      | Your Spouse |
|-------------------------------------------------------------------------|----------|-------------|
| Installment payments                                                    | $0       | $0          |
| Credit Card (name):0 0                                                  | $0       | $0          |
| Department Store (name): 0 0                                            | $0       | $0          |
| Other: 0 0                                                              | $0       | $0          |
| Alimony, maintenance and Support paid to others                         | $0       | $0          |
| Regular expenses for operation of business or farm (attach detailed statement) | $0 | $0   |
| Other (specify):0 0                                                     | $0       | $0          |
| **Total monthly expenses:**                                             | $110.00  | $           |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☒ Yes __        If yes, describe on an attached sheet. (See p. 8)

10. Have you paid <u>No</u> Or will you be paying <u>No</u> an attorney any money for services in connection with this case, including the completion of this form?

☐ Yes ☒ No        If yes, how much? $ N/A

If yes state the attorney's name, address and telephone number:

11.  Have you paid <u>Yes</u> or will you be paying <u>Yes</u> anyone other than an attorney(such a paralegal or typist) any money for services in connection with this case, including completion of this form?

☐ Yes ☒ No     If yes, How much? $

If yes, state the persons name, address and telephone number:

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. Granted Informa pauperis in District Court regarding C.A. No. 06-379-SLR.

13.  State the address of your legal residence.

David Williamson
183022, W-1 L-12
1181 Paddock Rd
Smyrna, DE 19977

Your daytime telephone number: (  ) - N.A.
Your age: 41  Your years of Schooling: Bachelors Degree

Rev: 9/24/04

7

9. (Addendum) Changes to monthly income or expenses may or do include the following:

a) Monthly income is likely to be reduced by about $45.00 due to a cut in hours.

b) Monthly expenses have risen to an average of $120.00 per month, and in addition the expense of Legal Mail postage is averaging about $20.00 a month. (See Six Month Account Statement for postage expenses).

Dave Williamson       8-6-07
David Williamson      Date

183022, L-12, W·1
1181 Paddock Rd.
Smyrna, DE 19977

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. _____

ADDENDUM TO AFFIDAVIT IN SUPPORT OF MOTION
TO PROCEED IN FORMA PAUPERIS

**Notice to Litigant:** The Prison Litigation Reform Act of 1995, effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of court filing or docketing fees for prisoners who are granted leave to proceed in forma pauperis. This applies to original proceedings and appeals from decisions in civil actions or proceedings. Once a prisoner has been granted leave to proceed in forma pauperis, the prisoner is obligated to pay the entire filing and/or docketing fee in the manner prescribed by statute, regardless of the outcome of the proceeding or appeal.

Prisoners proceeding in forma pauperis are now required to pay an initial partial filing fee, and thereafter periodic payments will be made from the prisoner's institutional account until the entire fee has been paid. 28 U.S.C. §1915 (b) (1). If a prisoner does not have sufficient funds to pay the initial partial fee, the prisoner will not be prohibited from proceeding. Once there are sufficient funds in the prisoner's account, however, funds will be collected in the manner prescribed by the statute until the entire fee has been paid. 28 U.S.C. §1915 (b) (4). The obligation to pay the fees and any subsequent costs continues even if the prisoner is transferred or released from custody.

**Therefore, you should consider carefully whether you wish to go forward with an appeal or proceeding before you submit an affidavit in support of motion to proceed in forma pauperis to this Court.**

The Act has amended § 1915 to require that you submit an affidavit in support of motion to proceed in forma pauperis that includes a statement listing all of your assets. 28 U.S.C. § 1915(a) (1). Therefore, when completing the attached affidavit, you must include a complete listing of your assets. You also must complete the following certification:

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that I have the sum of $ _____ in my prison account at (name of the institution in which you are confined)

_David Williamson_
Applicant's Signature

David Williamson
183022, L-12, W-1
1181 Paddock Rd.
Smyrna, DE 19977

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

06-379

TO: David Williamson SBI#: 183022

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: August 8, 2007


FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Attached are copies of your inmate account statement for the months of February 1, 2007 to July 31, 2007.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | 166.61 |
| March | 161.62 |
| april | 174.60 |
| may | 143.76 |
| June | 152.64 |
| July | 161.49 |

Average daily balances/6 months: 160.12

Attachments
CC: File

Stacy Shane 8/8/07

[signature] 8/8/07

Date Printed: 8/8/2007

## Individual Statement
### From February 2007 to July 2007

Page 1 of 6

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | Beginning Month Balance: | $177.89 |
| Current Location: | W1 | | Comments: | | Ending Month Balance: | $162.07 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 2/1/2007 | $113.92 | $0.00 | $0.00 | $291.81 | 381299 | | PI 12/24/06-1/23/07 | |
| Legal | 2/2/2007 | $0.00 | $0.00 | ($56.23) | $291.81 | 381819 | | JAN 07 | |
| Legal | 2/2/2007 | ($56.23) | $0.00 | $0.00 | $235.58 | 382098 | | JAN 07 | |
| Legal | 2/2/2007 | $0.00 | $0.00 | $0.00 | $235.58 | 382132 | | JAN 07 | |
| Legal | 2/2/2007 | $0.00 | $0.00 | $0.00 | $235.58 | 382165 | | JAN 07 | |
| Supplies-MailPosta | 2/6/2007 | $0.00 | $0.00 | ($4.20) | $235.58 | 383312 | | 1/24/07 | |
| Canteen | 2/7/2007 | ($33.50) | $0.00 | $0.00 | $202.08 | 383699 | | | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($4.05) | $202.08 | 384915 | | 1/10/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($4.05) | $202.08 | 384921 | | 1/10/07 | |
| Supplies-MailPosta | 2/9/2007 | $0.00 | $0.00 | ($4.20) | $202.08 | 384923 | | 1/10/07 | |
| Canteen | 2/14/2007 | ($26.96) | $0.00 | $0.00 | $175.12 | 386997 | | | |
| Supplies-MailPosta | 2/15/2007 | $0.00 | $0.00 | ($4.20) | $175.12 | 388033 | | 2/12/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.11) | $175.12 | 388509 | | 2/1/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.11) | $175.12 | 388510 | | 2/1/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.59) | $175.12 | 388515 | | 2/1/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($1.11) | $175.12 | 388554 | | 2/6/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($4.20) | $175.12 | 388584 | | 1/17/07 | |
| Supplies-MailPosta | 2/16/2007 | $0.00 | $0.00 | ($5.00) | $175.12 | 388585 | | 1/17/07 | |
| Supplies-MailPosta | 2/16/2007 | ($4.20) | $0.00 | $0.00 | $170.92 | 388946 | | 1/24/07 | |
| Supplies-MailPosta | 2/16/2007 | ($4.05) | $0.00 | $0.00 | $166.87 | 389049 | | 1/10/07 | |
| Supplies-MailPosta | 2/16/2007 | ($4.20) | $0.00 | $0.00 | $162.67 | 389054 | | 1/10/07 | |
| Supplies-MailPosta | 2/16/2007 | ($4.05) | $0.00 | $0.00 | $158.62 | 389052 | | 1/10/07 | |
| Supplies-MailPosta | 2/16/2007 | ($1.59) | $0.00 | $0.00 | $157.03 | 389173 | | 2/1/07 | |
| Supplies-MailPosta | 2/16/2007 | ($1.11) | $0.00 | $0.00 | $155.92 | 389201 | | 2/6/07 | |
| Supplies-MailPosta | 2/16/2007 | ($4.20) | $0.00 | $0.00 | $151.72 | 389351 | | 1/17/07 | |
| Supplies-MailPosta | 2/16/2007 | ($5.00) | $0.00 | $0.00 | $146.72 | 389352 | | 1/17/07 | |
| Supplies-MailPosta | 2/16/2007 | ($4.20) | $0.00 | $0.00 | $142.52 | 389383 | | 2/12/07 | |
| Supplies-MailPosta | 2/16/2007 | ($1.11) | $0.00 | $0.00 | $141.41 | 389510 | | 2/1/07 | |
| Supplies-MailPosta | 2/16/2007 | ($1.11) | $0.00 | $0.00 | $140.30 | 389511 | | 2/1/07 | |
| Canteen | 2/21/2007 | ($22.60) | $0.00 | $0.00 | $117.70 | 390712 | | | |
| Supplies-MailPosta | 2/21/2007 | $0.00 | $0.00 | ($1.11) | $117.70 | 391094 | | 2/1/07 | |

## Individual Statement
### From February 2007 to July 2007

Date Printed: 8/8/2007  
Page 2 of 6

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | Beginning Month Balance: | $177.89 |
| Current Location: | W1 | | | | Ending Month Balance: | $162.07 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 2/21/2007 | $0.00 | $0.00 | ($6.05) | $117.70 | 391222 | | | |
| Pay-To | 2/22/2007 | ($24.95) | $0.00 | $0.00 | $92.75 | 391864 | | 1/17/07 | BOTTLE THOUGHTS |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($4.20) | $92.75 | 392211 | | 2/13/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($5.00) | $92.75 | 392212 | | 2/13/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($5.60) | $92.75 | 392213 | | 2/13/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.35) | $92.75 | 392214 | | 2/15/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.83) | $92.75 | 392281 | | 2/17/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.83) | $92.75 | 392282 | | 2/17/07 | |
| Supplies-MailPosta | 2/23/2007 | $0.00 | $0.00 | ($1.83) | $92.75 | 392286 | | 2/17/07 | |
| Canteen | 2/28/2007 | ($37.89) | $0.00 | $0.00 | $54.86 | 394210 | | | |
| Misc Wage | 3/1/2007 | $101.04 | $0.00 | $0.00 | $155.90 | 394523 | | | |
| Misc | 3/1/2007 | $100.00 | $0.00 | $0.00 | $255.90 | 395347 | 10779247967 | PI 1/24-2/23/07 | R WILLIAMSON |
| Legal | 3/6/2007 | $0.00 | $0.00 | ($20.79) | $255.90 | 397015 | | | |
| Canteen | 3/7/2007 | ($32.03) | $0.00 | $0.00 | $223.87 | 397683 | | FEB 07 | |
| Pay-To | 3/8/2007 | ($20.00) | $0.00 | $0.00 | $203.87 | 398325 | | DUSTIN WILLIAMSO | |
| Legal | 3/9/2007 | ($20.79) | $0.00 | $0.00 | $183.08 | 398664 | | FEB 07 | |
| Pay-To | 3/12/2007 | ($21.95) | $0.00 | $0.00 | $161.13 | 398744 | | BOTTLE THOUGHTS | |
| Canteen | 3/14/2007 | ($11.60) | $0.00 | $0.00 | $149.53 | 400426 | | | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($5.60) | $149.53 | 401991 | | 3/11/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($1.11) | $149.53 | 401992 | | 3/12/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($2.31) | $149.53 | 402024 | | 3/2/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $148.42 | 403874 | | 2/1/07 | |
| Supplies-MailPosta | 3/22/2007 | ($6.05) | $0.00 | $0.00 | $142.37 | 404233 | | 1/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($4.20) | $0.00 | $0.00 | $138.17 | 404263 | | 2/13/07 | |
| Supplies-MailPosta | 3/22/2007 | ($5.00) | $0.00 | $0.00 | $133.17 | 404264 | | 2/13/07 | |
| Supplies-MailPosta | 3/22/2007 | ($5.60) | $0.00 | $0.00 | $127.57 | 404265 | | 2/13/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $126.22 | 404274 | | 2/15/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.83) | $0.00 | $0.00 | $124.39 | 404353 | | 2/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.83) | $0.00 | $0.00 | $122.56 | 404354 | | 2/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.83) | $0.00 | $0.00 | $120.73 | 404358 | | 2/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($5.60) | $0.00 | $0.00 | $115.13 | 404724 | | 3/11/07 | |

**Individual Statement**
**From February 2007 to July 2007**

Date Printed: 8/8/2007  
Page 3 of 6

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | Beginning Month Balance: | $177.89 |
| Current Location: | W1 | | | | Ending Month Balance: | $162.07 |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $114.02 | 404725 | | 3/12/07 | |
| Supplies-MailPosta | 3/22/2007 | ($2.31) | $0.00 | $0.00 | $111.71 | 404774 | | 3/2/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($1.11) | $111.71 | 405015 | | 2/28/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($1.35) | $111.71 | 405272 | | 3/9/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($1.35) | $111.71 | 405273 | | 3/9/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($0.63) | $111.71 | 405274 | | 3/9/07 | |
| Canteen | 3/26/2007 | ($21.52) | $0.00 | $0.00 | $90.19 | 405478 | | | |
| Mail | 3/27/2007 | $10.00 | $0.00 | $0.00 | $100.19 | 406313 | 5591382177 | | JOSEPH MYERS |
| Canteen | 3/29/2007 | ($19.51) | $0.00 | $0.00 | $80.68 | 407253 | | | |
| Misc Wage | 4/2/2007 | $64.75 | $0.00 | $0.00 | $145.43 | 407983 | | PI 2/24-3/23/06 | |
| Canteen | 4/4/2007 | ($37.24) | $0.00 | $0.00 | $108.19 | 410298 | | | |
| Legal | 4/5/2007 | $0.00 | $0.00 | ($40.21) | $108.19 | 410612 | | MARCH 07 | |
| Mail | 4/5/2007 | $200.00 | $0.00 | $0.00 | $308.19 | 411071 | 11092187812 | | D WILLIAMS |
| Pay-To | 4/5/2007 | ($19.50) | $0.00 | $0.00 | $288.69 | 411216 | | BOTTLE THOUGHTS | |
| Legal | 4/5/2007 | ($40.21) | $0.00 | $0.00 | $248.48 | 411295 | | MARCH 07 | |
| Canteen | 4/11/2007 | ($57.01) | $0.00 | $0.00 | $191.47 | 413072 | | | |
| Supplies-MailPosta | 4/13/2007 | ($1.11) | $0.00 | $0.00 | $190.36 | 414748 | | 2/28/07 | |
| Supplies-MailPosta | 4/13/2007 | ($1.35) | $0.00 | $0.00 | $189.01 | 414799 | | 3/9/07 | |
| Supplies-MailPosta | 4/13/2007 | ($0.63) | $0.00 | $0.00 | $188.38 | 414801 | | 3/9/07 | |
| Supplies-MailPosta | 4/13/2007 | ($1.35) | $0.00 | $0.00 | $187.03 | 414800 | | 3/9/07 | |
| Canteen | 4/18/2007 | ($21.15) | $0.00 | $0.00 | $165.88 | 416523 | | | |
| Pay-To | 4/20/2007 | ($9.00) | $0.00 | $0.00 | $156.88 | 418165 | | PROJECT AWARE | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.63) | $156.88 | 419436 | | 4/6/07 | |
| Canteen | 4/25/2007 | ($18.03) | $0.00 | $0.00 | $138.85 | 419842 | | | |
| Misc Wage | 5/1/2007 | $15.73 | $0.00 | $0.00 | $154.58 | 421029 | | PI 3/24-4/24/07 | |
| Legal | 5/1/2007 | $0.00 | $0.00 | ($35.01) | $154.58 | 422812 | | APR 07 | |
| Canteen | 5/2/2007 | ($23.54) | $0.00 | $0.00 | $131.04 | 423287 | | | |
| Legal | 5/4/2007 | ($35.01) | $0.00 | $0.00 | $96.03 | 424658 | | APR 07 | |
| Canteen | 5/9/2007 | ($28.04) | $0.00 | $0.00 | $67.99 | 426321 | | | |
| Mail | 5/11/2007 | $150.00 | $0.00 | $0.00 | $217.99 | 427239 | 11091387971 | 4/20/07 | MOM DAD |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($0.63) | $217.99 | 428596 | | | |

# Individual Statement
## From February 2007 to July 2007

| Date Printed: 8/8/2007 | | | | | |
|---|---|---|---|---|---|
| SBI: 00183022 | Last Name: Williamson | First Name: David | MI | Suffix | |
| Current Location: W1 | | | Comments: | Beginning Month Balance: | $177.89 |
| | | | | Ending Month Balance: | $162.07 |

Page 4 of 6

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/15/2007 | ($42.02) | $0.00 | $0.00 | $175.97 | 428752 | | | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($1.35) | $175.97 | 428800 | | 4/12/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($1.35) | $175.97 | 428801 | | 4/12/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($2.55) | $175.97 | 428802 | | 4/12/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($1.11) | $175.97 | 428884 | | 4/23/07 | |
| Pay-To | 5/18/2007 | ($5.00) | $0.00 | $0.00 | $170.97 | 430190 | | | ST ELIZABETH ANN |
| Canteen | 5/22/2007 | ($19.47) | $0.00 | $0.00 | $151.50 | 431267 | | | |
| Pay-To | 5/25/2007 | $0.00 | $0.00 | ($1.83) | $151.50 | 432808 | | 5/9/07 | |
| Pay-To | 5/25/2007 | ($10.00) | $0.00 | $0.00 | $141.50 | 432866 | | | ST VINCENT DE PAU |
| Pay-To | 5/25/2007 | ($6.00) | $0.00 | $0.00 | $135.50 | 432872 | | | NAACP |
| Canteen | 5/30/2007 | ($31.53) | $0.00 | $0.00 | $103.97 | 434490 | | | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($4.60) | $103.97 | 435276 | | 5/19/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($4.60) | $103.97 | 435277 | | 5/19/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($2.67) | $103.97 | 435278 | | 5/19/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($2.67) | $103.97 | 435279 | | 5/19/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | $2.67 | $103.97 | 435280 | | 5/31/07 | |
| Misc Wage | 6/1/2007 | $118.17 | $0.00 | $0.00 | $222.14 | 435382 | | PI 4/24-5/23/07 | |
| Pay-To | 6/1/2007 | ($10.00) | $0.00 | $0.00 | $212.14 | 435807 | | | MICHELLE DRAKE |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $211.51 | 436417 | | 4/6/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $210.88 | 437202 | | 4/20/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.35) | $0.00 | $0.00 | $209.53 | 437367 | | 4/12/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.35) | $0.00 | $0.00 | $208.18 | 437469 | | 4/12/07 | |
| Supplies-MailPosta | 6/1/2007 | ($2.55) | $0.00 | $0.00 | $205.63 | 437470 | | 4/12/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.11) | $0.00 | $0.00 | $204.52 | 437471 | | 4/23/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.83) | $0.00 | $0.00 | $202.69 | 437584 | | 5/9/07 | |
| Supplies-MailPosta | 6/1/2007 | ($4.60) | $0.00 | $0.00 | $198.09 | 437689 | | 5/19/07 | |
| Supplies-MailPosta | 6/1/2007 | ($2.67) | $0.00 | $0.00 | $195.42 | 437844 | | 5/19/07 | |
| Supplies-MailPosta | 6/1/2007 | ($4.60) | $0.00 | $0.00 | $190.82 | 437847 | | 5/19/07 | |
| Supplies-MailPosta | 6/1/2007 | ($4.60) | $0.00 | $0.00 | $186.22 | 437846 | | 5/19/07 | |
| Supplies-MailPosta | 6/1/2007 | ($2.67) | $0.00 | $0.00 | $183.55 | 437845 | | 5/19/07 | |
| Supplies-MailPosta | 6/1/2007 | ($2.67) | $0.00 | $0.00 | | 437848 | | 5/19/07 | |

**Individual Statement**
**From February 2007 to July 2007**

Date Printed: 8/8/2007  Page 5 of 6

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | Beginning Month Balance: | $177.89 |
| Current Location: | W1 | | | Comments: | Ending Month Balance: | $162.07 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 6/1/2007 | $2.67 | $0.00 | $0.00 | $186.22 | 437977 | | | |
| Canteen | 6/6/2007 | ($57.25) | $0.00 | $0.00 | $128.97 | 439684 | | | |
| Canteen | 6/13/2007 | ($29.98) | $0.00 | $0.00 | $98.99 | 442263 | | | |
| Mail | 6/14/2007 | $15.00 | $0.00 | $0.00 | $113.99 | 443350 | 5701050254 | 5/31/07 | J MYERS |
| Visit | 6/19/2007 | $100.00 | $0.00 | $0.00 | $213.99 | 445081 | 1891205-01278 | | D WILLIAMSON |
| Canteen | 6/20/2007 | ($29.86) | $0.00 | $0.00 | $184.13 | 445398 | | | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.58) | $184.13 | 447484 | | 6/17/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.75) | $184.13 | 447523 | | 6/18/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.75) | $184.13 | 447524 | | 6/18/07 | |
| Canteen | 6/27/2007 | ($40.74) | $0.00 | $0.00 | $143.39 | 448727 | | | |
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($1.48) | $143.39 | 449535 | | 6/6/07 | |
| Misc Wage | 7/2/2007 | $85.67 | $0.00 | $0.00 | $229.06 | 450116 | | PI 5/24-6/23/07 | |
| Mail | 7/2/2007 | $15.00 | $0.00 | $0.00 | $244.06 | 450751 | 5633443875 | | J MYERS |
| Canteen | 7/5/2007 | ($35.32) | $0.00 | $0.00 | $208.74 | 452128 | | | |
| Pay-To | 7/5/2007 | ($20.00) | $0.00 | $0.00 | $188.74 | 452757 | | ARIEL WILLIAMSON | |
| Pay-To | 7/6/2007 | ($24.00) | $0.00 | $0.00 | $164.74 | 452933 | | PROTHONOTARY OF | |
| Pay-To | 7/6/2007 | ($9.00) | $0.00 | $0.00 | $155.74 | 453148 | | NAACP | |
| Canteen | 7/11/2007 | ($25.51) | $0.00 | $0.00 | $130.23 | 455066 | | | |
| Canteen | 7/18/2007 | ($17.84) | $0.00 | $0.00 | $112.39 | 458117 | | | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($4.60) | $112.39 | 459007 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($4.60) | $112.39 | 459011 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($4.60) | $112.39 | 459021 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($1.31) | $112.39 | 459022 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | $0.00 | $112.39 | 459036 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | ($0.58) | $0.00 | $0.00 | $111.81 | 459189 | | 6/17/07 | |
| Supplies-MailPosta | 7/19/2007 | ($0.75) | $0.00 | $0.00 | $111.06 | 459247 | | 6/18/07 | |
| Supplies-MailPosta | 7/19/2007 | ($0.75) | $0.00 | $0.00 | $110.31 | 459248 | | 6/18/07 | |
| Supplies-MailPosta | 7/19/2007 | ($1.48) | $0.00 | $0.00 | $108.83 | 459365 | | 6/6/07 | |
| Supplies-MailPosta | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $104.23 | 459743 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $99.63 | 459742 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $95.03 | 459744 | | 7/3/07 | |

## Individual Statement
### From February 2007 to July 2007

Date Printed: 8/8/2007                                                                                     Page 6 of 6

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00183022 | Williamson | David | | |

Current Location: W1    Comments:

Beginning Month Balance: $177.89
Ending Month Balance: $162.07

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $90.43 | 459745 | | | |
| Supplies-MailPosta | 7/19/2007 | ($1.31) | $0.00 | $0.00 | $89.12 | 459794 | | | |
| Mail | 7/20/2007 | $100.00 | $0.00 | $0.00 | $189.12 | 460055 | 1891290 | 7/3/07 | D WILLIAMSON |
| Canteen | 7/25/2007 | ($42.05) | $0.00 | $0.00 | $147.07 | 461664 | | 7/3/07 | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($1.82) | $147.07 | 461955 | | | |
| Mail | 7/27/2007 | $15.00 | $0.00 | $0.00 | $162.07 | 462830 | 5633434388 | 7/7/07 | J MYERS |

Ending Month Balance: $162.07

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($1.82)

NOTICE TO PRISONER: You must submit to this Court a certified copy of your prison trust fund account statement (or <u>institutional</u> equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application. 28 U.S.C. §1915(a)(2). The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

I certify that the attached trust fund account statement (or <u>institutional</u> equivalent) is true and correct.

_____Stacy Shane_____
Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in <u>forma pauperis.</u> 28 U.S.C. § 1915(b)(2) (April 26, 1996). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.

-----------------------------------------------------------------------------------

*(Cut along the dotted line and forward to each institution in which applicant has been confined for the six-month period prior to the date this application is made.)*

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____Stacy Shane_____
Authorized Officer of Institution

**NOTICE TO PRISON OFFICIALS:** Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in <u>forma pauperis.</u> Once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and /or docking fee has been paid. 28 U.S.C. §1915(b)(2) (April 26, 1996).

NOTICE TO PRISONER: You are directed to complete the following form. The top portion of the form must be returned to the Clerk. The lower portion of the completed form shall be returned to the prison official in charge of the prisoner account.

I, __David Williamson      183022__
(Name of Prisoner and Registered Number if applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

_David W illeamson_
Signature of Prisoner

Date: __8·6·2007__

---

I, __David Williamson - 183022 -__
(Name of Prisoner and Registered Number if applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

_David W illeamson_
Signature of Prisoner

__8·6·2007__
Date

(Rev. 10/96)