David Williamson
SBI# 183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Clerk of Court
Re: Williamson v. CMS, et al, 06-379-SLR

Dear Clerk of Court:

Please provide me a copy of the executed 285 Marshall's form regarding Sitta C-Alie at D.I. 129.

A check for the copying costs is enclosed.

Thank you.

Respectfully,
David W——                            8·24·07



RECEIVED
AUG 28 2007
Bd
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M David Williamson
SBI# 183022 UNIT W.1 L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 AUG 2007 PM 2 T

Delaware District Court
Attn. Clerk of Court
844 King St., Lockbox 18
Wilm., DE
    19801-3570