OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 28, 2007

TO: David W. Williamson
    SBI #183022
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE:** *Copy of Docket Item # 129, CA 06-379 SLR*

Dear Mr. Williamson:

    Per your request, your copy order has been completed and is enclosed, along with your receipt for $.50

                                 Sincerely,

/rwc                               PETER T. DALLEO
                                   CLERK

cc: The Honorable Sue L. Robinson, CA 06-379 SLR

Enclosed: Docket Item # 129 and Receipt #148705