David Williamson
SBI # 183022
W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Marcia M. Waldron, Clerk of Court for the Third Circuit Court of Appeals
Re: Third Circuit Court D.I. No. 07-3490 In Williamson v. CMS, et al, CA No. 06-379-SLR

Mrs. Waldron:

On or about August 15, 2007, I (plaintiff/appellant) filed a Notice of Appeal to the U.S. Third Circuit Court of Appeals. Therein, I gave notice to appeal two Orders of the District Court (e.g. D.I. 120, "Denial of Default against FCMI" and D.I. 122 "Grant of Dismissal of FCMI"), which had been entered on 07-19-2007. On 08/26/07, I received notice from the Circuit Court of Appeals to complete the Informa Pauperis application, etc.

At this time, however, and in the spirit of judicial economy, I David Williamson (Appellant/plaintiff), in the above listed action, wish to voluntarily withdraw the Notice of Appeal (No. 07-3490). Consequently, Appellant does not wish to prosecute any appeal the District Court's two Orders.

Alternatively, I will take the direction of the District Court and amend the action to name First Correctional Medical, Delaware, LLC as a defendant and proceed to pierce the corporate veil as to this former defendant (i.e. First Correctional Medical, Inc), who had been dismissed and was the subject of the appeal.

I hope this best serves judicial economy and does not inconvenience the Appeals Court. This declaration is made under the penalty of perjury and is true and correct.

Thank you,

David W———                                  8-27-07
David Williamson,                              Date
(Appellant/Plaintiff)


Two true and correct copies have been delivered to the following:

| U.S. Court of Appeals | Daniel McKently, Esq. | U.S. District Court |
| For the Third Circuit | (Counsel of FCMI) | 844 King St, Lockbox 18 |
| U.S. Courthouse | 1225 N. Market St. Suite 1100 | Wilmington, DE 19801 |
| 601 Market St. | Wilmington, De 19809-0397 | (Clerk of Court, Peter Dalleo) |
| Philadelphia, PA 19106 | | |

Patrick Rock, Esq.            James Drnec, Esq.
(Counsel for CMS, et al)      (Counsel for Zimble)
913 Market St. Suite 800      711 N. King St.
Wilmington, DE 19801          Wilmington, DE 19801



RECEIVED AUG 31 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. _Notice to Clerk of Third Circuit to Withdraw Appeal No. 07-3490_

2. _N/A_

By placing same in a U.S. Mail receptacle on the __28__ day of __Aug.__ 200__7__.

U.S District Court
Clerk of Court
844 King St.
Lock box 18
Wilm, DE 19801

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

Daniel McKently, Esq.
(Counsel for FCM, Inc.)
1225 N. King St., Suite 1100
Wilmington, DE 19809-0397

Patrick Rock, Esq.
(Counsel for CMS, Inc.)
913 Market St., #800
Wilmington, DE 19801

_N/A_

_David W____
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

I/M David Williamson
SBI# 183022  UNIT W-1-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
30 AUG 2007 PM 1 T

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570

19801+3570