David Williamson
SBI # 183022
W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Peter Dalleo, Clerk of Court
Re: Williamson v. CMS, et al, CA No. 06-379-SLR

### REQUEST FOR ENTRY OF DEFAULT

Mr. Dalleo:

You will please enter a default judgment against defendant Sitta Gombeh-Alie, M.D. due to her failure to answer and/or defend against the above action in accord with the Federal Rules of Civil Procedure. In support of Plaintiff's default request, please see the attached affidavit of David W. Williamson.

Thank you,

_David W._                   8-29-07

David Williamson                   Date
SBI #183022
1181 Paddock Rd.
Smyrna, DE 19977

RECEIVED SEP - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AFFIDVIT OF DAVID W. WILLIAMSON FOR ENTRY OF DEFAULT

1. I, David Williamson, am the Affiant listed above and due depose and state the following in support of Williamson v. CMS. Et al, CA No. 06-379-SLR:

2. Affiant is a resident of New Castle, County, Delaware and is the plaintiff in the above action.

3. Affiant properly execute service of process, via U.S. Marshal's Service, on defendant Sitta Alie, M.D., on 07-26-2007. (D.I. 129).

4. Federal Rules of Civil Procedure, rules 55 and/or 12... mandate that a defendant must answer or defend against a properly served complaint within 20 days of the date of execution, or request an extension of time for good cause to do so.

5. Alie's answer/defense was due no later than 08-15-2007.

6. To the best of Affiant's knowledge –as of __8-29-07__ date- it appears that Alie had failed to plead, answer, defend, and/or request an extension of time to do so regarding said action.

7. Therefore, Alie has forteited her right to do so and Affiant respectfully requests the Clerk of the Court t enter a default judgment against Alie for failure to answer/defend, etc. against the Action in accord with Fed. R. Civ. Pro., rules 55 & 12, and Delaware Local Rule, rule 77.2 (4).

8. The above is True and Correct to the best of Affiant's knowledge.

Signed and Subscribed before me this __29__ day of __August__ 2007.

David W. Williamson, SBI #183022
1181 Paddock Rd.
Smyrna, DE 19977

Notary Public

## CERTIFICAT OF MAILING

I, David Williamson, plaintiff in CA. No. 06-379-SLR, do hereby swear under penalty of perjury that I have caused to be delivered two true and correct copies of the following:

"Request for Entry of Default" and attached Affidavit,

Upon defendant Sitta Alie, by placing same in an U.S. Mail Receptical on __31__ day of __August__ 2007 located within DCC prison and addressed to the defendant at

Attn. Sitta Alie, M.D.
_Dover Walk In Medical_
_640 Queen St._
_Dover, DE_
_19901_

Respectfully,

_David W._

David Williamson
SBI #183022
1181 Paddock Rd.
Smyrna, DE 19977

CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. "Request for Entry of Default" [against Sitta Gombeh-Alie, M.O.]

2. N/A

By placing same in a U.S. Mail receptacle on the ~~31~~ 31 day of ~~Sept~~ August 200 7.

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

Daniel McKently, Esq.
(Counsel for FCM, Inc.)
1225 N. King St., Suite 1100
Wilmington, DE 19809-0397

Patrick Rock, Esq.
(Counsel for CMS, Inc.)
913 Market St., #800
Wilmington, DE 19801

N/A

David W——
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977