IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-379 SLR |
| : | |
| CORRECTIONAL MEDICAL SERVICES, INC., : | |
| CHRISTINE MALANEY, DONNA PLANTE, : | |
| MARGARET LOVE, CHUKS IHUOMA, DR. : | |
| SITTA C. ALIE, DR. ALAN ZIMBAL, : | |
| MICHELLE ROBINSON, JUANITA CLARK, : | |
| DR. CARLA KIONKE and FIRST : | |
| CORRECTIONAL MEDICAL, : | |
| : | |
| Defendants. : | |

### ENTRY OF APPEARANCES

PLEASE ENTER THE APPEARANCES of Megan T. Mantzavinos, Esquire and Patrick G. Rock, Esquire as attorney for Defendant Dr. Sita C. Alie. This Entry of Appearances shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

/s/ Patrick G. Rock
Megan T. Mantzavinos, Esquire (I.D. No. 3802)
Patrick G. Rock, Esquire (I. D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants*

DATED: September 5, 2007

DE090358.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No.: 06-379 SLR |
| v. : | |
| : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, : | |
| DR. ALAN ZIMBAL, MICHELLE ROBINSON, : | |
| JUANITA CLARK, DENTIST JANE JOE, and : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, **Patrick G. Rock** hereby certify that on **September 5, 2007,** I electronically filed an Entry of Appearances with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

James Edward Drnec, Esquire
Balick & Balick, LLC
711 North King Street
Wilmington, DE 19801
(302) 658-4265
*Attorney for Defendant Dr. Zimbal*

Daniel L. McKenty, Esquire
Heckler & Frabizzio
800 Delaware Avenue, #200
Wilmington, DE 19801
*Attorneys for Defendant First Correctional Medical*

DE090360.1

I have served via first class mail two copies of the Entry of Appearances to the Pro Se Plaintiff:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Patrick G. Rock
Patrick G. Rock, Esquire (I.D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants*

DE090360.1