IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON,     :

   Plaintiff,     :

          :

  v.        :  C.A. No. 06-379 SLR

          :

CORRECTIONAL MEDICAL SERVICES, INC., :

CHRISTINE MALANEY, DONNA PLANTE, :

MARGARET LOVE, CHUKS IHUOMA, DR. :  TRIAL BY JURY

SITTA C. ALIE, DR. ALAN ZIMBAL,  :  OF TWELVE DEMANDED

MICHELLE ROBINSON, JUANITA CLARK, :

DR. CARLA KIONKE and FIRST   :

CORRECTIONAL MEDICAL,    :

          :

   Defendants.    :

## DR. SITTA GOMBEH- ALIE'S
## ANSWER TO AMENDED COMPLAINT

   Defendant Dr. Sitta Gombeh-Alie's (herein after the "Answering Defendant"), by and

through her attorneys, Marks, O'Neill, O'Brien & Courtney, P.C., submits her answer to the

complaint in the above-referenced action.

### JURISDICTION

1.  To the extent the allegations of this paragraph constitute conclusions of law, no response is

   required and none is made.

2.  Admitted that Plaintiff is proceeding pro se. Denied the plaintiff is entitled to recover for any

   damages that allegedly occurred by conduct that occurred beyond two years from the date of

   filing the Complaint.

3.  This allegation is not addressed to Answering Defendant, therefore, no Answer is required

   to this allegation. To the extent an answer is required, Denied as stated.

4.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Denied as stated.

5.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Denied as stated.

6.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Denied as stated.

7.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Denied as stated.

8.    Denied as stated.  Admitted that Dr. Sitta Gombeh-Alie was employed either as an employee or independent contractor for First Correctional Medical and then for Correctional Medical Services for a short time.

9.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

10.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

11.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

12.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient

DE090270.1

information or knowledge so as to form a belief as to this allegation.

13.    Denied insofar as this allegation states a legal conclusion.

## ANSWER TO COUNT I: DENIAL OF REASONABLY ADEQUATE MEDICAL CARE.

All preceding paragraphs are incorporated by reference as if set forth fully herein;

14.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

15.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

16.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

17.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

18.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

19.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

20.    Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

21.    To the extent this allegation references the plaintiff's medical records, Defendant answers that the records speak for themselves.  Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

22.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

23.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

24.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

25.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

26.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

27.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient

information or knowledge so as to form a belief as to this allegation.

28. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

29. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

30. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

31. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

32. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

33. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

34. To the extent this allegation seek information found in the medical records, Defendant answers that such records speak for themselves.

35. This allegation is not addressed to Answering Defendant, therefore, no Answer is required

to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

36.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

37.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

38.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

39.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

40.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

41.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

42.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient

information or knowledge so as to form a belief as to this allegation.

43.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

44.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

45.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

46.     To the extent this allegation addresses information contained in the medical records, Defendant answers that such medical records speak for themselves.  Defendant further answers that defendant lacks sufficient information or knowledge so as to form a belief as to this allegation.

47.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

48.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

49.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient

information or knowledge so as to form a belief as to this allegation.

50.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

51.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

52.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

53.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

54.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

55.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

56.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

57.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

58.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

59.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

60.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

61.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

62.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

63.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

64.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required

to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

65.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

66.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

67.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

68.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

69.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

70.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

71.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient

information or knowledge so as to form a belief as to this allegation.

72.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

73.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

74.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

75.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

76.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

77.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

78.     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

DE090270.1

79.  This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

80.  This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

81.  This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

82.  This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

83.  This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

84.  This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

85.  This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

86.  This allegation is not addressed to Answering Defendant, therefore, no Answer is required

to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

87.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

88.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

89.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

90.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

91.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

92.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

93.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient

information or knowledge so as to form a belief as to this allegation.

94.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

95.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

96.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

97.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

ANSWER TO COUNT II. DENIAL OF REASONABLY ADEQUATE MEDICAL CARE

Defendant incorporates all preceding paragraphs as if set forth fully herein.

98.    Denied.

99.    Denied, including each and every subpart.

100.    Denied, including each and every subpart.

101.    Denied.

102.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

DE090270.1

103.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

104.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

105.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

106.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

107.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

108.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

109.    Denied.

110.    Denied.

111.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without

DE090270.1

sufficient information or knowledge so as to form a belief as to this allegation.

112.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

113.   Denied.

114.   Defendant lacks sufficient information or knowledge so as to form a belief as to this allegation.

115.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

116.   Admitted that Dr. Gombeh-Alie was an independent contractor with Correctional Medical Services for a time following July 1, 2005.  The remainder of the allegation is denied as stated.

117.   Denied.

118.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

119.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

120.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

121. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

122. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

123. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

124. Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

125. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

126. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

127. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

128. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

129. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

130. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

131. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

132. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

133. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

134. Denied.

135. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

136. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

WHEREFORE, Defendant demands judgment in her favor plus costs and reasonable

attorney's fee.

ANSWER TO COUNT III. DENIAL OF REASONABLY ADEQUATE MEDICAL CARE.

All preceding paragraphs are incorporated by reference as if set forth fully herein.

137. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

138. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

139. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

140. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

141. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

142. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

143.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

144.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

145.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

146.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

147.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

148.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

149.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

150.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

151.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

152.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

153.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

154.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

155.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

156.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

157.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

158.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

159.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

160.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

161.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

162.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

163.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

164.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation.  To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

165.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation.  To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

166.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation.  To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

167.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation.  To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

168.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation.  To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

169.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation.  To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

170.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation.  To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

171.    This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation.  To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

172.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

173.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

174.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

175.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

176.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

177.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

178.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

179.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

176(sic)     This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

177.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

178.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

179.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

180.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

181.   This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

182. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

183. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

184. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

185. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

186. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

187. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

188. This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

189. This allegation is not addressed to Answering Defendant, therefore, no Answer is

DE090270.1

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

190. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

191. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

192. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

193. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

194. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

195. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

196. This allegation is not addressed to Answering Defendant, therefore, no Answer is

required to this allegation. To the extent an answer is required, Defendant is without

sufficient information or knowledge so as to form a belief as to this allegation.

197.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

198.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

199.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

200.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

201.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

202.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

203.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation.  To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

204.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

205.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

206.    This allegation is not addressed to Answering Defendant, therefore, no Answer is required to this allegation. To the extent an answer is required, Defendant is without sufficient information or knowledge so as to form a belief as to this allegation.

WHEREFORE, Defendant demands judgment in her favor plus costs and reasonable attorney's fees.

## ANSWER TO STATEMENT OF CLAIMS: FIRST CAUSE OF ACTION.

All preceding paragraphs are incorporated by reference as if set forth fully herein;

207.    Denied, including each and every subpart.

WHEREFORE, Defendant demands judgment in her favor plus costs and reasonable attorney's fees.

## ANSWER TO SECOND CAUSE OF ACTION.

All preceding paragraphs are incorporated by reference as if set forth fully herein;

208.    Denied including each and every subpart.

WHEREFORE, Defendant demands judgment in her favor plus costs and reasonable attorney's fees.

## AFFIRMATIVE DEFENSES

1.    Plaintiff fails to state a claim upon which relief can be granted.

2.    Some or all of Plaintiff's Claims are barred by the statute of limitations.

3.    Insofar as the Plaintiff has claimed violations of his civil rights based upon agency or the doctrine of Respondeat Superior, the Complaint fails to state a cause of action as there is no vicarious liability for alleged civil rights violations.

4.    The Complaint fails to state a claim upon which relief can be granted for punitive damages.

5.    Plaintiff has failed to exhaust his administrative remedies as to some of all of his claims.

6.    Plaintiff's injuries, if any, are the result of superseding, intervening causes.

7.    Plaintiff's injuries, losses, or damages, if any, were the direct, sole and proximate result of activities or conduct of persons or entities for whom the Answering Defendant is not responsible and over whom the Answering Defendant had no right or authority or control.

8.    Answering Defendant denies that she is liable to the Plaintiff, however, insofar as the Answering Defendant is held to be liable to Plaintiff Defendant demands contribution and/or indemnification from co-defendants in proportion to their relative degrees of fault.

9.    Some or all of Plaintiff's claims are barred by the Doctrine of Accord and Satisfaction.

10.   Some or all of Plaintiff's claims are barred by Release.

11.   Some or all of Plaintiff's claims are barred by the doctrines of issue preclusion, *res judicata*, claim preclusion, and/or estoppel.

12.   Plaintiff was comparatively and/or contributorily negligent in causing any injuries,

damages, or losses.

13.    Plaintiff failed to mitigate damages.

14.    Plaintiff's claims are barred by the Doctrine of Laches.

15.    Plaintiff's claims are barred by waiver.

16.    Defendants actions served a legitimate penological interest.

17.    The Plaintiff's Complaint is barred by insufficient process and/or insufficient service of

process.

18.    Defendant is immune from suit pursuant to the Qualified Immunity Doctrine.

19.    Answering Defendant has provided Plaintiff with medical care that was appropriate for

his condition(s) and which met the applicable standard of care.

WHEREFORE, Defendant demands judgment in her favor plus costs and reasonable

attorney's fees.

/s/ Patrick G. Rock
Megan T. Mantzavinos, Esquire (ID
Patrick G. Rock, Esquire (ID 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Sitta Gombeh-Alie*

DATED:

DE090270.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON,     :
            :
   Plaintiff,     :
            :  C.A. No.: 06-379 SLR
  v.         :
            :  TRIAL BY JURY OF TWELVE
CORRECTIONAL MEDICAL SERVICES, INC., :  DEMANDED
C. MALANEY, DONNA PLANTE, MAGGIE :
BAILEY, CHUKS IHUOMA, DR. S. ALIE, :
DR. ZIMBULL, MICHELLE ROBINSON, :
JUANITA CLARK, DENTIST JANE JOE, and :
FIRST CORRECTIONAL MEDICAL,  :
            :
   Defendants.    :

---

## CERTIFICATE OF SERVICE

---

  I, **Patrick G. Rock** hereby certify that on **September 5, 2007,** I electronically filed and

Defendant Dr. Gombeh-Alie's Answer to Complaint with the Clerk of Court using CM/ECF which

will send notification of such filing(s) to the following:

James Edward Drnec, Esquire    Daniel L. McKenty, Esquire
Balick & Balick, LLC      Heckler & Frabizzio
711 North King Street      800 Delaware Avenue, #200
Wilmington, DE 19801      Wilmington, DE 19801
(302) 658-4265        *Attorneys for Defendant First Correctional*
*Attorney for Defendant Dr. Zimbull*   *Medical*

DE090356.1

I have served via first class mail two copies of the Defendant's Answer to Complaint to the

Pro Se Defendant:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977


/s/ Patrick G. Rock
Patrick G. Rock, Esquire (I.D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant CMS*

*September 5, 2007*

DE090356.1