

FILED
SEP 1 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

David Williamson
SBI # 183022, W-1, L-12
1181 Smyrna, DE 19977

Clerk of the District Court

Re: <u>Williamson v. CMS, Inc, et al</u>, CA. No. 06-379-SLR: (Service on Remaining Defendants)

Mr. Dalleo:

Greetings. Pursuant to the Court's ___5-17-07___ order, I have provided true copies of Williamson's Motion for Appointment of Counsel (D.I. _____), which must be re-filed to permit the newly served defendants: C. Malaney, D. Plante, M. Robinson, C. Kionke, and S. Alie an opportunity to reply to it. (See <u>Order</u> attached).

Defendants CMS, Clark, Chuks, Zimble, Love, and FCM, Inc. have already had an opportunity to respond to Williamson's motion for appointment of counsel and have not taken a position on the matter. Indeed, these defendants have already filed an answer to Williamson's Amended Complaint and only the newly served defendants –listed above- require an opportunity to answer, defend, and or object to Williamson's amended complaint and or appointment of counsel.

In closing, if there are any questions or concerns, please feel free to contact me at your earliest convenience.

Respectfully,

*David W*
David Williamson

*Dave W*
signed as Original on 9-6-07

C.c., Megan T. Mantzavinos, Esq., 913 N. Market St., Suite 800, Wilmington. DE 19801, (Counsel for CMS, et al);

James E. Drnec, Esq.
711 N. King St.
Wilmington, DE 19801
_____
(Counsel for Zimble)

~~Dana S. Monzo, Esq.
1225 N. King St. Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397~~
(Counsel for FCM, Inc.)




