David W. Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Megan T. Mantzavinos and/or Peter Rock, Esq. (Counsel for CMS, et al)
Re: Notice of CMS's Noncompliance With Discovery in Williamson v. CMS, et al, 06-379-SLR

Dear Counsel:

Williamson comes now in good faith to resolve the dispute regarding CMS's answers (D.I. 79) Specifically, CMS stated therein that CMS would provide Williamson's personal medical records (e.g. "copies of plaintiff's medical records... under separate cover letter once a confidentiality agreement has been executed....") This was stated in response to Williamson's discovery requests (e.g. At items 6, 9, 13, 15-17, 26, 27 and 29 at D.I. 79 CMS's response to plaintiff's combined request for interrogatories and production of documents).

On 8-06-07 Williamson executed CMS's confidentiality agreement. During the interim, the Court also Ordered CMS to provide Williamson's medical/dental records (e.g. "within twenty-one (21) days...."). (At items 4 of D.I. 119). Subsequently, CMS filed a supplemental response to Williamson's TRO/Pl (D.I. 147, & ____), which contained most but not all of Williamson's relevant medical/dental records. This violated CMS's agreement to provide Williamson his personal medical records upon execution of the confidentiality agreement, and it violates the Court's 07-19-07 Order.

Williamson filed an objection and/or motion to strike CMS's supplemental response and noted the medical records deficiencies. (i.e. specifically noted omitted KOP medication distribution cards/records for the months of May, June, and July 2007 and omitted dental visits for the following dates 01-11-06, 02-14-06, 02-21-06, and 02-24-06). Consequently, CMS has failed to comply with Williamson's discovery requests in accord with said objection and confidentiality agreement, and failed to comply with the Court's Order.

Williamson requests that CMS provide within the next ten days any and all omitted medical/dental records for the relevant period as well as those specifically noted above. Failure to correct this deficiency will result in Williamson filing a motion to compel. This notice is Williamson's good faith attempt to resolve this discovery dispute.

Respectfully,

*David W* (signature)
David Williamson

9-11-07
Date

FILED
SEP 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: David Williamson
SBI# 183022    UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570



$01.14⁰
0004608975
SEP 12 2007
MAILED FROM ZIPCODE 19977