IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, ) | |
| Plaintiff, ) | |
| v. ) | C.A. 06-379-SLR |
| CORRECTIONAL MEDICAL SERVICES, Inc, et al, ) | |
| Defendants. | |

PLAINTIFF'S MOTION TO STRIKIE AND/OR OBJECTION TO COUNSEL'S (CMS) IMROPER ATTEMPT TO RESURECT WAIVED DEFENSES

COMES NOW, plaintiff, Williamson, pursuant to Fed. R. Civ. P., rule 12 (f) and/or any applicable Del. Local Rules, and does object to and/or request this Court to strike specific waived defenses that defendant's counsel attempts to resurrect by Letter (e.g. Entry of Appearance, D.I. ___). This Court is warranted in striking CMS's request because it is impertinent and said counsel has already waived the defenses it now attempts to resurrect. Williamson offers the following:

1. Counsel for CMS –Mantzavinos, Esq. & Rock, Esq- entered an appearance as attorneys on behalf of defendants Plante, Malaney, Robinson, and Kionke on or about 09-05-07. (D.I. ___).

2. Therein, counsel specifically reserved "the right to raise *jurisdictional*, or *service*, venue, or statute of limitations defects which may be available...." (emphasis added).

3. However, the same counsel had previously waived any available *personal jurisdiction* and/or *insufficient service*, and *service defects* in prior filings with the Court. Regarding these named defendants on 08-14-07. (See Ex-A 1-3)

4. Therefore, counsel cannot now resurrect defenses that it has already waived and its request is inpertinent.

5. In addition, counsel appears to have –at best- mishandled accepting service on behalf of said defendants, or –at worst- attempted to manipulate or delay Williamson's ability to execute service on said defendants.

6. For example, counsel for CMS specifically stated, in its response to Williamson's discovery requests, that counsel was authorized to accept service on behalf, and/or was authorized to represent, Malaney, Dr. Robinson, and Dr. Kionke (D.I. 71 items 11, 27, and 35), and also regarding Plante (D.I. 79 at item 3) several months ago.

7. Consequently, Williamson attempted to execute service upon these defendants with the attorney of record for CMS at the time (i.e. Mantzinos) (D.I. 123, 124, 125, 126 on 07-20-07), but counsel refused service. (Id.)

8. Williamson wrote CMS counsel and requested clarification as to why CMS counsel now refused to accept service on behalf of said defendants?

9. Counsel –Rock- responded that counsel would accept service, but failed to explain the refusal of co-counsel to accept the prior service affected by Williamson (i.e. mishandling or malfeasance).

10. Williamson refiled service of process and both Mantzavinos and Rock entered an appearance on 09-05-07 and attempted to resurrect the above waived defenses (e.g. *insufficient service*, etc.).

11. Counsel cannot manipulate service –whether inadvertently or intentionally- than resurrect a waived defense regarding insufficient service and expect to prevail in a Court of law.

12. This behavior is shocking.

WHEREFORE, Williamson requests this Court to strike counsel's attempted resurrection of the waived personal jurisdiction, insufficient service, and service defenses, because the record clearly demonstrates that counsel voluntarily waived said defenses.

David W———                                                            9·12·07

David Williamson, SBI #183022,                                              Date
1181 Paddock Rd.,
Smyrna, DE 19977

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. Plaintiff's Motion to Strike and/or Objection to Counsel's (CMS) improper Attempt to Resurect Waived Defenses

2. N/A

By placing same in a U.S. Mail receptacle on the __15__ day of __Sept.__ 200__7__.

Daniel McKently, Esq.
(Counsel for FCM, Inc.)
1225 N. King St., Suite 1100
Wilmington, DE 19809-0397
[crossed out]

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

Patrick Rock, Esq.
(Counsel for CMS, Inc.)
913 Market St., #800
Wilmington, DE 19801

N/A

_David W_____
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

_David W____
9-15-07
Signed as Original

# EXHIBIT A

## MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

| | | |
|---|---|---|
| **PHILADELPHIA OFFICE**<br>1800 JFK BOULEVARD - SUITE 1900<br>PHILADELPHIA, PA 19103<br>(215) 564-6688<br>FAX (215) 564-2526<br><br>**NEW YORK OFFICE**<br>530 SAW MILL RIVER ROAD<br>ELMSFORD, NY 10523<br>(914) 345-3701<br>FAX (914) 345-3743<br><br>**MARYLAND OFFICE**<br>600 BALTIMORE AVENUE - SUITE 305<br>TOWSON, MD 21204<br>(410) 339-6880<br>FAX (410) 339-6881 | ATTORNEYS AT LAW<br>SUITE 800<br>913 N MARKET STREET<br>WILMINGTON, DE 19801<br><br>(302) 658-6538<br>FAX (302) 658-6537<br><br><br><br>August 9, 2007 | **NEW JERSEY OFFICE**<br>COOPER RIVER WEST<br>6981 NORTH PARK DRIVE - SUITE 300<br>PENNSAUKEN, NJ 08109<br>(856) 663-4300<br>FAX (856) 663-4439<br><br>**PITTSBURGH OFFICE**<br>707 GRANT STREET<br>GULF TOWER - SUITE 2600<br>PITTSBURGH, PA 15219<br>(412) 391-6171<br>FAX (412) 391-8804<br><br>**BUCKS COUNTY OFFICE**<br>10 SOUTH CLINTON STREET - SUITE 302<br>DOYLESTOWN, PA 18901<br>(267) 880-3696<br>FAX (267) 880-0545<br><br>PATRICK G. ROCK<br>Member DE, ME & MA Bars<br>prock@mooclaw.com |

Mr. David Williamson
SBI #183022, W-1, L-12
1181 Paddock Road
Smyrna, DE 19977

Re:   **Williamson v. CMS et al.**
      **C.A. No. 06-379 SLR**
      **Our File No. 431-79315**

Dear Mr. Williamson:

Without waiving any privileges or claims and subject thereto, including but not limited to statute of limitations, attorney-client privilege, and all other claims and privileges, I have been given authority by Dr. Robinson to accept service on her behalf.

Therefore, regarding Dr. Robinson, I will not be pursuing personal jurisdiction or insufficient service or insufficient service of process defenses.

Thank you.

Very truly yours,

PATRICK G. ROCK

PGR/mlm

DE088270.1

# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

| PHILADELPHIA OFFICE<br>1800 JFK BOULEVARD - SUITE 1900<br>PHILADELPHIA, PA 19103<br>(215) 564-6688<br>FAX (215) 564-2526<br><br>NEW YORK OFFICE<br>530 SAW MILL RIVER ROAD<br>ELMSFORD, NY 10523<br>(914) 345-3701<br>FAX (914) 345-3743<br><br>MARYLAND OFFICE<br>600 BALTIMORE AVENUE - SUITE 305<br>TOWSON, MD 21204<br>(410) 339-6880<br>FAX (410) 339-6881 | ATTORNEYS AT LAW<br>SUITE 800<br>913 N MARKET STREET<br>WILMINGTON, DE 19801<br><br>(302) 658-6538<br>FAX (302) 658-6537<br><br><br><br>August 9, 2007 | NEW JERSEY OFFICE<br>COOPER RIVER WEST<br>6981 NORTH PARK DRIVE - SUITE 300<br>PENNSAUKEN, NJ 08109<br>(856) 663-4300<br>FAX (856) 663-4439<br><br>PITTSBURGH OFFICE<br>707 GRANT STREET<br>GULF TOWER - SUITE 2600<br>PITTSBURGH, PA 15219<br>(412) 391-6171<br>FAX (412) 391-8804<br><br>BUCKS COUNTY OFFICE<br>10 SOUTH CLINTON STREET - SUITE 302<br>DOYLESTOWN, PA 18901<br>(267) 880-3696<br>FAX (267) 880-0545<br><br>PATRICK G. ROCK<br>Member DE, ME & MA Bars<br>prock@mooclaw.com |

Mr. David Williamson
SBI #183022, W-1, L-12
1181 Paddock Road
Smyrna, DE 19977

Re:  **Williamson v. CMS et al.**
     **C.A. No. 06-379 SLR**
     **Our File No. 431-79315**

Dear Mr. Williamson:

Without waiving any privileges or claims and subject thereto, including but not limited to statute of limitations, attorney-client privilege, and all other claims and privileges, I have been given authority by Christiana Malaney and Dr. Kionke to accept service on their behalf.

Therefore, regarding Ms. Malaney and Dr. Kionke, I will not be pursuing personal jurisdiction or insufficient service or insufficient service of process defenses.

Thank you.

Very truly yours,

PATRICK G. ROCK

PGR/mlm

DE088301.1

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**

| PHILADELPHIA OFFICE<br>1800 JFK BOULEVARD - SUITE 1900<br>PHILADELPHIA, PA 19103<br>(215) 564-6688<br>FAX (215) 564-2526<br><br>NEW YORK OFFICE<br>530 SAW MILL RIVER ROAD<br>ELMSFORD, NY 10523<br>(914) 345-3701<br>FAX (914) 345-3743<br><br>MARYLAND OFFICE<br>600 BALTIMORE AVENUE - SUITE 305<br>TOWSON, MD 21204<br>(410) 339-6880<br>FAX (410) 339-6881 | ATTORNEYS AT LAW<br>SUITE 800<br>913 N MARKET STREET<br>WILMINGTON, DE 19801<br><br>(302) 658-6538<br>FAX (302) 658-6537<br><br><br><br>August 14, 2007 | NEW JERSEY OFFICE<br>COOPER RIVER WEST<br>6981 NORTH PARK DRIVE - SUITE 300<br>PENNSAUKEN, NJ 08109<br>(856) 663-4300<br>FAX (856) 663-4439<br><br>PITTSBURGH OFFICE<br>707 GRANT STREET<br>GULF TOWER - SUITE 2600<br>PITTSBURGH, PA 15219<br>(412) 391-6171<br>FAX (412) 391-8804<br><br>BUCKS COUNTY OFFICE<br>10 SOUTH CLINTON STREET - SUITE 302<br>DOYLESTOWN, PA 18901<br>(267) 880-3696<br>FAX (267) 880-0545<br><br>PATRICK G. ROCK<br>Member DE, ME & MA Bars<br>prock@mooclaw.com |

Mr. David Williamson
SBI #183022, W-1, L-12
1181 Paddock Road
Smyrna, DE 19977

    Re:    **Williamson v. CMS et al.**
              **C.A. No. 06-379 SLR**
              **Our File No. 431-79315**

Dear Mr. Williamson:

    Without waiving any privileges or claims and subject thereto, including but not limited to statute of limitations, attorney-client privilege, and all other claims and privileges, I have been given authority by Donna Plante to accept service on her behalf.

    Therefore, regarding Ms. Plante, I will not be pursuing personal jurisdiction or insufficient service or insufficient service of process defenses.

    Thank you.

                                              Very truly yours,

                                              PATRICK G. ROCK

PGR/mlm

DE088386.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 06-379 SLR |
| | : |
| CORRECTIONAL MEDICAL SERVICES, INC., | : |
| CHRISTINE MALANEY, DONNA PLANTE, | : |
| MARGARET LOVE, CHUKS IHUOMA, DR. | : |
| SITTA C. ALIE, DR. ALAN ZIMBAL, | : |
| MICHELLE ROBINSON, JUANITA CLARK, | : |
| DR. CARLA KIONKE and FIRST | : |
| CORRECTIONAL MEDICAL, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCES

PLEASE ENTER THE APPEARANCES of Megan T. Mantzavinos, Esquire and Patrick G. Rock, Esquire as attorney for Defendants Donna Plante, Christine Malaney, Michelle Robinson and Dr. Carla Kionke. This Entry of Appearances shall not be considered to be a waiver of any jurisdictional defects in service upon Defendants. Defendants specifically reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

/s/ Patrick G. Rock
Megan T. Mantzavinos, Esquire (I.D. No. 3802)
Patrick G. Rock, Esquire (I. D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants*

DATED: September 5, 2007

DE090292.1

I have served via first class mail two copies of the Entry of Appearances to the Pro Se Plaintiff:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

/s/ Patrick G. Rock
Patrick G. Rock, Esquire (I.D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendants*

DE090357.1



FM: David Williamson
SBI# 183622  UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570