David W. Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Peter Rock, Esq. (Counsel for CMS, et al)
Re: Williamson v. CMS, et al, 06-379-SLR (Confidentiality Agreement)

Dear Counsel:

Williamson comes now in good faith and seeks clarification and/or if needed a stipulation to the Confidentiality Agreement entered into between CMS and Williamson on 8-06-07 ( D.I. _____ ). Accordingly, it appears that —as written— the Confidentiality Agreement would and/or does include Williamson's personal medical records, and as such, appears to preclude Williamson from either (a) retaining his personal medical records, and/or (b) disseminating his personal medical records as he believes is necessary.

If counsel also reads the existing Confidentiality Agreement as enforcing the above restrictions upon Williamson relating to his personal medical records, please confirm and/or clarify. Consequently, if so, than Williamson requests a stipulation relating to his personal medical records in which said personal medical records —as they relate to Williamson's possession and handling and/or dissemination- are specifically exempted from the Confidentiality Agreement. If the parties cannot agree to the stipulation, than Williamson would be forced to withdraw his voluntary agreement to the Confidentiality Agreement in whole.

I am hopeful that we may be able to cooperate in this matter. Certainly, CMS cannot legitimately claim that Williamson's personal medical records are confidential documents as they pertain to Williamson's possession and/or dissemination, etc. They are only confidential in that Williamson has a personal right of privacy, and he may enforce that right himself. Indeed, CMS attempted to state that said medical records were the property of the DDOC, etc.

Lastly, I look forward to a mutual stipulation regarding this matter within the next 15 days. Thank you for your cooperation, time, and consideration in this matter.

Respectfully,

*David W*          9-18-07
David Williamson          Date

c.c. Clerk of District Court for the above captioned case

FILED
SEP 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

@ scanned

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. _Letter of Stipulation for Confidentiality Agreement to CMS Counsel, Rock, Esq_

2. _N/A_

By placing same in a U.S. Mail receptacle on the __18__ day of __Sept.__ 200__7__.

Daniel McKently, Esq.
(Counsel for FCM, Inc.) [crossed out]
1225 N. King St., Suite 1100
Wilmington, DE 19809-0397

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

Patrick Rock, Esq.
(Counsel for CMS, Inc.)
913 Market St., #800
Wilmington, DE 19801

_N/A_

David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

_Signed as Original_

I/M: David Williamson
SBI# 183022    UNIT W-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570