David Williamson
183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Marcia M. Waldron, Clerk of Court
Re: C.A. No. 07-3490

Mrs. Waldron:

On 9-12-07, I received a notice that the above may be dismissed due to a jurisdictional defect and that it would be submitted to a panel for a determination. This is <u>unnecessary</u> because I notified the Court of Appeals of my wish to voluntarily withdraw the Notice of Appeal (i.e. withdraw the Appeal) on 8-27-07. (See attached 8-27-07 withdraw)

It is unclear why the Appeal is proceding and not been terminated as I requested but please terminate it as of 8-27-07.

Thank you.

David W——
David Williamson

9-15-07

FILED
SEP 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
to scanned

c.c. U.S. District Court, 844 King St., Wilm., DE 19801

David Williamson
SBI # 183022
W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Marcia M. Waldron, Clerk of Court for the Third Circuit Court of Appeals
Re: Third Circuit Court D.I. No. 07-3490 In Williamson v. CMS, et al, CA No. 06-379-SLR

Mrs. Waldron:

On or about August 15, 2007, I (plaintiff/appellant) filed a Notice of Appeal to the U.S. Third Circuit Court of Appeals. Therein, I gave notice to appeal two Orders of the District Court (e.g. D.I. 120, "Denial of Default against FCMI" and D.I. 122 "Grant of Dismissal of FCMI"), which had been entered on 07-19-2007. On 08/26/07, I received notice from the Circuit Court of Appeals to complete the Informa Pauperis application, etc.

At this time, however, and in the spirit of judicial economy, I David Williamson (Appellant/plaintiff), in the above listed action, wish to voluntarily withdraw the Notice of Appeal (No. 07-3490). Consequently, Appellant does not wish to prosecute any appeal the District Court's two Orders.

Alternatively, I will take the direction of the District Court and amend the action to name First Correctional Medical, Delaware, LLC as a defendant and proceed to pierce the corporate veil as to this former defendant (i.e. First Correctional Medical, Inc), who had been dismissed and was the subject of the appeal.

I hope this best serves judicial economy and does not inconvenience the Appeals Court. This declaration is made under the penalty of perjury and is true and correct.

Thank you,

David W——                                          8-27-07
David Williamson,                                    Date
(Appellant/Plaintiff)


Two true and correct copies have been delivered to the following:

U.S. Court of Appeals
For the Third Circuit
U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Daniel McKently, Esq.
(Counsel of FCMI)
1225 N. Market St. Suite 1100
Wilmington, De 19809-0397

U.S. District Court
844 King St, Lockbox 18
Wilmington, DE 19801
(Clerk of Court, Peter Dalleo)

Patrick Rock, Esq.
(Counsel for CMS, et al)
913 Market St. Suite 800
Wilmington, DE 19801

James Drnec, Esq.
(Counsel for Zimble)
711 N. King St.
Wilmington, DE 19801



FILED
SEP 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. _Notice to Clerk of Third Circuit to Withdraw Appeal No. 07-3490_

2. _N/A_

By placing same in a U.S. Mail receptacle on the __28__ day of __Aug.__ 200__7__.

| | |
|---|---|
| U.S District Court<br>Clerk of Court<br>844 King St.<br>Lock box 18<br>Wilm, DE 19801 | Daniel McKently, Esq.<br>(Counsel for FCM, Inc.)<br>1225 N. King St., Suite 1100<br>Wilmington, DE 19809-0397 |
| James E. Drnec, Esq<br>711 N. King St.<br>Wilmington, DE 19801<br>(Counsel for Dr. A. Zimble) | Patrick Rock, Esq.<br>(Counsel for CMS, Inc.)<br>913 Market St., #800<br>Wilmington, DE 19801 |
| N/A | |

David W——
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977