David Williamson
SBI 3 183022
1181 Paddock Rd.
Smyrna, DE 1977

Clerk of Court
RE: Williamson v. CMS, et al, CA. No. 06-379-SLR (Docket Pages)

Dear Clerk:

Greetings. I have enclosed a check for $2.00. Please provide me with the last four pages of my docket for the above captioned action. Thank you.

~~Also, I have enclosed a Notice of Appeal to the Third Circuit. Please docket and process. Thank you~~.

David W———                                    9.14.07
David Williamson, SBI # 183022                 Date
W-1. L-12
1181 Paddock Rd.
Smyrna, DE 19977



RECEIVED SEP 24 2007 Bob U.S. DISTRICT COURT DISTRICT OF DELAWARE

Sent 9/24/07 Rec # 149003

I/M David Williamson
SBI# 183022    UNIT W.1, L-12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 SEP 2007 PM 3 L

U.S. District Court
Clerk of Court
844 King St., Lockbox 18
Wilm., DE
                19801