IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, | ) |
|    Plaintiff, | ) |
| v. | )    C.A. 06-379-SLR |
| CORRECTIONAL MEDICAL SERVICES, Inc, et al, | ) |
|    Defendants. | |

RECEIVED SEP 25 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PLAINTIFF'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO CORRECTIONAL MEDICAL SERVICES, INC.

COMES NOW, plaintiff, Williamson pursuant to the appropriate Fed. R. Civ. P., Local Rule, and or case authority. Williamson attests that the instant discovery request is made in good faith, not meant to harass, inconvenience, or be overly burdensome to defendants or to delay these proceedings in any manner. Williamson requests defendant Correctional Medical Services, Inc. (CMS) to make the following discovery requests, where required under the applicable rules, under oath, within thirty-days of the date of service. (The definitions and directions included in Plaintiff's third set of admissions directed to CMS are incorporated herein).

**FOURTH SET OF PRODUCTION OF DOCUMENTS DIRECTED TO CMS**

1. Produce and describe any and all documents relating to the a) ordering, b) shipping, c) receiving and/or logging in of Williamson's prescribed thyroid medications (CC Meds) –including any and all B.O.L. s, Shipping invoices and/or product invoices, and/or pharmacy logs or inventories- during the relevant period.
2. Produce and describe any and all documents relating to all supplies of Levothyroxine and/or Synthroid of doses of either .05 mics, .08 mics, .88 mics, and/or .1 mics doses that were either received and/or in inventory from July 05 until July 07.
3. Produce and describe any and all documents and communications with or directed to Nikita Robins of the Delaware Center of Justice relating to Williamson's medical grievances and/or the handling of medical grievances during the relevant period.
4. Produce and describe any and all documents and communications relating to Williamson's MG(s): a) 15453, 21201 and its Addendum.
5. Produce and describe any and all documents and communications relating to Bailey's (Aka Love) Clinic with Williamson on 08-31-05 of the "single dose" that Bailey allegedly dispensed to Williamson –including any and all documentation of said dose not limited to the Lot number, card number, distribution card and date, B.O.L., shipping and product invoice, and/or pharmacy invoice or log which depicts the alleged dose.
6. Produce and describe any and all documents and communications relating to Williamson's communications, notices, and/or medical grievances listed at items 4 (a) thru (s) above of the third set of admissions directed to CMS.
7. Produce and describe any and all documents and communications relating to the 11-11-05 and/or 11-29-05 Clinics for Williamson, including the "Activity Offender Schedules" for those dates.
8. Produce and describe any and all documents and communications relating to MG #21201 (filed on 11-14-05).

9. Produce and describe any and all documents and communications relating to any correspondence with DCC administrators and/or staff –including Deputy Warden Pierce- relating to Williamson's CC Meds and/or CCMI(s).

10. Produce any and all documents and communications relating to –including the Medication Pick-up Listings for DCC relating to notice to inmates to pick up their KOP meds for the dates listed at item 4 (a) thru (s) of Plaintiff's third set of admissions directed to CMS.

11. Produce and describe any and all documents and communications relating to any correspondence with DCC administrators and/or staff –including Deputy Warden Pierce- relating to Williamson's Don Joy ACL knee brace.

12. Produce and describe any and all documents, records, and communications relating to all of Williamson's Clinics for the relevant period.

13. Produce and describe any and all manufactures product information relating to a) Levothyroxine 100 mg and b) Synthroid 100 mg.

_David W_____                                    _9-19-07_____
David Williamson, SBI #183022                                    Date
1181 Paddock Rd.
Smyrna, DE 19977