IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, : <br> : <br> Plaintiff, : <br> : <br> V. : <br> : <br> CORRECTIONAL MEDICAL SERVICES, INC., : <br> C. MALANEY, DONNA PLANTE, MAGGIE : <br> BAILEY, CHUKS IHUOMA, DR. S. ALIE, : <br> DR. ZIMBULL, MICHELLE ROBINSON, : <br> JUANITA CLARK, DENTIST JANE JOE, and : <br> FIRST CORRECTIONAL MEDICAL, : <br> : <br> Defendants. : | C.A. No.: 06-379 SLR <br><br> TRIAL BY JURY OF TWELVE DEMANDED |

**DEFENDANT DR. SITTA GOMBEH-ALIE'S MOTION FOR
ENLARGEMENT OF TIME TO FILE
RESPONSE TO MOTION TO ENTER DEFAULT AGAINST DR. GOMBEH-ALIE**

Now comes Defendant Dr. Sitta Gombeh-Alie and moves this Court for additional time to respond to the Plaintiff's Motion to Enter a Default. In support thereof, Defendant offers the following:

1. The Plaintiff has filed suit naming eleven defendants, including "S. Alie" who has since been identified as Dr. Sitta Gombeh-Alie. See D.I. 2.

2. According to the Docket, the USM 285 form was returned un-executed as to Dr. Alie on 11/29/2006. See D.I. 25.

3. An initial search of the records for employees of Correctional Medical Services did not reveal an employee named "S. Alie".

4. The Court Order of May 16, 2007, (D.I. 93) required Plaintiff to serve defendants, including Dr. Alie, within 120 days of May 16, 2007.

DE091937.1

5.  On July 27, 2007, the Docket indicates that Dr. Alie was served on July 26, 2007 at 640 Queen Street, Dover, Delaware 19901. The Return of Service sheet has a notation that "Dr. Sitta Alie is now employed at the above place of business." See Exhibit A. attached hereto.

6.  The Return of Service indicates that the Plaintiff was served personally at 7:10 a.m., on July 26, 2007 at the address indicated.

7.  When Plaintiff requested the Marshall Forms for Dr. Alie, counsel for Defendant requested a further search of the records of Correctional Medical Services and discovered that Dr. Alie's name was recorded as "Gombeh-Alie" and not "Alie." As a result of that find, the below counsel was retained to defend Dr. Gombeh-Alie.

8.  On September 4, 2007, Plaintiff filed a Motion for Default against Dr. Alie (D.I..159).

9.  On September 5, 2007, Counsel filed an Answer on behalf of Dr. Alie (D.I. 162).

10. Plaintiff has since filed discovery propounded to Dr. Alie on September 18, 2007.

11. Counsel was able to meet with Dr. Alie on September 18, 2007 and was able to explore facts surrounding the purported service of process. Since that time, counsel's schedule has not coincided with Dr. Alie's schedule so communication has been difficult and counsel has not been able to complete the appropriate affidavit for Dr. Alie to oppose the Motion to Enter Default.

12. One of the reasons for the inability to communicate is that counsel has to attend a hearing in Massachusetts on September 24, 2007.

13. Dr. Alie does oppose the Plaintiff's Motion to Enter Default and counsel, on behalf of Dr. Alie, requests time to complete preparation of the Motion and Affidavit.

14. It is expected that Dr. Alie will execute an affidavit indicating she does not recall ever being

DE091937.1

served with the Complaint or Summons. Dr. Alie is expected to swear that it is very unlikely she was served with a Summons and Complaint considering that she wasn't at the address where she was purportedly served on July 26, 2007. Dr. Alie is expected to swear that she stopped working at the address where service purportedly took place as of June 30, 2007 or July 1, 2007, when she began a residency program at a local hospital.

15. Dr. Alie is also expected to swear that she was on vacation during much of July and does not believe she was served with Process on July 26, 2007, as the Return of Service indicates.

16. Federal Rules of Civil Procedure require a response to Motions in ten (10) days. See D.L.R. 7.1.2 (b). Therefore, a Response to Plaintiff's Motion is due on September 27, 2007.

17. Defense counsel is preparing a Response to the Motion to Enter Default with a supporting Affidavit, but counsel needs additional time to have further discussions with Dr. Alie to complete the appropriate Motion and Affidavit.

18. Counsel requests an additional 30 days to file a Response to the Motion with a supporting affidavit.

19. Counsel has not conferred with the Plaintiff and does not yet know his position on this request. Counsel has left a voice mail on September 26, 2007, for co-defendant's counsel, Jim Drnec, Esquire, but Mr. Drnec was unavailable and Defendant's counsel does not know whether Mr. Drnec opposes the Motion.

WHEREFORE, Defendant requests that the time to file a response to Motion to Enter Default be enlarged 30 days or another reasonable time set by the Court.

DE091937.1

                Respectfully Submitted,
                Marks, O'Neill, O'Brien & Courtney, P.C.

By:  */s/ Patrick G. Rock, Esquire*
      Megan T. Mantzavinos, Esquire (ID No. 3802)
      Patrick G. Rock, Esquire (ID No. 4632)
      913 North Market Street, #800
      Wilmington, DE 19801
      (302) 658-6538
      *Attorney for Defendant Dr. Gombeh-Alie*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No.: 06-379 SLR |
| v. : | |
| : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., : | DEMANDED |
| CHRISTINE MALANEY, DONNA PLANTE, : | |
| MARGARET LOVE, CHUKS IHUOMA, DR. S. : | |
| ALIE, DR. ALAN ZIMBAL, MICHELLE : | |
| ROBINSON, JUANITA CLARK, DR. CARLA : | |
| KIONKE and FIRST CORRECTIONAL : | |
| MEDICAL, : | |
| : | |
| Defendants. : | |

## NOTICE OF MOTION

TO:
James Edward Drnec, Esquire
Balick & Balick, LLC
711 North King Street
Wilmington, DE 19801
(302) 658-4265
*Attorney for Defendant Dr. Zimbal*

Daniel L. McKenty, Esquire
Heckler & Frabizzio
800 Delaware Avenue, #200
Wilmington, DE 19801
*Attorneys for Defendant First Correctional Medical*

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

PLEASE TAKE NOTICE that the attached Motion to Enlarge Time to File Response to

Motion to Enter Default will be decided at the convenience of the Court.

DE092084.1

/s/ *Patrick G. Rock*
Patrick G. Rock, Esquire (I.D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DE092084.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| v. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| CHRISTINE MALANEY, DONNA PLANTE, | : | |
| MARGARET LOVE, CHUKS IHUOMA, DR. S. | : | |
| ALIE, DR. ALAN ZIMBAL, MICHELLE | : | |
| ROBINSON, JUANITA CLARK, DR. CARLA | : | |
| KIONKE and FIRST CORRECTIONAL | : | |
| MEDICAL, | : | |
| | : | |
| Defendants. | : | |

_____

**ORDER**
_____

HAVING READ THE DEFENDANT'S MOTION to Enlarge Time to File Response to Motion to Enter Default and Any Responses thereto, IT IS ORDERED, that the Defendant shall have until _____, 2007, to file a Response to the Motion to Enter Default against Dr. Sitta Gombeh-Alie.


_____          _____
Date                                                           J.

DE092086.1

Exhibit A

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>David Williamson, Pro se | COURT CASE NUMBER<br>06-379-SLR ||
| DEFENDANT<br>Correctional Medical Services, Inc, et al | TYPE OF PROCESS<br>Complaint ||

| SERVE ➤ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Doctor Sita S. Alie (past employee of FCM) ||
|---|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Attn. S. Alie, Dover Walk In Medical, 640 Queen St. Dover, DE 19901 ||

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| David Williamson<br>SBI # 183022<br>1181 Paddock Rd.<br>Smyrna, DE 19977 | Number of process to be served with this Form - 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 12 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Pauperus case: Dr. Sita Alie is now employed at the above place of business.

| Signature of Attorney or other Originator requesting service on behalf of:<br>David W | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>N/A | DATE<br>3/12/07 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date<br>7-19-07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)<br>SAME | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. ||
|---|---|---|
| Address (complete only if different than shown above) | Date of Service<br>7/26/07 | Time<br>7:10 am |
| | Signature of U.S. Marshal or Deputy ||

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CORRECTIONAL MEDICAL SERVICES, INC., : <br> CHRISTINE MALANEY, DONNA PLANTE, : <br> MARGARET LOVE, CHUKS IHUOMA, DR. S. : <br> ALIE, DR. ALAN ZIMBAL, MICHELLE : <br> ROBINSON, JUANITA CLARK, DR. CARLA : <br> KIONKE and FIRST CORRECTIONAL : <br> MEDICAL, : <br> : <br> Defendants. : | C.A. No.: 06-379 SLR <br><br> TRIAL BY JURY OF TWELVE DEMANDED |

_____

**CERTIFICATE OF SERVICE**
_____

I, **Patrick G. Rock** hereby certify that on **September 26, 2007,** I electronically filed an a Notice of Motion/ Motion to Enlarge Time to File Response to Motion to Enter Default Against Dr. Sitta Gombeh-Alie with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| James Edward Drnec, Esquire <br> Balick & Balick, LLC <br> 711 North King Street <br> Wilmington, DE 19801 <br> (302) 658-4265 <br> *Attorney for Defendant Dr. Zimbal* | Daniel L. McKenty, Esquire <br> Heckler & Frabizzio <br> 800 Delaware Avenue, #200 <br> Wilmington, DE 19801 <br> *Attorneys for Defendant First Correctional Medical* |

DE092084.1

      I have served via first class mail two copies of the Defendant's Answer to Complaint to the *Pro Se* Defendant:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

                                                      */s/ Patrick G. Rock*
                                            Patrick G. Rock, Esquire (I.D. No. 4632)
                                            Marks, O'Neill, O'Brien & Courtney, P.C.
                                            913 North Market Street, #800
                                            Wilmington, DE 19801
                                            (302) 658-6538
                                            *Attorney for Defendant*

DE092084.1