UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, ) | |
| ) | Case No. 06-379 (SLR) |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| INC., CHRISTINE MALANEY, DONNA ) | |
| PLANTE, MARGARET LOVE (AKA ) | |
| MAGIE BAILEY), CHUKS IHUOMA, ) | |
| SITA ALIE, ALAN ZIMBLE [AKA DR. ) | |
| ZIMBULL], MICHELLE ROBINSON, ) | |
| JUANTA CLARK, CARLA KIONKE ) | |
| [AKA JANE DOE DENTIST], and ) | |
| FIRST CORRECTIONAL ) | |
| MEDICAL-DELAWARE, LLC. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ALAN ZIMBLE, D.D.S.'S
RESPONSE TO DR. SITTA GOMBEH-ALIE'S MOTION FOR ENLARGEMENT
OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO ENTER
DEFAULT AGAINST DR. GOMBEH-ALIE**

Defendant Alan Zimble, D.D.S., by and through his undersigned counsel of record, hereby responds to Dr. Alie's Motion (D.I. 185) and states that he does not oppose that Motion.

BALICK & BALICK, LLC


         /s/ James E. Drnec         
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Alan Zimble, D.D.S.

Date:   September 27, 2007

**CERTIFICATE OF SERVICE**

I, James E. Drnec, hereby certify that on this date, I served on the parties below in the manner indicated, copies of the Defendant Alan Zimble, D.D.S.'s Response to Dr. Sitta Gombeh-Alie's Motion for Enlargement of Time to File Response to Plaintiff's Motion to Enter Default against Dr. Gombeh-Alie.

.

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Patrick G. Rock, Esquire<br>Michael A. Pedicone, P.A.<br>109 West 7th Street<br>P.O. Box 1395<br>Wilmington, DE 19899-1395 | Megan Trocki Mantzavinos, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>913 N. Market Street<br>Suite 800<br>Wilmington, De 19801 |

David W. Williamson
SBI #183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                        /s/ James E. Drnec
                                        James E. Drnec

Dated: September 27, 2007