IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON,                          :
                                           :
            Plaintiff,                     :
                                           :
    v.                                     :        C.A. No. 06-379 SLR
                                           :
CORRECTIONAL MEDICAL SERVICES, INC.,       :
CHRISTINE MALANEY, DONNA PLANTE,           :
MARGARET LOVE, CHUKS IHUOMA, DR.           :        TRIAL BY JURY OF
SITTA C. ALIE, DR. ALAN ZIMBAL,            :        TWELVE DEMANDED
MICHELLE ROBINSON, JUANITA CLARK,          :
DR. CARLA KIONKE and FIRST                 :
CORRECTIONAL MEDICAL,                      :
                                           :
            Defendants.                    :

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**MOTION FOR RELIEF FROM JUDGMENT AND/OR MOTION FOR REARGUMENT**

Plaintiff asserts that This Court should allow reargument for his Motion for a Temporary

Restraining Order and/or grant relief from the Judgment denying the Motion for a Preliminary

Injunction or Temporary Restraining Order (D.I. 178). Defendants oppose that Motion and offer the

following:

1.     Plaintiff asserts the Court should not have allowed the Affidavit of Dr. Van Dusen. Federal

       Rules of Civil Procedure 6(d) allow Affidavits in Support of Motions to be filed "...not later

       than 1 day before the hearing, unless the court permits them to be served at some other time."

       Defendant asked the Court's Permission to submit the Affidavit when the Medical Records

       were tendered to the Court. The Court was well within Rules to allow the Affidavit.

2.     To be permitted to reargue a Motion, typically the Plaintiff is required to demonstrate that the

       Court misapprehended the facts or the controlling legal precedent in such a way that its

decision would be materially altered.  The Plaintiff does not assert any standard of why the Motion to Reargue should be granted and does not indicate which facts or law the Plaintiff alleges the Court misapprehended.

WHEREFORE, Defendants ask the Court to deny the Motion to Reargue and the Plaintiff's Motion for Relief from Judgment.

Respectfully submitted,


Marks, O'Neill, O'Brien & Courtney, P.C.

By:   */s/ Patrick G. Rock*
      Megan T. Mantzavinos, Esquire (ID 3802)
      Patrick G. Rock,  Esquire (ID 4632)
      913 Market Street, #800
      Wilmington, DE  19801
      (302) 658-6538
      *Attorney for Defendants*

DATED:

DE092189.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| v. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| CHRISTINE MALANEY, DONNA PLANTE, | : | |
| MARGARET LOVE, CHUKS IHUOMA, DR. S. | : | |
| ALIE, DR. ALAN ZIMBAL, MICHELLE | : | |
| ROBINSON, JUANITA CLARK, DR. CARLA | : | |
| KIONKE and FIRST CORRECTIONAL | : | |
| MEDICAL, | : | |
| | : | |
| Defendants. | : | |

---

## NOTICE OF MOTION

---

TO:

| | |
|---|---|
| James Edward Drnec, Esquire | Daniel L. McKenty, Esquire |
| Balick & Balick, LLC | Heckler & Frabizzio |
| 711 North King Street | 800 Delaware Avenue, #200 |
| Wilmington, DE 19801 | Wilmington, DE  19801 |
| (302) 658-4265 | *Attorneys for Defendant First Correctional* |
| *Attorney for Defendant Dr. Zimbal* | *Medical* |

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

　　　　PLEASE TAKE NOTICE that the attached Response to Motion to Reargue  will be decided

at the convenience of the Court.

DE092085.1

-

<u>/s/ Patrick G. Rock</u>
Patrick G. Rock, Esquire (I.D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

DE092085.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| v. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| CHRISTINE MALANEY, DONNA PLANTE, | : | |
| MARGARET LOVE, CHUKS IHUOMA, DR. S. | : | |
| ALIE, DR. ALAN ZIMBAL, MICHELLE | : | |
| ROBINSON, JUANITA CLARK, DR. CARLA | : | |
| KIONKE and FIRST CORRECTIONAL | : | |
| MEDICAL, | : | |
| | : | |
| Defendants. | : | |

_____

**ORDER**

_____

HAVING READ THE DEFENDANT'S MOTION to Enlarge Time to File Response to

Motion to Enter Default and Any Responses thereto, IT IS ORDERED, that the Defendant shall have

until _____, 2007, to file a Response to the Motion to Enter Default against Dr. Sitta

Gombeh-Alie.


_____            _____
Date                                                          J.

DE092086.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON,     :
              :
    Plaintiff,     :
              :  C.A. No.: 06-379 SLR
   v.         :
              :  TRIAL BY JURY OF TWELVE
CORRECTIONAL MEDICAL SERVICES, INC., :  DEMANDED
C. MALANEY, DONNA PLANTE, MAGGIE :
BAILEY, CHUKS IHUOMA, DR. S. ALIE, :
DR. ZIMBULL, MICHELLE ROBINSON, :
JUANITA CLARK, KARLA KIONKE, and :
FIRST CORRECTIONAL MEDICAL,  :
              :
    Defendants.    :

---

## CERTIFICATE OF SERVICE

I, Patrick G. Rock hereby certify that on September 27, 2007**,** I electronically filed Requests for Production of Documents Directed to Plaintiff with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

James Edward Drnec, Esquire
Balick & Balick, LLC
711 North King Street
Wilmington, DE 19801
(302) 658-4265
*Attorney for Defendant Dr. Zimbull*

Daniel L. McKenty, Esquire
Heckler & Frabizzio
800 Delaware Avenue, #200
Wilmington, DE  19801
*Attorneys for Defendant First Correctional Medical*

DE085638.1

I have served same via first class US mail, postage prepaid, two copies to the Pro Se Defendant:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

_/s/ Patrick G. Rock_
Patrick G. Rock, Esquire (I.D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
_Attorney for Defendant_

DE085638.1