IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON,  )
    Plaintiff,  )
    v.  )  C.A. 06-379-SLR
CORRECTIONAL MEDICAL SERVICES, Inc, et al,  )
    Defendants.

RECEIVED OCT - 9 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

### MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Williamson, pro se, hereby respectfully requests, pursuant to the appropriate Local Rule of the United States District Court for the District of Delaware and Fed. R. Civ. P., rule 6 (b) and does respectfully request an additional 30 ~~fifteen~~ days to reply/answer/object to Defendant's discovery requests: (D.I. 187 thru 193): 187 CHUK's, Clark's 188, Kionke's 189, Malaney's 191, & Planter's 192 First Set of Interrogatories; and CMS's Prod of Document 190, & Love's 193 Interrogatories. Williamson is pro se and seeks pleading leniency pursuant to Haines v. Kerner, 404 U.S. 519 (1972). Williamson offers the following in support:

1. Williamson is a friend of the Court –who comes in good faith and not to delay or obstruct the proceedings.
2. Williamson is a pro se prisoner, thus meaningful and timely communications with defendants is impractical; however, Williamson presumes defendants object to the instant request.
3. Williamson is in receipt of defendants' above filing, which was delivered via regular mail and dated __9-27-07__.
4. A reply/answer or objection is due no later than __10-29-07__.
5. The instant request is filed in compliance with rule 6 (b) (e.g. within five days of the due date).
6. Williamson faces extraordinary obstacles that defendants are not impeded by. Specifically, as a pro se prisoner, Williamson is limited to no more than two ninety minute sessions per week at the law library. Moreover, this three hour maximum is often times reduced because the law library is unable to accommodate the prisoner population and it is common to get bumped off the law library schedule.
7. Once this occurs, it takes two weeks for one to get back on the schedule, thus one is impeded from access to any law books, etc for this period. There is no paging or mail order system for Compound prisoners.
8. Lastly, once Williamson completes a draft, he must mail in a "photo copy" request for the appropriate amount of copies, which has a turn-around time of some five to seven days. Naturally, this also causes a delay, however, through no fault of Williamson.

WHEREFORE, in view of the extraordinary impediments that Williamson faces, he respectfully requests this Court to grant his reasonable request for an enlargement

_David W_____              _10-1-07_
David Williamson, SBI # 183022, DCC, W-1, L-12, 1181 Paddock Rd., Smyrna, DE      Date

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

## ORDER

By Order of the Court, regarding Case no. _____, Plaintiff's request for an enlargement of time is Granted. Plaintiff has until _____ date to file an Answer/reply/objection to Defendants' _____.

The Clerk of the Court shall enter the Order on the Court's docket effective as date below.

_____                          _____
     Honorable Judge                                                              Date

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. Motion for Enlargement of Time

2. N/A

By placing same in a U.S. Mail receptacle on the __3__ day of __October__ 200_7_.

Megan T. Matzavinos, Esq. ~~913 N. Market St., Suite 800~~ ~~Wilmington, DE 19801~~ (Counsel for CMS, Et al)

McKenty, Daniel, Esq. BAR # 2689 ~~1225 N. King St., Suite 1100~~ P.O. Box 397 ~~Wilmington, DE 19899-0397~~ (Counsel for FCM, Inc.)

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

N/A

N/A

Patrick Rock, Esq.
(Counsel for CMS)
913 Market St. #800
Wilm., DE 19801

_David W_
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

_David W_
Signed as Original