David W. Williamson
SBI #183022, W-1, L-12
1181 Paddock Rd.
Smyrna, DE 19977

Peter Rock, Esq. (Counsel for CMS, et al)
Re: Notice of Unserved Filings: Williamson v. CMS, et al, 06-379-SLR

Dear Counsel:

I am in receipt of a new and recent court docket for the above matter and I took notice to several filings made by defendants of which I never received any copies of:

    i. D.I. 162 Alie's Cross-claim to all defendants;

    ii. D.I. 171 Defendant's Answer to Alie's Cross-claim; and

    iii. D.I. 173 Cross-claims.

I believe the court rules call for all pro se plaintiffs to receive all court filings (e.g. discovery, etc). If I am correct, please provide me with the above filings at your earliest convenience.

Thank you,

David W/
David Williamson

10-4-07
Date

C.C. Clerk of District Court



RECEIVED
OCT - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M: David Williamson
SBI# 182022   UNIT S-2 C-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570