IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-379 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| CHRISTINE MALANEY, DONNA PLANTE, | : | TRIAL BY JURY OF |
| MARGARET LOVE, CHUKS IHUOMA, DR. | : | TWELVE DEMANDED |
| SITTA C. ALIE, DR. ALAN ZIMBAL, | : | |
| MICHELLE ROBINSON, JUANITA CLARK, | : | |
| DR. CARLA KIONKE and FIRST | : | |
| CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS RESPONSE TO PLAINTIFF'S MOTION
FOR ADDITIONAL TIME TO RESPOND TO DISCOVERY**

1. Plaintiff has filed a Motion for Enlargement of Time to response to defendant's discovery (D.I. 197).

2. Defendant's do not oppose the Plaintiff's request for an extension of time to file responses.

                              Respectfully Submitted,
                              Marks, O'Neill, O'Brien & Courtney, P.C.

By:   */s/ Patrick G. Rock, Esquire*
       Megan T. Mantzavinos, Esquire (ID No. 3802)
       Patrick G. Rock, Esquire (ID No. 4632)
       913 North Market Street, #800
       Wilmington, DE 19801
       (302) 658-6538
       *Attorney for Defendants*

DATE: October 11, 2007

DE093048.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| v. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : | |
| DR. ZIMBALL, MICHELLE ROBINSON, | : | |
| JUANITA CLARK, KARLA KIONKE, and | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

_____

**CERTIFICATE OF SERVICE**
_____

I, Patrick G. Rock hereby certify that on October 11, 2007, I electronically filed Response to Plaintiff's Motion to Enlarge Time with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| James Edward Drnec, Esquire | Daniel L. McKenty, Esquire |
| Balick & Balick, LLC | Heckler & Frabizzio |
| 711 North King Street | 800 Delaware Avenue, #200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-4265 | *Attorneys for Defendant First Correctional* |
| *Attorney for Defendant Dr. Zimball* | *Medical* |

DE093049.1

I have served same via first class US mail, postage prepaid, two copies to the Pro Se Defendant:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

                                          /s/ Patrick G. Rock
                                          Patrick G. Rock, Esquire (I.D. No. 4632)
                                          Marks, O'Neill, O'Brien & Courtney, P.C.
                                          913 North Market Street, #800
                                          Wilmington, DE 19801
                                          (302) 658-6538
                                          *Attorney for Defendant*