UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON,<br><br>      Plaintiff,<br>v.<br><br>CORRECTIONAL MEDICAL SERVICES, INC., CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE (AKA MAGIE BAILEY), CHUKS IHUOMA, SITA ALIE, ALAN ZIMBLE [AKA DR. ZIMBULL], MICHELLE ROBINSON, JUANTA CLARK, CARLA KIONKE [AKA JANE DOE DENTIST], and FIRST CORRECTIONAL MEDICAL-DELAWARE, LLC.<br><br>      Defendants. | Case No. 06-379 (SLR)<br>JURY TRIAL DEMANDED |

# SEALED DOCUMENT FOR DOCKET ITEM # 201 EXHIBIT A