David Williamson
SBI # 183022
S-1, C-21
1181 Paddock Rd.
Smyrna, DE 19977



October 4, 2007

Bureau Chief of Prisons
RE: Medical Grievance Follow up for Continued Chronic-care Med Interruptions

Bureau Chief:

I grieved CMS's repeat and on going incidence of causing unnecessary interruptions in my chronic care meds (e.g. thyroid meds, etc) (See MG # __15453__ & __59170__ ). The Department "upheld" my MG, of which made a request for reasonable corrective action: That CMS simply provide all four CC Meds "KOP" cards at the beginning of the med cycle as opposed to providing separate "KOP" individually every 30 days.

Unfortunately, I have experienced thirteen documented medication interruptions under CMS's watch since July 2005, and as of today I will experience another unnecessary med interruption. For example, on 09-27-07, I submitted a request for my next set of KOP med cards (I have three cards remaining on the order); when I still had eight doses left, however, my name has not appeared on the medication pick up list to date. Today I took my last dose and again my name was not posted on the medication list.

I appreciate that the Department "upheld" my reasonable request, however, no corrective action or the upheld relief have been realized to date and I continue to suffer a significant impairment of my normal daily functions and a significant health risks as a result of these continuing med interruptions. Consequently, I believe medical grievances are to be monitored for compliance, so I respectfully request that the relief I requested be provided.

Thank you for your time and consideration in this matter.

*David W*

David Williamson

C.C. U.S. District Court In Re: Williamson v. CMS, et al, 06-379-SLR

CMS Delaware Regional Offices & Peter Rock, Esq, (Counsel for defendant CMS).



RECEIVED
OCT 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M: David Williamson
SBI# 183022   UNIT: S.4.C.21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570





02 1A
0004608975
UNITED STATES POSTAGE
$ 01.650
OCT 11 2007
MAILED FROM ZIPCODE 19977