IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | ) | |
|     Plaintiff, | ) | |
| v. | ) | C.A. 06-379-SLR |
| CORRECTIONAL MEDICAL SERVICES, Inc, et al, | ) | |
|     Defendants. | | |

RECEIVED OCT 15 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## WILLIAMSON SEEKS LEAVE TO SUPPLEMENT HIS MOTION FOR RELIEF FROM JUDGMENT

Williamson seeks leave to supplement his motion for relief from judgment relating to the denial of his request for reasonable medical care with newly discovered medical evidence/authority. The interests of justice and the pursuit of the truth warrant the inclusion of this newly discovered medical evidence. Williamson offers the following:

    1. Over six months after defendant CMS made its opposition to Williamson's TRO/PI know (D.I. 50); CMS flied a supplemental response (D.I. 147) to said TRO/PI. Therein, CMS –for the first time- advanced a surprisingly new and materially different defense from the one CMS stated "with particularity" in its prior response to Williamson's TRO/PI request. Specifically, CMS inserted an affidavit by doctor Vandusen ("Vandusen's Aff't") that presented two key opinions relating to hypothyroidism, which by inference was a product of his medical knowledge:

    i. That hypothyroidism is not a "serious medical condition;" and

    ii. That medication lapses are no serious risk and symptoms normalize shortly after the meds are resumed.

Vandusen's Aff't had the effect of presenting an entirely new and materially different defense, because Vandusen's testimony did not support any prior position, but advanced a new and different defense. Both of Vandusen's assertions are heavily disputed and they are dubious because they are in irreconcilable conflict with Williamson's objective medical records and his experience with the resurgence of hypothyroidism symptoms. Williamson filed an objection to Vandusen's Aff't on 8-16-07 (D.I. 153), but the Court permitted it and alternatively denied Williamson's request for a TRO/PI on 9-10-07 (D.I. 164). Williamson immediately filed for relief from judgment and/or reargument on or about 09-18-07 (D.I. _____), which is pending before this Court.

    2. Rule 60 (b) allows relief for newly discovered evidence, fraud, misrepresentation, and/or any other reason that would justify relief under the doctrine of "equitable remedies." (See *Moolenar v. Gov. of V. Islands*,

822 F.2d 1342, 46 (3d Cir 1987). Williamson submits that the medical authority is highly relevant and appropriate for the Court's consider the following reasons:

    a) Unlike defendant CMS's supplemental response, Williamson does not propose to supplement his motion and surprise his opponent with an entirely new position, but only seeks to support his long-held position with relevant medical authority and refute defendant's expert medical opinion;

    b) CMS took over six months to file its supplement, but pro se plaintiff made every conceivable effort to marshal facts in response to CMS's surprise about face–in which he had to seek cooperation by an outside third party because a prisoner has no access to the Inter net- yet Williamson was able to do so in a little over one month from the filing of his motion;

    c) Williamson submits that Vandusen's Aff't was made in bad faith and contains material misstatements of fact, and that Williamson's newly discovered medical authority refutes Vandusen's assertions and thus provides the finder of fact accurate medical information in which to make an informed decision; and

    d) Manifest injustice resulted when defendants presented its surprise new defense and supported same with expert medical testimony, but Williamson's unopposed request for an independent expert was denied. Therefore, Williamson respectfully entreats the Court to allow the addition of said medical authority to right the manifest injustice and aid the trier of fact in the search for the truth. Williamson offers the following:

**Vandusen's Affidavit States the Following (See CMS's Supplemental Response D.I. 147):**
    a. Vandusen admits accurately that Williamson was diagnosed with hypothyroidism (at item 4);
    b. Vandusen admits accurately that hypothyroidism is a condition of the thyroid gland failing to produce an adequate supply of thyroid hormone to regulate the body's metabolism (at item 5);
    c. Vandusen admits –albeit incompletely- the common chronic symptoms of the disease (at item 6);
        i. Fatigue, ii. Weakness, iii.Weight gain, iv. Coarse of dry hair, v. Depression, vi. Dry rough pale skin, vii. Hair loss (i.e. alopecia either total or partial), viii. Muscle cramps/frequent muscle aches, ix. Constipation, x. Memory loss, and xi. Decreased libido (at item 6);

[However, Vandusen conveniently fails to list other serious symptoms of hypothyroidism: *chronic fatigue, confusion and impairment of mental alertness, increase levels of cholesterol, risk of heart disease, and risk of atherosclerosis.* **(Note that Williamson suffers a hereditary predisposition to heart disease and atherosclerosis due to a heavy incidence of both in his immediate family)**].

d. Vandusen states incorrectly that hypothyroidism is not considered a "serious" disease. (at item 8); [However, Vandusen's opinion is not supported by medical authority and is actually refuted by same (See below)];

e. Vandusen states incorrectly that lapses in medications are not a serious risk or amount to a serious medical need" (at item 9); However, Vandusen's opinion is not supported by medical authority and is actually refuted by same (See below)]; and

f. Vandusen states incorrectly that even "if a patient's symptoms were increased with a temporary lapse in medications, such symptoms would be expected to settle to normal when the medications are [resumed] administered" (at item 11); [However, Vandusen's opinion is not supported by medical authority and is actually refuted by same (See below)].

**Independent Medical Authority Refutes Vandusen and Supports an Entirely Different Conclusion:**

First, Williamson gleaned accurate medical information relating to hypothyroidism from two different authorites: the "American Association of Clinical Endocrinologists" ("AACE" ) (See http: //www. medem.com (9-27-2007) and "The Thyroid Foundation of America" ("TFA") (See http://www.org (9-27-2007), and these authorities refute Vandusen's dubious assertions.

For example, the AACE empathically directs that it is "*critical for optimal disease management*" to be "*consistent*" and take the hormone replacement meds at the "*same time every day*" (See Ex-A, p. 1 of 2 item marked #1). Also, that because the "*Thyroid hormone acts very slowly in the body ...it may take several months after treatment is started to notice improvement in symptoms.*" (See Ex-B, p. 3 of 4 at item marked #2). The AACE emphasizes these points and states "[o]ptimal adjustment of thyroid hormone dosage *is critical, since the body is very sensitive to even small changed in thyroid hormone levels*" and "*a dose that is too low* may cause "enlargement of the thyroid gland, *allow symptoms of hypothyroidism to persist*, and *be associated with increased serum cholesterol level, ....may increase the risk for atherosclerosis and heart disease.*" See Ex-B p. 3 of 4 at item marked #3).

In addition, the FTA reiterates the same valid points and states that "*[e]ven slight changes in TSH level could signify a serious health risk*" and the FTA even warns against altering one's prescription, let alone creating repeat med lapses. (See Ex-C, p. 1 of 2 at item marked #4) Above AACE indicated that it may take as much as several months for a patient on hormone maintenance meds to notice any relief in the hypothyroidism symptoms, and the FTA adds that even "if you change" thyroid med brands or dosages, that one should "repeat [a] TSH test in 4 to 6 weeks...[and again] six weeks after [medication] adjustment...to ensure stability and appropriate

hormone levels." (See Ex-C, p. 1 of 2 at item marked #5). Lastly, the FTA warns that "[h]ypothyroidism is associated with an increase risk of atherosclerosis and heart disease." (See Ex-D, p. 1 of 1 at item marked #6).

Consequently, if the body is "very sensitive" to even minor changes in thyroid hormone –to such an extent that even a change in brands of thyroid hormone meds would mandate additional TSH blood tests to occur within 4 to 6 weeks—in order to "ensure [that] stability and appropriate hormone levels are achieved" – and because the hormone **works** so slowly in the body that it takes at least 4 to 6 weeks for improvement in the symptoms, then it is clear that an outright interruption in the hormone replacement meds would and does cause an immediate and long-lasting, aggravation in the chronic symptoms and/or present serious health risks. No other conclusion presents itself. This medical authority completely refutes Vandusen's assertions, and it appears to demonstrate that Vandusen made material misstatements of fact to this Court and to Williamson. Moreover, Williamson made these very same claims in his complaint and in his TRO/PI, and every single claim Williamson made is now supported by this medical authority. Williamson did not have to abandon his claim because it was fatally flawed like defendant CMS did, and Williamson did not have to present material misstatement of facts or commit fraud to support his assertions like defendant CMS did. Williamson submits that the Court should strike Vandusen's Aff't due to the scandalous nature and bad faith of defendants, and/or give appropriate weight to this independent medical authority, Williamson's medical records (e.g. diagnosed with depression, chronic fatigue, etc), and Williamson's objective documentation that supports a significant impairment of his normal daily functions, and that Williamson did needlessly suffer on every one of the eleven med interruptions (actually thirteen documented CCMIs), and that Williamson does face a very real and tangible risk of future suffering and/or a significant risk to his future health and well being when defendant cause the inevitable next chronic care med interruption. The facts speak for themselves and relief is warranted.

Unfortunately, the Court's decision was based on Vandusen's Aff't and it, therefore, was based on misstatements of material facts and should be revisited.

WHEREFORE, in view of the above compelling facts, Williamson respectfully submits that as to CMS creating an on going and systemic breakdown in providing Williamson his "doctors' prescribed" daily hormone replacement meds, he suffers a serious medical disease that mandates consistent care and because CMS has repeatedly failed to provide the known as medic ally recommended and prescribed, Williamson needlessly suffers tangible injuries. Thus, Williamson enjoys a substantial likelihood of success on the merits and the reasonable medical relief he requested in his TRO/PI is warranted at this time.

David W———  
David Williamson, SBI #183022  
1181 Paddock Rd., Smyrna, DE 19977

_10-5-07_  
Date

4

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. Williamson Seeks Leave to Supplement His Motion for Enlarg. Relief from Judgment.

2. N/A

By placing same in a U.S. Mail receptacle on the ___8___ day of ___Oct.___ 200_7_.

Daniel McKently, Esq.
(Counsel for FCM, Inc.)
1225 N. King St., Suite 1100
Wilmington, DE 19809-0397
[crossed out]

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

Patrick Rock, Esq.
(Counsel for CMS, Inc.)
913 Market St., #800
Wilmington, DE 19801

N/A

_David W_____
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

_David W_____
Signed as Original

# EXHIBIT A

TAO/099999-9036/1346014/1



- HOME | SITE MAP | CONTACT US
SEARCH MEDICAL LIBRARY
FEATURE ARTICLE Nutrition During Pregnancy

> Home

## Medical Library

🖶 Printer-friendly format



### Simple Tips for Patients With Thyroid Disorders

**Know the Three "Ts" of Thyroid Therapy**

1. **Think About Your Thyroid:** Know the symptoms of over- and underactive thyroid and talk to your doctor when you don't feel well. Look for bulges or protrusions in the neck, which may indicate the presence of a thyroid disorder.

\#1

2. <u>**Take Your Medication:** Remember to be consistent.</u> If you have been prescribed thyroid medication, <u>take it at the same time every day, as directed by your doctor. Staying on the same brand and dose of thyroid medicine prescribed by your doctor is also critical for optimal disease management,</u> so check your prescription at every refill to make sure it is correct.

3. **Track Your Condition:** Make sure your doctor checks your TSH (Thyroid Stimulating Hormone) and Free T4 levels regularly to make sure you are in the optimal range.

**Target Your Numbers**

TSH (thyroid-stimulating hormone) and Free T4 tests are simple blood tests that measure the appropriateness of the thyroid gland's hormone production. It is very important for patients with thyroid imbalance to know their TSH and Free T4 numbers.

- The optimal TSH range is 0.3 to 3.0 mIU/L.
- You should talk to your doctors about their Free T4 numbers since laboratory ranges can vary.

**See an Endocrinologist**

AACE recommends hypothyroid patients in the following categories to see an endocrinologist:

- Patients of age 18 years or less
- Patients with sub-optimal response to therapy
- Pregnant patients
- Cardiac patients
- Presence of goiter, nodule or other structural changes in the thyroid gland

| | |
|---|---|
| Home<br>For Physicians<br>For Physician Groups<br>For Hospitals/Health Systems<br>For Health Plans<br>For Employers<br>**For Patients**<br>Create an iHealthRecord<br>What is an iHealthRecord<br>Sign Up for Education Programs<br>*Secure Messaging* and *Online Consultation*<br>**Medical Library**<br>Medical News<br>Learning Centers<br>Smart Parents' Health Source<br>About Medem<br>Pay Your iHealth Subscription Online<br>Personal Health Record CME | • Presence of other endocrine disease<br><br>**Related Articles**<br><br>• Thyroid Fact Sheet<br>• Hyperthyroidism<br>• Hypothyroidism<br>• Thyroid Cancer<br>• Thyroid Nodule<br><br>© 2005 American Association of Clinical Endocrinologists<br><br>↑ back to top |



Find a **Physician** ▶
Find your physicians online

Free Children's Health Newsletter
Medem Smart Parents' Health Source

Tell a Friend About **iHealthRecord** ▶
Email with Your **Doctor** ▶

Contact Us | Terms of Service | Privacy Policy | Medical Disclaimer | Service Announcement
**Medem, Inc.** 100 Pine Street, 3rd Floor, San Francisco, CA 94111
Email: info@medem.com | Member Services: (877) 926-3336
Corporate: (415) 644-3800 | Fax: (415) 644-3950

Copyright © 2007 Medem, Inc. All Rights Reserved.

may be affected.

**Radioactive Iodine Treatment**
Hypothyroidism frequently develops as a desired therapeutic goal after the use of radioactive iodine treatment for hyperthyroidism.

**Spontaneous Onset**
Underproduction of thyroid hormones (hypothyroidism) can occur for no apparent reason.

**Thyroid Operation**
Hypothyroidism may be related to surgery on the thyroid gland, especially if most of the thyroid has been removed.

**Medications**
Lithium, high doses of iodine, and amiodarone (Cordarone, Pacerone) can cause hypothyroidism.

**Subacute Thyroiditis**
Painful inflammation of the thyroid, the cause of which is unknown, may cause hypothyroidism after a period of overactivity (hyperthyroidism). Although the hypothyroidism is usually temporary, in a small percentage of cases, it may become permanent.

**Postpartum Thyroiditis**
Shortly after pregnancy, the thyroid may go through a period of hyperthyroidism, followed by hypothyroidism, and then most often returns to normal function.

**Congenital Condition**
An infant may be born with an inadequate amount of thyroid tissue or an enzyme defect that does not allow normal thyroid hormone production. If this condition is not treated promptly, physical stunting and/or mental damage (cretinism) may develop.

**Pituitary Hypothyroidism**
Any destructive disease of the pituitary gland may cause damage to the cells that secrete Thyroid Stimulating Hormone (TSH), which stimulates the thyroid to produce normal amounts of thyroid hormone. This is a very rare cause of hypothyroidism.

**How Is Hypothyroidism Diagnosed?**

Characteristic symptoms and physical signs, which can be detected by a physician, can signal hypothyroidism. However, the condition may develop so slowly that many patients do not realize that their body has changed, so it is critically important to perform diagnostic laboratory tests to confirm the diagnosis and to determine the cause of hypothyroidism.

**TSH (Thyroid-Stimulating Hormone or Thyrotropin) Test**
An increased TSH level in the blood is the most accurate indicator of primary (nonpituitary) hypothyroidism. Production of this pituitary hormone is increased when the thyroid gland even slightly underproduces thyroid hormone.

**Other Tests**

- Free T4 (thyroxine) — the active thyroid hormone in the blood. It is important to note that there is a range of free T4 levels in

# EXHIBIT B

the blood of normal people, similar to the range for height, and that a value of free T4 that is "within normal limits" for the general population may not be appropriate for a particular individual.

- Thyroid autoantibodies — indicates the likelihood of auto immune thyroiditis being the cause of hypothyroidism

A primary care physician may make the diagnosis of hypothyroidism, but assistance is often needed from an endocrinologist, a physician who is a specialist in thyroid diseases.

**How Is Hypothyroidism Treated?**

# 2

Hypothyroidism is treated with a single daily dose of levothyroxine, given as a tablet. An experienced physician can prescribe the correct form and dosage to return the thyroid balance to normal. Older patients who may have underlying heart disease are usually started at a low dose and gradually increased while younger healthy patients can be started on full replacement doses at once. Thyroid hormone acts very slowly in the body, so it may take several months after treatment is started to notice improvement in symptoms.

# 3

Since most cases of hypothyroidism are permanent and often progressive, it is necessary to treat this condition throughout one's lifetime. Periodic monitoring of TSH levels and clinical status are necessary to ensure that the proper dose is being given, since medication doses may have to be adjusted from time to time. Optimal adjustment of thyroid hormone dosage is critical, since the body is very sensitive to even small changes in thyroid hormone levels. The tablets come in over 10 different strengths, and it is essential to take them in a consistent manner every day. A dose of thyroid hormone that is too low may fail to prevent enlargement of the thyroid gland, allow symptoms of hypothyroidism to persist, and be associated with increased serum cholesterol levels, which may increase the risk for atherosclerosis and heart disease. A dose that is too high can cause symptoms of hyperthyroidism, create excessive strain on the heart, and lead to an increased risk of developing osteoporosis.

It is extremely important that women planning to become pregnant are kept well adjusted, since hypothyroidism can affect the development of the baby. During pregnancy, thyroid hormone replacement requirements often change, so more frequent monitoring is necessary. Various medications and supplements (particularly iron) may affect the absorption of thyroid hormone; therefore, the levels may need more frequent monitoring during illness or change in medication.

Thyroid hormone is critical for normal brain development in babies. Infants requiring thyroid hormone therapy should NOT be treated with purchased liquid suspensions, since the active hormone may deteriorate once dissolved and the baby could receive less thyroid hormone than necessary. Instead, infants with hypothyroidism should receive their thyroid hormone by crushing a single tablet daily of the correct dose and suspending it in one teaspoon of liquid.

Appropriate management of hypothyroidism requires continued care by a physician experienced in the treatment of this condition.

**Related Articles**

# EXHIBIT C

# AllThyroid.org

Thyroid Disorders & Treatments » Treatments

## Changing Your Thyroid Prescription

The Thyroid Foundation of America has become aware that the Food and Drug Administration has determined that different brands of thyroid hormone tablets are similar enough to make changes between brands or from brand to generic tablets appropriate. We do not agree.

Physicians evaluate the effectiveness of thyroid hormone treatment by measuring the serum TSH test. TSH stands for Thyroid Stimulating Hormone which is made in your pituitary gland and reflects the amount of active thyroid hormone in your system. If your thyroid hormone levels are too low, TSH will be high. If you have too much thyroid hormone, your TSH will be low or absent. Even slight changes in TSH level could signify a serious health risk. The problem is that most patients and many physicians may not be aware that a change in thyroid prescription may change the TSH and pose serious health risks.

#4

### Who is at risk?

If the thyroid hormone level rises above normal as a result of a medication change elderly individuals have an increased risk for osteoporosis and for heart rhythm problems, including atrial fibrillation which can cause heart attacks, strokes, or heart failure. Anyone with underlying heart disease could be at markedly increased risk for these complications. Patients with thyroid cancer are often given thyroid treatment to raise thyroid hormone levels above normal to suppress cancer cell growth. They too could have heart problems if new treatments further elevated their thyroid hormone levels.

Should the thyroid level fall as a result of a change in thyroid hormone medication, pregnant women who have been appropriately regulated on their previous medication could be at risk for hypothyroidism. Even mild degrees of hypothyroidism have been shown to increase a pregnant women's risk for miscarriage, a low birth weight baby, hypertension at the time of delivery, and a possible IQ deficit in their baby.

### If Your Physician Changes Your Prescription

TFA recommends that you stay on whatever brand of thyroid hormone that your doctor prescribes. If your doctor does recommend a different thyroid medication for you, TFA recommends that you discuss with your doctor having a repeat TSH test in 4 to 6 weeks. If your TSH level is no longer normal, your doctor will advise you about an appropriate adjustment of your thyroid hormone dosage based on the results of your new TSH test. Six weeks after this adjustment, a final TSH test should be done to ensure stability and appropriate hormone levels. We note that it is likely that there will be a cost for such a change because of the need for extra office visits and extra TSH tests which may or may not be covered by your health insurance. We urge you to discuss these issues with your physician.

#5

In some states, a pharmacist may make the recommendation for a change to a different brand or generic thyroid hormone. If so, discuss the changes with your physician who is better informed about your overall medical health and in the best position to make that decision.

We would also appreciate it if you would answer our TFA Thyroid Treatment Questionnaire giving us your experiences if you do change your medication.

If you have questions about this or other thyroid issues, please contact us by phone at 800-832-832.

TFA

©2004 The Thyroid Foundation Of America. All Rights Reserved.

The Thyroid Foundation Of America
One Longfellow Place, Suite 1518
Boston, MA 02114
(800) 832-8321

# EXHIBIT D

# AllThyroid.org

Ask the Doctor > Homocysteine

**Hypothyroidism and Homocysteine**

**"Is there any connection between hypothyroidism and homocysteine, as in 'The Homocysteine Revolution' by K. McCulley?"** — EB, NYC

Homocysteine is an amino acid (one of the building blocks of protein) which has recently been implicated as one of the risk factors for atherosclerosis, leading to heart attacks and strokes. While physicians have not yet reached a consensus, and few recommend screening of homocysteine levels (the way we screen cholesterol), recent studies support a a 3- to 4-fold increased risk of a heart attack among patients with the highest levels of homocysteine. Folate and vitamin B12, which are involved in the metabolism of homocysteine, may help reduce levels. It is not certain whether such treatment reduces the risk of heart attacks.

Preliminary studies have found that homocysteine levels are higher in patients with untreated hypothyroidism. Homocysteine levels were not lower in patients with hyperthyroidism.

Hypothyroidism is associated with an increased risk of atherosclerosis and heart disease. There has been debate as to whether this is due to increased cholesterol levels in hypothyroid patients, or whether there is a genetic linkage between Hashimoto's thyroiditis and atherosclerosis. It now appears possible that elevated homocysteine levels are another factor.   #6

Treatment of hypothyroidism leads to a reduction in cholesterol, LDL cholesterol, and homocysteine levels, however, so patients taking appropriate doses of levothyroxine should not have to be more concerned than the average person about their homocysteine levels.

However, pernicious anemia is an autoimmune disorder resulting in vitamin B12 deficiency. Hashimoto's thyroiditis, which is the most common cause of hypothyroidism in developed countries, is also an autoimmune disorder. Therefore, patients with Hashimoto's thyroiditis should periodically have their vitamin B12 levels assessed to prevent vitamin B12 deficiency, which would, among other things, result in higher homocysteine levels.

TFA

©2004 The Thyroid Foundation Of America. All Rights Reserved.

The Thyroid Foundation Of America
One Longfellow Place, Suite 1518
Boston, MA 02114
(800) 832-8321