IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 06-379-SLR |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC., CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE, CHUKS IHUOMA, DR. SITTA C. ALIE, DR. ALAN ZIMBLE, MICHELLE ROBINSON, JUANITA CLARK, and DR. CARLA KIONKE, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL SERVICE ORDER**

WHEREAS, plaintiff, David W. Williamson, a prisoner incarcerated at the

Delaware Correctional Center, filed his complaint and amended complaints pursuant to

42 U.S.C. § 1983 (D.I. 2, 9, 15);

WHEREAS, on July 19, 2007, the court gave plaintiff leave to amend to name

the correct First Correctional Medical defendant (D.I. 122);

WHEREAS, on September 14, 2007, plaintiff filed a motion to docket a second

amended complaint naming as a defendant First Correctional Medical-Delaware, LLC

(D.I. 170);

THEREFORE, at Wilmington this _19th_ day of October, 2007, IT IS ORDERED

that:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Plaintiff's motion (D.I. 170) is **granted**. The clerk of the court is directed to file the Second Amended Complaint instanter.

IT IS FURTHER ORDERED that:

1. This order shall supplement the court's service orders (D.I. 12, 16, 93) dated September 19, 2006, October 10, 2006, and May 17, 2007, respectively.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall provide **an original** "U.S. Marshal-285" form for the **newly added defendant First Correctional Medical-Delaware, LLC. Plaintiff shall provide the court with a copy of the second amended complaint for service upon the newly added defendant. Plaintiff is notified that the United States Marshal will not serve the second amended complaint until the USM-285 form and a copy of the second amended complaint have been received by the clerk of the court. Failure to provide a USM-285 form and a copy of the second amended complaint for the newly added defendant within 120 days from the date of this order may result in dismissal of the second amended complaint or dismissal of the newly added defendant pursuant to Federal Rule of Civil Procedure 4(m).**

3. Upon receipt of the documents by paragraph 2 above, the United States Marshal shall forthwith serve a copy of the seconded amended complaint, this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the newly added defendant identified in the USM-285 form.

4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not

been received from the newly added defendant, the United States Marshal shall personally serve said defendant(s) pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant(s) shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7. **NOTE:** *** When an amended complaint is filed prior to service, the Court will **VACATE** all previous Service Orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

8. **Note:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

_____
UNITED STATES DISTRICT JUDGE