# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD - SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE - SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801
———
(302) 658-6538
FAX (302) 658-6537

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE - SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER - SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET - SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

PATRICK G. ROCK
Member DE, ME & MA Bars
prock@mooclaw.com

October 23, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

**Re:     Williamson v. Correctional Medical Services, et al.**
**C.A. No. 06-379 SLR**
**Our File No. 431-79315**

Dear Judge Robinson:

Your Honor issued an Order this morning that indicated "Discovery is stayed." (D.I. 219).

Defendant Correctional Medical Services and another individual defendant were required to file discovery responses today. I understand the Court's Order to stay all discovery and as a consequence will defer filing responses until the Court issues a scheduling Order.

If the Court's Stay Order is only meant to apply to the Plaintiff's Request for Discovery and not for all discovery, I request additional time to file Responses to Request for Admission and Answers to Interrogatories.

James Drnec, Esquire does not oppose this request. I have left a message for Mr. McKenty, but as of the time of sending this letter, I do not know Mr. McKenty or Mr. Williamson's respective positions.

Thank you.

DE094126.1

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

Judge Robinson
page two

Respectfully,

PATRICK G. ROCK

PGR/mlm

cc:    James Drnec, Esquire
       Daniel L. McKenty, Esquire
       Mr. David Williamson

DE094126.1