IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID WILLIAMSON,                                    )

     pro se, Plaintiff,                          )

     vs.                                          )     Case No.:    06-379-SLR

                                                  )

CORRECTIONAL MEDICAL SERVICES, et al            )

     Defendants.                                  )

                                                  )

                                                  )

                                                  )

                                                  )

**RECEIVED**

OCT 2 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW Williamson, Plaintiff, pursuant to Fed. R. Civ. P, rule 6 (b) and appropriate local rule, and or case authority and does respectfully request an additional ___20___ days to reply to Defendant's _(Defendant Alan Zimble, 0.0.S.'s Motion For Summary Judgment)( N.I. ——)._

Williamson is pro se and seeks pleading leniency under Haines v. Kerner, 404 U.S. 519 (1972). Plaintiff offers the following in support:

1. Williamson is a friend of the Court –who comes in good faith and not to delay or obstruct the judicial process.

2. Plaintiff is a pro se prisoner, thus meaningful and timely communication with Defendants is impractical, however, Plaintiff presumes Defendants object.

3. Plaintiff is in receipt of Defendant's _Motion for Summary Judgment_

dated __10-15-07__, however, delivered by standard mail service.

1

4. A reply/answer or objection is due no later than ___10-30-07___ .

5. The instant request is filed in compliance with Fed R. Civ. P. Rule 6 (b) (i.e. within five days of due date). Williamson requests until 11-19-07 (20 days) to reply to Zimble's....

6. Plaintiff faces extraordinary obstacles that the Defendants are not impeded by. Specifically, as a pro se prisoner, Plaintiff is limited to no more than two ninety minute sessions at the prison law library. Moreover, this three hour maximum total one has for research etc. is often times reduced because the law library is unable to accommodate the prisoner population and therefore bumps a litigant from the schedule.

7. Once a prisoner litigant is bumped, it can take an additional two weeks to secure another law library session. Also, the "compound" law library does not provide photocopied cases or reporters via a satellite or mail order system, and Plaintiff falls into this category and must be scheduled in to visit the law library -- otherwise he has no access to court rules, indexes, case law, or Sheppard's – and only then by appointment.

8. Lastly, once Plaintiff completes a draft motion etc., He must submit the document –via In House Mail– with the required "Request" for the appropriate number of copies. This process typically takes five days before the request is satisfied and a prisoner litigant is only then able to mail off his documents to the Court and the Defendants. As such, Plaintiff can realize no more than three hours of law library time in any given seven day period and then, assuming Plaintiff completes a draft within that period, He must wait another five days to receive any copies of the draft. Assuming Plaintiff can complete the necessary research in the meager three hours allotted He can expect to spend no less than 12-15 days completing the process, and it simply is not realistic to believe that a pro se litigant can adequately research an argument or check Defendant's claim(s) for legal veracity etc. in only three hours using hard copy books (nineteenth century technology). Absent the Court's leave for an extension of time, Plaintiff is impeded from responding logically and adequately and He faces substantial prejudice. Justice and judicial economy is best served by granting Plaintiff's reasonable and timely request.

**WHEREFORE**, in view of the above facts Plaintiff asks this Honorable Court grant His request for an extension of time to reply.

_David W_____

David Williamson, 183022
1181 Paddock Rd. W-1, L-12
Smyrna, DE 19977

_10-18-07_
Date

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

## ORDER

By Order of the Court, regarding Case No. _____, Plaintiff's request for an

Enlargement of time is Granted. Plaintiff has until _____ date to file the

Answer/response/objection to Defendant's _____

_____.

The Clerk of the Court shall enter the Order on the Court's Docket effective as dated below.

_____                    _____
The Honorable Judge                                              Date

1

CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed

below the following true and correct documents:

1. _Enlargement of Time to Respond to Zimble's Motion for_

   _Summary Judgment._

   _____

2. _N/A_ _____

   _____

   _____

By placing same in a U.S. Mail receptacle on the ___21___ day of ___October___ 200_7_.


                                        Daniel McKenlly, Esq.
                                        (Counsel for FCM, Inc.)
                                        1225 N. King St., Suite 1100
                                        Wilmington, DE 19809-0397

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801                    Patrick Rock, Esq.
(Counsel for Dr. A. Zimble)            (Counsel for CMS, Inc.)
                                        913 Market St., #800
                                        Wilmington, DE 19801


_N/A_ _____                     _____


_Dav)W_
David Williamson, SBI #183022           _Dav)W_
1181 Paddock Rd., W-1, L-12             _Signed as Original_
Smyrna, DE 19977

I/M David Williamson

SBI# 183022    UNIT S-1, C-21

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE

PITNEY BOWES

$ 00.580

02 1A

0004608975    OCT 22 2007

MAILED FROM ZIP CODE 19977

U.S. District Court

344 King St.

Lockbox 18

Wilmington, DE 19801-3570

19801357O C012