UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-3490

Williamson v. Correctional Medical Services, Inc.
(D. Del. No. 06-cv-379 SLR)

To: Clerk

1) Motion to Voluntarily Withdraw Appeal

---

The foregoing Motion at (1) is denied. The mechanism for voluntary withdrawal of an appeal, Rule 42(b), Fed. R. App. P., is only applicable if appellant "pays any fees that are due." Since appellant has not paid the $455.00 in filing and docketing fees and has not been granted leave to proceed in forma pauperis, the appeal cannot be withdrawn on the basis on that Rule.

However, the appeal is voluntarily dismissed pursuant to Misc. Rule 107.1, Third Circuit Local Appellate Rules, since appellant has indicated that he does not wish to pursue the appeal and, therefore, does not intend to pay the required fees. There is no substantive difference whether the appeal is dismissed pursuant to Rule 42(b), Fed. R. App. P., or Misc. Rule 107.1, Third Circuit Local Appellate Rules. Dismissal on either grounds does not prejudice appellant's ability to file a new appeal when an appealable order is entered and no taxable costs have been incurred in the appeal.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:    October 24, 2007
lwc/cc:   DWW
         MM
         DLM

A True Copy:

Marcia M. Waldron, Clerk