David Williamson
SBI #183022
S-1, C-21
1181 Paddock Rd.
Smyrna, DE 19977

Clerk of U.S. District Court

RE: Court Docket for Williamson v. CMS, et al, 06-379-SLR

Dear Mr. Dalleo:

Please provide me the last four pages of the Court Docket for the above listed case at your earliest convenience. Enclosed is a check for $2.00 to cover the page expense.

Thank you,

*David W*

David Williamson

FILED
OCT 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M David Williamson
SBI# 183022   UNIT S-1, C-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 OCT 2007 PM 2 L

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570

19801+3570