OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 26, 2007

TO: David W. Williamson
    SBI #183022
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    **RE:  *Request for Copywork;*06-379(SLR)**

Dear Mr. Williamson:

    A letter and check has been received by the Clerk's Office
from you requesting the last four pages of your docket sheet.

    Please be advised that in accordance with the directive from
the Judicial Conference of the United States the fee for copywork
is fifty ($.50) cents per page. ***Should you require copywork in the
future***, please be aware of this fee requirement. Prepayment should
be sent with your request, check or money order payable to Clerk,
U.S. District Court. Enclosed please find a the last four pages of
the docket and your receipt, number 149369.

    Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

                              Sincerely,

/ead                          PETER T. DALLEO
                              CLERK

cc: The Honorable Sue L. Robinson
enc: Docket Sheet