UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | ) | |
| | ) | Case No. 06-379 (SLR) |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| CORRECTIONAL MEDICAL SERVICES, INC., CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE (AKA MAGIE BAILEY), CHUKS IHUOMA, SITA ALIE, ALAN ZIMBLE [AKA DR. ZIMBULL], MICHELLE ROBINSON, JUANTA CLARK, CARLA KIONKE [AKA JANE DOE DENTIST], and FIRST CORRECTIONAL MEDICAL-DELAWARE, LLC. | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ALAN ZIMBLE'S**
**WITHDRAWAL OF CROSS CLAIMS**

Defendant Alan Zimble ("Answering Defendant") by and through his undersigned counsel, hereby withdraws all cross claims asserted in the above-captioned matter.

BALICK & BALICK, LLC

     /s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant Dr. Alan Zimbal

Date:   October 29, 2007

**CERTIFICATE OF SERVICE**

I, James E. Drnec, hereby certify that on this date, I served on the parties below in the manner indicated, copies of the Defendant Alan Zimble's Withdrawal of Crossclaims.
.

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Patrick Rock, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>913 N. Market Street<br>Suite 800<br>Wilmington, De 19801 | Megan Trocki Mantzavinos, Esquire<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>913 N. Market Street<br>Suite 800<br>Wilmington, De 19801 |

David W. Williamson
SBI #183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                      /s/ James E. Drnec
                                      James E. Drnec

Dated: October 29, 2007