# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD - SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE - SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

(302) 658-6538
FAX (302) 658-6537

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE - SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER - SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET - SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

PATRICK G. ROCK
Member DE, ME & MA Bars
prock@mooclaw.com

October 31, 2007

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

Re:   Williamson v. Correctional Medical Services, et al.
      C.A. No. 06-379 SLR
      Our File No. 431-79315

Dear Judge Robinson:

    I have received "Plaintiff's Cross-Motion for Partial Summary Judgment and Opposition to Defendant Zimble's Motion for Summary Judgment" on October 30, 2007. The Plaintiff's Motion asks for "partial summary judgment in Williamson's favor and against pertinent defendants."

    I have read the Court's Order (D.I. 219) that denied defendant Zimbal's Motion for Summary Judgment as premature with leave to re-file after the expiration of discovery deadline.

    The defendants oppose the Plaintiff's "cross motion" and have many defenses, including statute of limitations and other Rule 8 and Rule 12(b) defenses.

    May the Court please advise of whether a Response to Plaintiff's Motion is due and if the Court requires a Response at this time, Defendants ask for an additional 30 days to prepare a response.

    Thank you.

Marks, O'Neill, O'Brien & Courtney, P.C.

Judge Robinson
page two

                                                            Respectfully,

                                                            *[signature]*
                                                            PATRICK G. ROCK

PGR/mlm

cc:   James Drnec, Esquire
      Daniel L. McKenty, Esquire
      Mr. David Williamson

DE094126.1