# SEALED DOCUMENT

Case 1:06-cv-00379-SLR    Document 231    Filed 10/30/2007    Page 1 of 1