IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-379 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| CHRISTINE MALANEY, DONNA PLANTE, | : | |
| MARGARET LOVE, CHUKS IHUOMA, DR. | : | TRIAL BY JURY OF |
| SITTA C. ALIE, DR. ALAN ZIMBAL, | : | TWELVE DEMANDED |
| MICHELLE ROBINSON, JUANITA CLARK, | : | |
| DR. CARLA KIONKE and FIRST | : | |
| CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

**MOTION FOR EXTENSION OF TIME**

1. The Court has issued a notice indicating that correspondence is not the correct manner by which to communicate with the Court and directing Counsel to the Court's web page. The Court's web page indicates that substantive relief will not be granted through correspondence. Out of an abundance of caution, Counsel offers this Motion, to wit:

2. This Court issued an Order on October 19, 2007 (D.I. 219) deciding several motions. One of the Motions the Court denied as premature was the Plaintiff's Motion for Discovery against First Correctional Medical, Inc.

3. The Court granted the Plaintiff's Motion for Additional Time to respond to Discovery and then indicated,

> Having made said ruling, the court notes that plaintiff recently filed a second amended complaint naming a new defendant. That defendant has not yet been served. Moreover, a scheduling order has not been entered, and will not be

{DE095625.1}

|     |     |
| --- | --- |
|     | entered, until all parties have been served and answered or otherwise appeared. Until that time discovery is stayed. |
| 4.  | Counsel understands that Discovery is not permitted prior to the Rule 16 Scheduling Conference, but Delaware Local Rule 16.2 exempts this case from Fed. R. Civ. P. 16(b) and 26(f) as the Plaintiff is incarcerated and *pro se.* |
| 5.  | The Defendant Correctional Medical Services had been issued a "Third Set of Requests for Admission," most, if not all of which, defendant does not admit, that were due to be responded to on or about October 23, 2007.  As the Court's Order indicated that "Discovery is Stayed," counsel for Defendant wrote to the Court to confirm that Responses to Requests for Admission were not due to be responded to as discovery had been stayed.  Yet, if counsel was wrong in interpreting the Court's Order and that Discovery was only stayed as to the Plaintiff's attempt to serve discovery upon First Correctional Medical, Inc., then counsel asks for additional time to respond to the Discovery such that Defendant would not be deemed to have admitted the Third Requests for Admissions. |
| 6.  | In the Order of October 19, 2007, (D.I. 219) the Court also denied co-defendant Dr. Zimbal's Motion for Summary Judgment as premature allowing Defendant leave to refile after discovery. |
| 7.  | About 10 days later, on October 28, 2007, Plaintiff filed a "Cross-Motion for Partial Summary Judgment and Opposition to Defendant Zimble's Motion for Summary Judgment" seeking "partial summary judgment in Williamson's favor and against pertinent defendants." |

{DE095625.1}

8. Ordinarily, Motions are due to be responded to in 10 days pursuant to rule, unless another time is fixed by the Court.

9. Again, out of an abundance of caution, counsel wrote to the Court on October 31, 2007 to confirm that a Response was not due, as the Court had just recently denied the Co-defendant's Motion for Summary Judgment as premature.

10. Defendants Oppose the Plaintiff's Cross Motion and if Counsel has misunderstood the Court's ruling, thereby, making a Response to Plaintiff's Cross Motion's Due, then Counsel requests additional time to respond to the Motion so the Court does not deem it unopposed.

        Respectfully submitted,

        Marks, O'Neill, O'Brien & Courtney, P.C.

        /s/ Patrick G. Rock
        Megan T. Mantzavinos, Esquire (ID 3802)
        Patrick G. Rock, Esquire (ID 4632)
        913 Market Street, #800
        Wilmington, DE 19801
        (302) 658-6538
        *Attorney for Defendant*

DATED: November 8, 2007

{DE095625.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, | : |
| | : |
| Plaintiff, | : |
| | : C.A. No.: 06-379 SLR |
| V. | : |
| | : TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : |
| DR. ZIMBULL, MICHELLE ROBINSON, | : |
| JUANITA CLARK, DENTIST JANE JOE, and | : |
| FIRST CORRECTIONAL MEDICAL, | : |
| | : |
| Defendants. | : |

**NOTICE OF MOTION**

TO: David Williamson  
SBI #183022, W-1, L-12  
1181 Paddock Road  
Smyrna, DE 19977

James Edward Drnec, Esquire  
Balick & Balick, LLC  
711 North King Street  
Wilmington, DE 19801  
(302) 658-4265  
*Attorney for Defendant Dr. Zimbull*

Daniel L. McKenty, Esquire  
Heckler & Frabizzio  
800 Delaware Avenue, #200  
Wilmington, DE 19801  
*Attorneys for Defendant First Correctional Medical*

PLEASE TAKE NOTICE that the attached motion in will be heard at the convenience of the court before the honorable Sue L. Robinson, the Judge assigned to this case.

Marks, O'Neill, O'Brien & Courtney, P.C.

By: /s/ Patrick G. Rock, Esquire  
Megan T. Mantzavinos, Esquire (ID No. 3802)  
Patrick G. Rock, Esquire (ID No. 4632)  
913 North Market Street, #800  
Wilmington, DE 19801  
(302) 658-6538  
*Attorney for Defendant*

{DE095638.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> CORRECTIONAL MEDICAL SERVICES, INC., : <br> CHRISTINE MALANEY, DONNA PLANTE, : <br> MARGARET LOVE, CHUKS IHUOMA, DR. S. : <br> ALIE, DR. ALAN ZIMBAL, MICHELLE : <br> ROBINSON, JUANITA CLARK, DR. CARLA : <br> KIONKE and FIRST CORRECTIONAL : <br> MEDICAL, : <br> : <br> Defendants. : | C.A. No.: 06-379 SLR <br><br> TRIAL BY JURY OF TWELVE DEMANDED |

**ORDER**

HAVING READ THE DEFENDANT'S MOTION and any responses thereto, IT IS ORDERED THAT:

1. Defendant's Motion for Extension of Time to file Responses to Requests for Admission and to Respond to Plaintiff's Cross Motion for Summary Judgment is Denied as Moot as no Responses are Required. Discovery is stayed as to all parties and The Plaintiff's Cross Motion for Summary Judgment is Denied as premature,     OR,

2. Defendant's Motion for Extension of Time to File Responses to Request for Admission is GRANTED, responses are due _____ and;

3. Defendants' Motion for Extension of Time to Respond to Plaintiff's Cross Motion for Summary Judgment is Granted, a response is due _____.

_____         _____
Date                                                                              J.

{DE095636.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No.: 06-379 SLR |
| v. : | |
| : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, : | |
| DR. ZIMBULL, MICHELLE ROBINSON, : | |
| JUANITA CLARK, DENTIST JANE JOE, and : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, **Patrick G. Rock**, hereby certify that on **November 8, 2007,** I electronically filed a Notice of Motion/Motion For Extension of Time with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

James Edward Drnec, Esquire
Balick & Balick, LLC
711 North King Street
Wilmington, DE 19801
(302) 658-4265
*Attorney for Defendant Dr. Zimbull*

Daniel L. McKenty, Esquire
Heckler & Frabizzio
800 Delaware Avenue, #200
Wilmington, DE 19801
*Attorneys for Defendant First Correctional Medical*

{DE095643.1}

I have served via first class mail two copies of Notice of Motion/Motion For Extension of Time to the Pro Se Defendant:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

                                       */s/ Patrick G.Rock*
                                       Patrick G. Rock, Esquire (I.D. No. 4632)
                                       Marks, O'Neill, O'Brien & Courtney, P.C.
                                       913 North Market Street, #800
                                       Wilmington, DE 19801
                                       (302) 658-6538
                                       *Attorney for Defendant*

{DE095643.1}