IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID W. WILLIAMSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-379-SLR |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE, CHUKS IHUOMA, SITTA C. ALIE, DR. ALAN ZIMBLE, MICHELLE ROBINSON, JUANITA CLARK, and DR. CARLA KIONKE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 9th day of November, 2007, having considered plaintiff's pending cross-motion for summary judgment;

IT IS ORDERED that the cross-motion for summary judgment is **denied** as premature with leave to refile after expiration of the discovery deadline. (D.I. 230)

_____
UNITED STATES DISTRICT JUDGE