David Williamson
SBI # 183022, S-1
1181 Paddock Rd.
Smyrna, DE 19977


RECEIVED
NOV 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SS

October 28, 2007
Re: Williamson v. CMS, et al, 06-379-SLR

Clerk of Court:

    On 10-28-07 I received copy-work (e.g. docket pages) from the Court that were dated 10-26-07. Therein, at D.I. 219, is an Order by the Court, which was dated 10-23-07. To date I, plaintiff, have not received any such Order from the Court.

    I request that a tracer be placed on the whereabouts of the Order, assuming that it was mailed. Also, I request a true and correct copy be forwarded directly. Lastly, I request credit for the elapsed time (i.e. tolling of time) from 10-23-07 until the time it takes the Court to furnish the Order in the event I wish to file reargument or any appeals.

    In closing, please find enclosed a check for $2.00. Please provide pages 26-29 of the Court docket (e.g. four pages) at your earliest convenience.

Thank you
David W——

I/M David Williamson
SBI# 183022    UNIT S-1, C-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
03 NOV 2007 PM 3 T

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3570

19801+3570


U.S.M.S. X-RAY


RECEIVED NOV 13 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE