OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

November 14, 2007

TO: David W. Williamson
    SBI #183022
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE:** *Copy of Docket Sheet, CA 06-379 SLR*

Dear Mr. Williamson:

    Per your request, your copy order has been completed and is enclosed, along with your receipt for $2.00. Also, please find a copy of the Order (DI# 219) as requested.

                                      Sincerely,

/rc                                   PETER T. DALLEO
                                        CLERK

cc: The Honorable Sue L. Robinson, CA 06-379 SLR

Enclosed: Docket Sheet and Receipt #149572