

Affidavit accompanying Motion for
Permission to Appeal in Forma Pauperis

United States District Court for the District of Delaware

David W. Williamosn, palintiff/Appellent

D.C. Case No.06-379-SLR

v.

Third Cir. No.

Correctional Medical Services, et al, defendants

Affidavit in Support of Motion

I swear or affirm under penalty of perjury that,
because of poverty, I cannot prepay the
docket fees of my appeal or post bond for
them. I believe I am entitled to redress I swear or
affirm under penalty of perjury that my answers
on this form are true and correct. (28 U.S.C. §
1746, 18 U.S.C. § 1621)

Signed: _David W. Williamson_
        David Williamson

Instructions

Complete all questions on this application and
then sign it. Do not leave any blanks. If the
answer to a question is"0", "none" or "not
applicable (N/A)," write in that response. If you
need more space to answer the question or to
explain your answer, attach a separate piece of
paper identified with your name, your case's
docket number, and the question number.

Date: _11-16-07_

My issues on appeal are: Defendant First Correcitonal Medical, Inc. (AKA First Correctional Medical,

Del. LLC) engaged in fraud, misrepresentation, or other misconduct, and the adverse conduct of FCM,

Inc. prevented Appellent from fully and fairly presenting its case, therefore the Court was in err when it

granted FCM, Inc's motion to dismiss it as a defendant in the above action.



FILED

NOV 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | Your Spouse |
| Employment | $100. | $0 |
| Self-Employment | $0 | $0 |
| Income from real property such as rental income) | $0 | $0 |
| Interest and Dividends | $0 | $0 |
| Gifts | $100. | $0 |
| Alimony | $0 | $0 |
| Child Support | $0 | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $0 |
| Unemployment payments | $0 | $0 |
| Disability (such as social security, insurance payments) | $0 | $0 |
| Public Assistance (such as welfare) | $0 | $0 |
| Other (specify): N/A | $0 | $0 |
| **Total monthly income** | $200.00 | $0 |

2

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Prison Indusrtries | DCC Prison | July 2003 | 100.00 |
| | | Present | |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $100.00

Below, state any money you or spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse |
|---|---|---|---|
| N/A | | $ | $ |
| N/A | | $ | $ |
| N/A | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.

3

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Value | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|---|
| N/A | | | |
| | | N/A | |
| N/A | | N/A | Make & year: N/A |
| | | N/A | \N/A |
| | | | Model: N/A |
| | | | N/A |
| | | | Registration #: N/A N/A |

| Motor Vehicle # 2 (Value) | | Other assets | (Value) | Other assets(Value) |
|---|---|---|---|---|
| | | N/A | | N/A |
| | | N/A | | N/A |

Make & year: N/A

Model: N/A

Registration #: N/A

6. State every person, business or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|

N/A

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|

N/A

4

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | **You** | **Your Spouse** |
|---|---|---|
| Rent or Home Mortgage | $N/A | $N/a |
| (Include lot rented for mobile home) | | |
| Are real estate taxed included? | | |
| ☐ yes ☒ no | | |
| Is property insurance included? | | |
| ☐ yes ☒ no | | |
| Utilities (electricity, heating fuel water, sewer, and telephone) | $N/A | $ |
| Home maintenance (repairs and upkeep) | $N/a | $ |
| Food | $100.00 | $ |
| Clothing | $10. | $ |
| Laundry and dry-cleaning | $0 | $ |
| Medical and dental expenses | $0 | $ |
| Transportation (not including motor vehicle payments) | $0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $0 | $ |
| Homeowners or renters | $0 | $ |
| Life | $0 | $ |
| Health | $0 | $ |
| Motor Vehicle | $0 | $ |
| Other: 0 | $0 | $ |
| Taxes (not deducted from wages or included in mortgage payments)(specify): 0 | $0 | $0 |

5

|  | You | Your Spouse |
|---|---|---|
| Installment payments | $0 | $0 |
| Credit Card (name):0<br>0 | $0 | $0 |
| Department Store (name): 0<br>0 | $0 | $0 |
| Other: 0<br>0 | $0 | $0 |
| Alimony, maintenance and<br>Support paid to others | $0 | $0 |
| Regular expenses for operation<br>of business or farm (attach<br>detailed statement) | $0 | $0 |
| Other (specify):0<br>0 | $0 | $0 |
| **Total monthly expenses:** | $110.00 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☒Yes __     If yes, describe on an attached sheet. $\left( See \ p. \ 8 \right)$

10. Have you paid <u>No</u> Or will you be paying <u>No</u> an attorney any money for services in connection with this case, including the completion of this form?

☐Yes ☒No     If yes, how much? $  *N/A*

If yes state the attorney's name, address and telephone number:

6

11.    Have you  paid <u>Yes</u> or will you be paying <u>Yes</u> anyone other than an attorney(such a  paralegal or typist) any money for services in connection with this case, including completion of this form?

☐ Yes ☒ No        If yes, How much? $

If yes, state the persons name, address and telephone number:

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. Granted Informa pauperis in District Court regarding C.A. No. 06-379-SLR.

13.    State the address of your legal residence.

David Williamson
183022, W-1 L-12
1181 Paddock Rd
Smyrna, DE 19977

Your daytime telephone number: (    )  - N.A.
Your age: 41   Your years of Schooling: Bachelors Degree

Rev: 9/24/04

9. (Addendum) Changes to monthly income or expenses may or do include the following:

a) Monthly income is likely to be reduced by about $45$\underline{^{00}}$ due to a cut in hours.

b) Monthly expenses have risen to an average of $120$\underline{^{00}}$ per month, and in addition the expense of Legal Mail postage is averaging about $20$\underline{^{00}}$ a month. (See Six Month Account Statement for postage expenses).

Dave Williamson signed as original
Dave Williamson
DAVID Williamson

11-16-07
Date

183022, L-12, W-1
1181 Paddock Rd.
SmyRNA, DE 19977

-8-

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. _____

### ADDENDUM TO AFFIDAVIT IN SUPPORT OF MOTION
### TO PROCEED IN FORMA PAUPERIS

Notice to Litigant: The Prison Litigation Reform Act of 1995, effective
April 26, 1996, has made significant changes to the in forma pauperis
statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of
court filing or docketing fees for prisoners who are granted leave to
proceed in forma pauperis. This applies to original proceedings and
appeals from decisions in civil actions or proceedings. Once a prisoner
has been granted leave to proceed in forma pauperis, the prisoner is
obligated to pay the entire filing and/or docketing fee in the manner
prescribed by statute, regardless of the outcome of the proceeding or
appeal.

Prisoners proceeding in forma pauperis are now required to pay an
initial partial filing fee, and thereafter periodic payments will be made
from the prisoner's institutional account until the entire fee has been
paid. 28 U.S.C. §1915 (b)(1). If a prisoner does not have sufficient
funds to pay the initial partial fee, the prisoner will not be prohibited
from proceeding. Once there are sufficient funds in the prisoner's
account, however, funds will be collected in the manner prescribed by the
statute until the entire fee has been paid. 28 U.S.C. §1915 (b)(4). The
obligation to pay the fees and any subsequent costs continues even if the
prisoner is transferred or released from custody.

Therefore, you should consider carefully whether you wish to go
forward with an appeal or proceeding before you submit an affidavit in
support of motion to proceed in forma pauperis to this Court.

The Act has amended § 1915 to require that you submit an affidavit
in support of motion to proceed in forma pauperis that includes a statement
listing all of your assets. 28 U.S.C. § 1915(a)(1). Therefore, when
completing the attached affidavit, you must include a complete listing of
your assets. You also must complete the following certification:

I declare (or certify, verify, or state) under penalty of perjury
under the laws of the United States of America that I have the sum of $____
$15109/100 in my prison account at (name of institution in which your are
confined) Delaware Correctional Center, Smyrna, DE, 1181 Paddock Rd. .

Dave W
Applicant's Signature

Rev. 9/97

## CERTIFICATION OF PRISON ACCOUNT STATEMENT

**NOTICE TO PRISONER:**  You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application.  28 U.S.C. §1915(a)(2).  If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution.   The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

**NOTICE TO PRISON OFFICIALS:  Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed in forma pauperis.  28 U.S.C. § 1915(b)(2) (April 26, 1996).  Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.**

    I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____
Authorized Officer of Institution

RECEIVED-D.C.C.

SEP 2 0 2007

SUPPORT SERVICES MANAGER

(Rev. 5/00).

# Individual Statement
## From March 2007 to August 2007

Page 1 of 7

Date Printed: 9/20/2007

| SBI | Last Name | First Name | MI | Suffix |
|---|---|---|---|---|
| 00183022 | Williamson | David | | |

Beginning Month Balance: **$54.86**
Ending Month Balance: **$151.22**

Current Location: S1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 3/1/2007 | $101.04 | $0.00 | $0.00 | $155.90 | 394523 | | PI 1/24-2/23/07 | |
| Misc | 3/1/2007 | $100.00 | $0.00 | $0.00 | $255.90 | 395347 | 10779247967 | | R WILLIAMSON |
| Legal | 3/6/2007 | $0.00 | $0.00 | ($20.79) | $255.90 | 397015 | | FEB 07 | |
| Canteen | 3/7/2007 | ($32.03) | $0.00 | $0.00 | $223.87 | 397683 | | | |
| Pay-To | 3/8/2007 | ($20.00) | $0.00 | $0.00 | $203.87 | 398325 | | DUSTIN WILLIAMSO | |
| Legal | 3/9/2007 | ($20.79) | $0.00 | $0.00 | $183.08 | 398664 | | FEB 07 | |
| Pay-To | 3/12/2007 | ($21.95) | $0.00 | $0.00 | $161.13 | 398744 | | BOTTLE THOUGHTS | |
| Canteen | 3/14/2007 | ($11.60) | $0.00 | $0.00 | $149.53 | 400426 | | | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($5.60) | $149.53 | 401991 | | 3/11/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($1.11) | $149.53 | 401992 | | 3/12/07 | |
| Supplies-MailPosta | 3/19/2007 | $0.00 | $0.00 | ($2.31) | $149.53 | 402024 | | 3/2/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $148.42 | 403874 | | 2/1/07 | |
| Supplies-MailPosta | 3/22/2007 | ($6.05) | $0.00 | $0.00 | $142.37 | 404233 | | 1/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($5.00) | $0.00 | $0.00 | $137.37 | 404264 | | 2/13/07 | |
| Supplies-MailPosta | 3/22/2007 | ($5.60) | $0.00 | $0.00 | $131.77 | 404265 | | 2/13/07 | |
| Supplies-MailPosta | 3/22/2007 | ($4.20) | $0.00 | $0.00 | $127.57 | 404263 | | 2/13/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.35) | $0.00 | $0.00 | $126.22 | 404274 | | 2/15/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.83) | $0.00 | $0.00 | $124.39 | 404353 | | 2/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.83) | $0.00 | $0.00 | $122.56 | 404354 | | 2/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.83) | $0.00 | $0.00 | $120.73 | 404358 | | 2/17/07 | |
| Supplies-MailPosta | 3/22/2007 | ($5.60) | $0.00 | $0.00 | $115.13 | 404724 | | 3/11/07 | |
| Supplies-MailPosta | 3/22/2007 | ($1.11) | $0.00 | $0.00 | $114.02 | 404725 | | 3/12/07 | |
| Supplies-MailPosta | 3/22/2007 | ($2.31) | $0.00 | $0.00 | $111.71 | 404774 | | 3/2/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($1.11) | $111.71 | 405015 | | 2/28/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($1.35) | $111.71 | 405272 | | 3/9/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($1.35) | $111.71 | 405273 | | 3/9/07 | |
| Supplies-MailPosta | 3/22/2007 | $0.00 | $0.00 | ($0.63) | $111.71 | 405274 | | 3/9/07 | |
| Canteen | 3/26/2007 | ($21.52) | $0.00 | $0.00 | $90.19 | 405478 | | | |
| Mail | 3/27/2007 | $10.00 | $0.00 | $0.00 | $100.19 | 406313 | 5591378217? | | JOSEPH MYERS |
| Canteen | 3/29/2007 | ($19.51) | $0.00 | $0.00 | $80.68 | 407253 | | | |
| Misc Wage | 4/2/2007 | $64.75 | $0.00 | $0.00 | $145.43 | 407983 | | PI 2/24-3/23/06 | |

# Individual Statement
## From March 2007 to August 2007

Date Printed: 9/20/2007

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | $54.86 |
|---|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | | Ending Month Balance: | $151.22 |
| Current Location: | S1 | | Comments: | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/4/2007 | ($37.24) | $0.00 | $0.00 | $108.19 | 410298 | | | |
| Legal | 4/5/2007 | $0.00 | $0.00 | ($40.21) | $108.19 | 410612 | | MARCH 07 | |
| Mail | 4/5/2007 | $200.00 | $0.00 | $0.00 | $308.19 | 411071 | 11092187812 | | D WILLIAMS |
| Pay-To | 4/5/2007 | ($19.50) | $0.00 | $0.00 | $288.69 | 411216 | | BOTTLE THOUGHTS | |
| Legal | 4/5/2007 | ($40.21) | $0.00 | $0.00 | $248.48 | 411295 | | MARCH 07 | |
| Canteen | 4/11/2007 | ($57.01) | $0.00 | $0.00 | $191.47 | 413072 | | | |
| Supplies-MailPosta | 4/13/2007 | ($1.11) | $0.00 | $0.00 | $190.36 | 414748 | | 2/28/07 | |
| Supplies-MailPosta | 4/13/2007 | ($1.35) | $0.00 | $0.00 | $189.01 | 414799 | | 3/9/07 | |
| Supplies-MailPosta | 4/13/2007 | ($0.63) | $0.00 | $0.00 | $188.38 | 414801 | | 3/9/07 | |
| Supplies-MailPosta | 4/13/2007 | ($1.35) | $0.00 | $0.00 | $187.03 | 414800 | | 3/9/07 | |
| Canteen | 4/18/2007 | ($21.15) | $0.00 | $0.00 | $165.88 | 416623 | | | |
| Pay-To | 4/20/2007 | ($9.00) | $0.00 | $0.00 | $156.88 | 418165 | | PROJECT AWARE | |
| Supplies-MailPosta | 4/24/2007 | $0.00 | $0.00 | ($0.63) | $156.88 | 419436 | | 4/6/07 | |
| Canteen | 4/25/2007 | ($18.03) | $0.00 | $0.00 | $138.85 | 419842 | | | |
| Misc Wage | 5/1/2007 | $15.73 | $0.00 | $0.00 | $154.58 | 421029 | | PI 3/24-4/24/07 | |
| Legal | 5/1/2007 | $0.00 | $0.00 | ($35.01) | $154.58 | 422812 | | APR 07 | |
| Canteen | 5/2/2007 | ($23.54) | $0.00 | $0.00 | $131.04 | 423287 | | | |
| Legal | 5/4/2007 | ($35.01) | $0.00 | $0.00 | $96.03 | 424658 | | APR 07 | |
| Canteen | 5/9/2007 | ($28.04) | $0.00 | $0.00 | $67.99 | 426321 | | | |
| Mail | 5/11/2007 | $150.00 | $0.00 | $0.00 | $217.99 | 427239 | 11091387971 | | MOM DAD |
| Supplies-MailPosta | 5/15/2007 | $0.00 | $0.00 | ($0.63) | $217.99 | 428596 | | 4/20/07 | |
| Canteen | 5/15/2007 | ($42.02) | $0.00 | $0.00 | $175.97 | 428752 | | | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($1.35) | $175.97 | 428800 | | 4/12/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($1.35) | $175.97 | 428801 | | 4/12/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($2.55) | $175.97 | 428802 | | 4/12/07 | |
| Supplies-MailPosta | 5/16/2007 | $0.00 | $0.00 | ($1.11) | $175.97 | 428884 | | 4/23/07 | |
| Pay-To | 5/18/2007 | ($5.00) | $0.00 | $0.00 | $170.97 | 430190 | | ST ELIZABETH ANN | |
| Canteen | 5/22/2007 | ($19.47) | $0.00 | $0.00 | $151.50 | 431267 | | | |
| Supplies-MailPosta | 5/25/2007 | $0.00 | $0.00 | ($1.83) | $151.50 | 432808 | | 5/9/07 | |
| Pay-To | 5/25/2007 | ($10.00) | $0.00 | $0.00 | $141.50 | 432866 | | ST VINCENT DE PAU | |
| Pay-To | 5/25/2007 | ($6.00) | $0.00 | $0.00 | $135.50 | 432872 | | NAACP | |

# Individual Statement
## From March 2007 to August 2007

Date Printed: 9/20/2007

Page 3 of 7

| SBI | Last Name | First Name | MI | Suffix | | | Beginning Month Balance: | $54.86 |
|---|---|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | | | Ending Month Balance: | $151.22 |
| Current Location: | S1 | | Comments: | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/30/2007 | ($31.53) | $0.00 | $0.00 | $103.97 | 434490 | | | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($4.60) | $103.97 | 435276 | | 5/19/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($4.60) | $103.97 | 435277 | | 5/19/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($4.60) | $103.97 | 435278 | | 5/19/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($2.67) | $103.97 | 435279 | | 5/19/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | ($2.67) | $103.97 | 435280 | | 5/19/07 | |
| Supplies-MailPosta | 5/31/2007 | $0.00 | $0.00 | $2.67 | $103.97 | 435382 | | 5/31/07 | |
| Misc Wage | 6/1/2007 | $118.17 | $0.00 | $0.00 | $222.14 | 435807 | | PI 4/24-5/23/07 | |
| Pay-To | 6/1/2007 | ($10.00) | $0.00 | $0.00 | $212.14 | 436417 | | MICHELLE DRAKE | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $211.51 | 437202 | | 4/6/07 | |
| Supplies-MailPosta | 6/1/2007 | ($0.63) | $0.00 | $0.00 | $210.88 | 437367 | | 4/20/07 | |
| Supplies-MailPosta | 6/1/2007 | ($2.55) | $0.00 | $0.00 | $208.33 | 437471 | | 4/12/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.35) | $0.00 | $0.00 | $206.98 | 437469 | | 4/12/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.35) | $0.00 | $0.00 | $205.63 | 437470 | | 4/12/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.11) | $0.00 | $0.00 | $204.52 | 437584 | | 4/23/07 | |
| Supplies-MailPosta | 6/1/2007 | ($1.83) | $0.00 | $0.00 | $202.69 | 437689 | | 5/9/07 | |
| Supplies-MailPosta | 6/1/2007 | ($4.60) | $0.00 | $0.00 | $198.09 | 437844 | | 5/19/07 | |
| Supplies-MailPosta | 6/1/2007 | ($4.60) | $0.00 | $0.00 | $193.49 | 437845 | | 5/19/07 | |
| Supplies-MailPosta | 6/1/2007 | ($4.60) | $0.00 | $0.00 | $188.89 | 437846 | | 5/19/07 | |
| Supplies-MailPosta | 6/1/2007 | ($2.67) | $0.00 | $0.00 | $186.22 | 437847 | | 5/19/07 | |
| Supplies-MailPosta | 6/1/2007 | ($2.67) | $0.00 | $0.00 | $183.55 | 437848 | | 5/19/07 | |
| Supplies-MailPosta | 6/1/2007 | $2.67 | $0.00 | $0.00 | $186.22 | 437977 | | 5/31/07 | |
| Canteen | 6/6/2007 | ($57.25) | $0.00 | $0.00 | $128.97 | 439684 | | | |
| Canteen | 6/13/2007 | ($29.98) | $0.00 | $0.00 | $98.99 | 442263 | | | |
| Mail | 6/14/2007 | $15.00 | $0.00 | $0.00 | $113.99 | 443350 | 5701050254 | | J MYERS |
| Visit | 6/19/2007 | $100.00 | $0.00 | $0.00 | $213.99 | 445081 | 18912005-01278 | | D WILLIAMSON |
| Canteen | 6/20/2007 | ($29.86) | $0.00 | $0.00 | $184.13 | 445398 | | | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.58) | $184.13 | 447484 | | 6/17/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.75) | $184.13 | 447523 | | 6/18/07 | |
| Supplies-MailPosta | 6/25/2007 | $0.00 | $0.00 | ($0.75) | $184.13 | 447524 | | 6/18/07 | |
| Canteen | 6/27/2007 | ($40.74) | $0.00 | $0.00 | $143.39 | 448727 | | | |

## Individual Statement
### From March 2007 to August 2007

Date Printed: 9/20/2007

Page 4 of 7

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | Beginning Month Balance: | $54.86 |
| Current Location: | S1 | Comments: | | | Ending Month Balance: | $151.22 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 6/28/2007 | $0.00 | $0.00 | ($1.48) | $143.39 | 449535 | | 6/6/07 | |
| Misc Wage | 7/2/2007 | $85.67 | $0.00 | $0.00 | $229.06 | 450116 | | PI 5/24-6/23/07 | |
| Mail | 7/2/2007 | $15.00 | $0.00 | $0.00 | $244.06 | 450751 | 5633433875 | | J MYERS |
| Canteen | 7/5/2007 | ($35.32) | $0.00 | $0.00 | $208.74 | 452128 | | | |
| Pay-To | 7/5/2007 | ($20.00) | $0.00 | $0.00 | $188.74 | 452757 | | ARIEL WILLIAMSON | |
| Pay-To | 7/6/2007 | ($24.00) | $0.00 | $0.00 | $164.74 | 452933 | | PROTHONOTARY OF | |
| Pay-To | 7/6/2007 | ($9.00) | $0.00 | $0.00 | $155.74 | 453148 | | NAACP | |
| Canteen | 7/11/2007 | ($25.51) | $0.00 | $0.00 | $130.23 | 455066 | | | |
| Canteen | 7/18/2007 | ($17.84) | $0.00 | $0.00 | $112.39 | 458117 | | | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($4.60) | $112.39 | 459007 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($4.60) | $112.39 | 459011 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($4.60) | $112.39 | 459021 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($4.60) | $112.39 | 459022 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | $0.00 | $0.00 | ($1.31) | $112.39 | 459036 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | ($0.58) | $0.00 | $0.00 | $111.81 | 459189 | | 6/17/07 | |
| Supplies-MailPosta | 7/19/2007 | ($0.75) | $0.00 | $0.00 | $111.06 | 459247 | | 6/18/07 | |
| Supplies-MailPosta | 7/19/2007 | ($0.75) | $0.00 | $0.00 | $110.31 | 459248 | | 6/18/07 | |
| Supplies-MailPosta | 7/19/2007 | ($1.48) | $0.00 | $0.00 | $108.83 | 459365 | | 6/6/07 | |
| Supplies-MailPosta | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $104.23 | 459742 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $99.63 | 459743 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $95.03 | 459744 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | ($4.60) | $0.00 | $0.00 | $90.43 | 459745 | | 7/3/07 | |
| Supplies-MailPosta | 7/19/2007 | ($1.31) | $0.00 | $0.00 | $89.12 | 459794 | | 7/3/07 | |
| Mail | 7/20/2007 | $100.00 | $0.00 | $0.00 | $189.12 | 460055 | 1891290 | | D WILLIAMSON |
| Canteen | 7/25/2007 | ($42.05) | $0.00 | $0.00 | $147.07 | 461664 | | | |
| Supplies-MailPosta | 7/25/2007 | $0.00 | $0.00 | ($1.82) | $147.07 | 461955 | | 7/7/07 | |
| Mail | 7/27/2007 | $15.00 | $0.00 | $0.00 | $162.07 | 462830 | 5633443388 | | J MYERS |
| Misc Wage | 8/1/2007 | $108.05 | $0.00 | $0.00 | $270.12 | 463340 | | PI 6/24-7/23/07 | |
| Canteen | 8/1/2007 | ($17.09) | $0.00 | $0.00 | $253.03 | 465197 | | | |
| Pay-To | 8/2/2007 | ($8.50) | $0.00 | $0.00 | $244.53 | 465552 | | CLERK OF US DISTR | |
| Visit | 8/7/2007 | $100.00 | $0.00 | $0.00 | $344.53 | 467452 | 9269013150-02778 | | D WILLIAMSON |

## Individual Statement
## From March 2007 to August 2007

Date Printed: 9/20/2007

Page 5 of 7

| SBI | Last Name | First Name | MI | Suffix | | | Beginning Month Balance: | | $54.86 |
|---|---|---|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | | | Ending Month Balance: | | $151.22 |
| Current Location: | S1 | | Comments: | | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/8/2007 | ($39.32) | $0.00 | $0.00 | $305.21 | 468259 | | | |
| Supplies-MailPosta | 8/10/2007 | ($1.82) | $0.00 | $0.00 | $303.39 | 470235 | | 7/7/07 | |
| Canteen | 8/15/2007 | ($34.90) | $0.00 | $0.00 | $268.49 | 471996 | | | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($2.16) | $268.49 | 473118 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($2.50) | $268.49 | 473119 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($2.16) | $268.49 | 473120 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($2.16) | $268.49 | 473121 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($2.16) | $268.49 | 473122 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.31) | $268.49 | 473198 | | 7/26/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.31) | $268.49 | 473199 | | 7/26/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.31) | $268.49 | 473200 | | 7/26/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.31) | $268.49 | 473201 | | 7/26/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.31) | $268.49 | 473202 | | 7/26/07 | |
| Pay-To | 8/17/2007 | ($10.00) | $0.00 | $0.00 | $258.49 | 473208 | | 8/8/07 | ST VINCENT DE PAU |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($2.50) | $258.49 | 473259 | | 8/6/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.65) | $258.49 | 473282 | | 8/6/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.65) | $258.49 | 473283 | | 8/6/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.65) | $258.49 | 473285 | | 8/6/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($1.65) | $258.49 | 473289 | | 8/6/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($4.60) | $258.49 | 473413 | | 8/8/07 | |
| Supplies-MailPosta | 8/17/2007 | $0.00 | $0.00 | ($4.60) | $258.49 | 473539 | | 7/17/07 | |
| Supplies-MailPosta | 8/17/2007 | ($2.16) | $0.00 | $0.00 | $256.33 | 473616 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | ($2.50) | $0.00 | $0.00 | $253.83 | 473617 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | ($2.16) | $0.00 | $0.00 | $251.67 | 473618 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | ($2.16) | $0.00 | $0.00 | $249.51 | 473619 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | ($2.16) | $0.00 | $0.00 | $247.35 | 473620 | | 7/23/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.31) | $0.00 | $0.00 | $246.04 | 473666 | | 7/26/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.31) | $0.00 | $0.00 | $244.73 | 473667 | | 7/26/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.31) | $0.00 | $0.00 | $243.42 | 473668 | | 7/26/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.31) | $0.00 | $0.00 | $242.11 | 473670 | | 7/26/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.31) | $0.00 | $0.00 | $240.80 | 473669 | | 7/26/07 | |

**Individual Statement**
**From March 2007 to August 2007**

Date Printed: 9/20/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | Beginning Month Balance: | $54.86 |
| Current Location: | S1 | Comments: | | | Ending Month Balance: | $151.22 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 8/17/2007 | ($2.50) | $0.00 | $0.00 | $238.30 | 473692 | | 8/8/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.65) | $0.00 | $0.00 | $236.65 | 473711 | | 8/6/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.65) | $0.00 | $0.00 | $235.00 | 473712 | | 8/6/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.65) | $0.00 | $0.00 | $233.35 | 473714 | | 8/6/07 | |
| Supplies-MailPosta | 8/17/2007 | ($1.65) | $0.00 | $0.00 | $231.70 | 473719 | | 8/6/07 | |
| Supplies-MailPosta | 8/17/2007 | ($4.60) | $0.00 | $0.00 | $227.10 | 473741 | | 8/8/07 | |
| Supplies-MailPosta | 8/17/2007 | ($4.60) | $0.00 | $0.00 | $222.50 | 473844 | | 7/17/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($4.60) | $222.50 | 474233 | | 8/2/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($5.05) | $222.50 | 474242 | | 8/2/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($4.60) | $222.50 | 474243 | | 8/2/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($4.60) | $222.50 | 474244 | | 8/2/07 | |
| Supplies-MailPosta | 8/20/2007 | $0.00 | $0.00 | ($1.82) | $222.50 | 474245 | | 8/2/07 | |
| Canteen | 8/22/2007 | ($40.52) | $0.00 | $0.00 | $181.98 | 475593 | | | |
| Pay-To | 8/24/2007 | ($0.50) | $0.00 | $0.00 | $181.48 | 476756 | | | CLERK OF US DISTR |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($4.60) | $181.48 | 476767 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($0.97) | $181.48 | 476768 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.14) | $181.48 | 476922 | | 8/15/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.14) | $181.48 | 476923 | | 8/15/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.99) | $181.48 | 476924 | | 8/15/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.48) | $181.48 | 476925 | | 8/15/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.48) | $181.48 | 476926 | | 8/15/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($5.70) | $181.48 | 476978 | | 8/21/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($4.60) | $181.48 | 477002 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($1.48) | $181.48 | 477036 | | 8/17/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($4.60) | $181.48 | 477061 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($4.60) | $181.48 | 477071 | | 8/8/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($2.33) | $181.48 | 477083 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | ($2.33) | $181.48 | 477087 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | $0.00 | $0.00 | $0.00 | $176.88 | 477185 | | 8/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($4.60) | $0.00 | $0.00 | $171.83 | 477191 | | 8/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($5.05) | $0.00 | $0.00 | $167.23 | 477192 | | 8/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($4.60) | $0.00 | $0.00 | | | | | |

# Individual Statement
## From March 2007 to August 2007

Date Printed: 9/20/2007Page 7 of 7

| SBI | Last Name | First Name | MI | Suffix | | Beginning Month Balance: | | $54.86 |
|---|---|---|---|---|---|---|---|---|
| 00183022 | Williamson | David | | | | Ending Month Balance: | | $151.22 |
| Current Location: | S1 | Comments: | | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailPosta | 8/24/2007 | ($4.60) | $0.00 | $0.00 | $162.63 | 477193 | | 8/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.82) | $0.00 | $0.00 | $160.81 | 477194 | | 8/2/07 | |
| Supplies-MailPosta | 8/24/2007 | ($5.70) | $0.00 | $0.00 | $155.11 | 477317 | | 8/21/07 | |
| Supplies-MailPosta | 8/24/2007 | ($4.60) | $0.00 | $0.00 | $150.51 | 477332 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.48) | $0.00 | $0.00 | $149.03 | 477353 | | 8/17/07 | |
| Supplies-MailPosta | 8/24/2007 | ($4.60) | $0.00 | $0.00 | $144.43 | 477367 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | ($4.60) | $0.00 | $0.00 | $139.83 | 477375 | | 8/8/07 | |
| Supplies-MailPosta | 8/24/2007 | ($2.33) | $0.00 | $0.00 | $137.50 | 477382 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | ($2.33) | $0.00 | $0.00 | $135.17 | 477385 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | ($4.60) | $0.00 | $0.00 | $130.57 | 477440 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | ($0.97) | $0.00 | $0.00 | $129.60 | 477441 | | 8/16/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.14) | $0.00 | $0.00 | $128.46 | 477541 | | 8/15/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.14) | $0.00 | $0.00 | $127.32 | 477542 | | 8/15/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.99) | $0.00 | $0.00 | $125.33 | 477543 | | 8/15/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.48) | $0.00 | $0.00 | $123.85 | 477544 | | 8/15/07 | |
| Supplies-MailPosta | 8/24/2007 | ($1.48) | $0.00 | $0.00 | $122.37 | 477545 | | 8/15/07 | |
| Visit | 8/28/2007 | $100.00 | $0.00 | $0.00 | $222.37 | 478398 | 9269013398-03666 | | D WILLIAMSON |
| Canteen | 8/29/2007 | ($35.15) | $0.00 | $0.00 | $187.22 | 478867 | | | |
| Pay-To | 8/30/2007 | ($36.00) | $0.00 | $0.00 | $151.22 | 479714 | | | PRISON LEGAL NEW |

Ending Month Balance: $151.22

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Legal Hold: $0.00

Total Amount Currently on Restitution Hold: $0.00

Total Amount Currently on Other Hold: ($6.16)

# *DELAWARE CORRECTIONAL CENTER*
# *SUPPORT SERVICES OFFICE*
# *MEMORANDUM*

*TO:*    David Williamson *SBI#:* 183022

*FROM:*    Stacy Shane, Support Services Secretary

*RE:*    **6 Months Account Statement**

*DATE:*    September 20, 2007

---

Attached are copies of your inmate account statement for the months of
March 1, 2007    *to*    August 31, 2007

*The following indicates the average daily balances.*

| **MONTH** | **AVERAGE DAILY BALANCE** |
|-----------|---------------------------|
| March | 161.42 |
| april | 174.60 |
| May | 143.76 |
| June | 152.04 |
| July | 161.49 |
| aug | 231.05 |

*Average daily balances/6 months:*    170.84

*Attachments*
CC:    File

Stacy Shane
9/20/07

Carol Perue
9/20/07