

David Williamson
SBI # 183022
1181 Paddock Rd.
Smyrna, DE 19977



Peter Dalleo, Clerk of Court
Re: Williamson v. CMS, et al, CA No. 06-379-SLR: **Certification of Record for Appeal to Third Circuit**

Mr. Dalleo:

On __11-16-__ 2007, I (plaintiff/appellant) filed a Notice of Appeal to the U.S. Third Circuit Court of Appeals. Therein, I gave notice to appeal the following Orders of the District Court:

I. <u>As to the dismissal of defendant First Correctional Medical, Inc ("FCMI"):</u>

  a) **Order (D.I. 219) (10-23-07):** Denying (D.I. 139 & 144) Plaintiff's motions for reargument/relief from judgment from Court's **Order D.I. 122** and Denial of (D.I. 206) Plaintiff's leave to supplement D.I. 139;

  b) **Order (D.I. 122) (7-19-07)** at item 2: Granting (D.I. 49) "First Correctional Medical, Inc.'s ["FCMI"] motion to dismiss....";

  c) **Order (D.I. 120, 121, & 119) (7-19-07):** Denying (D.I. 37 & 42) Plaintiff's motions for default against defendant FCMI.

II. <u>As to the denial of Plaintiff's TRO/PI and related motions:</u>

  a) **Order (D.I. 219) (10-23-07):** Denying (D.I. 178) Plaintiff's motion for relief from judgment/reargument from the Court's **Order D.I. 164**, and Denying (D.I. 204) Plaintiff's motion for leave to supplement motion for relief from judgment D.I. 178, and denying (D.I. 172) Motion to strike;

  b) **Order (D.I. 219) (10-23-07):** Denying (D.I. 196) Plaintiff's leave to correct deficiencies of his motion for relief from judgment D.I. 178; and

  c) **Order (D.I. 164) (9-11-07):** Denying (D.I. 38 [39-40]) Plaintiff's motion for TRO/PI, and Denying (D.I. 153) Plaintiff's motion to strike defendant's supplemental response D.I. 146.

Appellate rules, rule 10 (b) requires an appellant to certify within ten days of filing a Notice to Appeal that no transcript need be ordered and/or to alternatively request the Clerk to prepare and forward the "Orders" to be appealed. Thus, I certify that no transcript is required regarding this Appeal. Appellant does submit, however, that it is necessary for the Full Record to be prepared and submitted to the Court of Appeals.

Thus, Appellant does request, pursuant to 24 (c) FRAP, that the court prepare and forward the Full Record to the Court of Appeals, or alternatively, pursuant to 30 (b) FRAP, Appellant does request that the following motions/responses be forwarded:

I. As to the dismissal of defendant First Correctional Medical, Inc ("FCMI"): Orders D.I. 219, 120, 121, 122, and related motions/replies: D.I. 206, 160, 145, 144, 140, 139, 100, 78, 65, 62, 55, 49, 48, 42, 23, 16, 15, 12, and 9.

II. As to the denial of Plaintiff's TRO/PI and related motions: Orders D.I. 219, 164, 119, _____, and related motions/replies: D.I. 204, 194, 196, 178, 154, 153, 147, 146, 116, 105, 96, 67, 66, 51, 50, 40, 39, 38, 44, and 43.

Thank you,

David Williamson                                                    11-16-07
                                                                      Date

C.C.

U.S. Court of Appeals
For the Third Circuit
U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Daniel McKently, Esq.
(Counsel of FCMI)
1225 N. Market St. Suite 1100
Wilmington, De 19809-0397

Patrick Rock, Esq.
(Counsel for CMS, et al)
913 Market St. Suite 800
Wilmington, DE 19801

James Drnec, Esq.
(Counsel for Zimble)
711 N. King St.
Wilmington, DE 19801

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff/Appellant, do swear that I have caused to be delivered upon the below listed parties the following true and correct filings:

1. _Certification of Record on Appeal_

2. _____

By placing same in a U.S. Mail receptacle on __16__ day of __Nov.__ 200_7_.

_David W_
David Williamson

U.S. Court of Appeals
For the Third Circuit
U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Patrick Rock, Esq.
(Counsel for CMS, et al)
913 Market St. Suite 800
Wilmington, DE 19801

Daniel McKently, Esq.
(Counsel of FCMI)
1225 N. Market St. Suite 1100
Wilmington, De 19809-0397

U.S. District Court
844 King St,
Lock box 18
Wilmington, DE 19801