U.S. COURT OF APPEALS, THIRD CIRCUIT

Circuit Court Docket No. _____

David W. Williamson,

Plaintiff/Appellant,                                District Court CA, No. 06-379-SLR

v.

Correctional Medical Services, Inc. et al

Defendants/Appellee (First Correctional Medical, Inc.)

Defendant/Appellee (Correctional Medical Services, Inc)

District Court Judge: Honorable Sue L. Robinson



### APPELLANT'S MOTION TO PROCEED ON THE ORIGINAL RECORD

Appellant, Williamson, moves this Honorable Court pursuant to FRAP 30 (f) and 3rd Cir. LAR 30. 2, to allow these proceedings to be determined on the original record. Williamson is a pro se plaintiff/appellant and seeks pleading leniency under *Haines v. Kerner*, 404 U.S. 519 (1972). See below:

1. Williamson is a pro se litigant who was granted informa pauperis status in the Delaware District Court below and Williamson has filed for a Notice of Appeal and Informa Pauperis for this appeal. Failure to grant the instant request will cause Williamson hardship and will be prohibitively burdensome and unnecessarily expensive (e.g. legal copies and postage).

2. Williamson filed with the lower Court on 11-16-07 a Certification of the Record (D.I. _____). Therein, Williamson states that no trial transcripts are required; however, he does request that the full record below be forwarded to the Court of Appeals.

3. Also, with the exception of some of the discovery items docketed, nearly the entire existing court docket pertains to matters on appeal. Granting this request will aid the Court and save judicial economy.

4. Williamson believes the original record is adequately developed for a fair and full determination of the issues on appeal.

WHEREFORE, Williamson prays this Honorable Court grants the instant request to proceed on the original record.

_David W_____                    _11-16-07_
David Williamson, SBI 183022                          Date
1181 Paddock Rd., Smyrna, DE 19977

CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff/Appellant, do swear that I have caused to be delivered upon the below listed parties the following true and correct filings:

1. Appellant's motion to proceed on the original record.

2. N/A

3. N/A

By placing same in a U.S. Mail receptacle on __16__ day of __November__ 200_7_.

*David W.*
David Williamson
SBI #183022
1181 Paddock Rd.
Smyrna, DE 19977

U.S. Court of Appeals
For the Third Circuit
U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

Daniel McKently, Esq.
(Counsel of FCMI)
1225 N. Market St. Suite 1100
Wilmington, De 19809-0397

Patrick Rock, Esq.
(Counsel for CMS, et al)
913 Market St. Suite 800
Wilmington, DE 19801

U.S. District Court
844 King St,
Lock box 18
Wilmington, DE 19801

I/M O. Williamson
SBI# 193022    UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
15 NOV 2007 PM 3 L

U.S.M.
X-RAY

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3507