IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-379 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE, CHUKS IHUOMA, DR. SITTA C. ALIE, DR. ALAN ZIMBAL, MICHELLE ROBINSON, JUANITA CLARK, DR. CARLA KIONKE and FIRST CORRECTIONAL MEDICAL, | : : : : : : : | |
| | : | |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

PLEASE WITHDRAW the appearance of Patrick G Rock, Esquire as attorney for Defendants Correctional Medical Services, Inc., Dr. Sita C. Alie, Donna Plante, Christine Malaney, Michelle Robinson, Margaret Love, Ihuoma Chuks, Juanita Clark and Dr. Carla Kionke. Megan T. Mantzavinos, Esquire will remain as counsel of record for said Defendants.

                                        *Patrick G. Rock*
                                        Patrick G. Rock, Esquire (4632)
                                        Marks, O'Neill, O'Brien & Courtney, P.C.
                                        913 North Market Street, #800
                                        Wilmington, DE 19801
                                        (302) 658-6538

DATED: November 26, 2007

## CERTIFICATE OF SERVICE

I, Megan T. Mantzavinos, Esquire, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 26th day of November, 2007, have served two copies of the attached **Withdrawal of Appearance** via First Class Mail upon the *Pro Se* Plaintiff and Electronic Service upon the following counsel of record, to wit:

David W, Williamson
SBI # 183022
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977
*Pro Se*

James Edward Drnec, Esquire
Balick & Balick, LLC
711 North King Street
Wilmington, DE 19801
(302) 658-4265

Daniel L. McKenty, Esquire
Heckler & Frabizzio
800 Delaware Avenue, #200
Wilmington, DE  19801
*Attorneys for Defendant First Correctional Medical*

                                          Marks, O'Neill, O'Brien & Courtney, P.C.

By:   /s/ *Megan T. Mantzavinos*
        Megan T. Mantzavinos, Esquire (I.D. 3802)
        913 North Market Street, #800
        Wilmington, DE 19801
        (302) 658-6538