IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     C.A. No. 06-379 SLR |
| | : |
| CORRECTIONAL MEDICAL SERVICES, INC., CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE, CHUKS IHUOMA, DR. SITTA C. ALIE, DR. ALAN ZIMBAL, MICHELLE ROBINSON, JUANITA CLARK, DR. CARLA KIONKE and FIRST CORRECTIONAL MEDICAL, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

PLEASE WITHDRAW the appearance of Patrick G Rock, Esquire as attorney for Defendants Correctional Medical Services, Inc., Dr. Sita C. Alie, Donna Plante, Christine Malaney, Michelle Robinson, Margaret Love, Ihuoma Chuks, Dr. Sitta Gombeh-Ali, Sitta C. Alie, Juanita Clark and Dr. Carla Kionke. Megan T. Mantzavinos, Esquire will remain as counsel of record for said Defendants.

                                                  /s/Ryan M. Ernst
                                                  Ryan M. Ernst, Esquire (4788)
                                                  Marks, O'Neill, O'Brien & Courtney, P.C.
                                                  913 North Market Street, #800
                                                  Wilmington, DE 19801
                                                  (302) 658-6538

DATED: November 28, 2007

{DE097359.1}

## CERTIFICATE OF SERVICE

I, Ryan M. Ernst, Esquire, of Marks, O'Neill, O'Brien & Courtney, P.C. hereby certify that on this 28th day of November, 2007, have served two copies of the attached **Entry of Appearance** via First Class Mail upon the *Pro Se* Plaintiff and Electronic Service upon the following counsel of record, to wit:

David W, Williamson
SBI # 183022
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977
*Pro Se*

James Edward Drnec, Esquire
Balick & Balick, LLC
711 North King Street
Wilmington, DE 19801
(302) 658-4265

Daniel L. McKenty, Esquire
Heckler & Frabizzio
800 Delaware Avenue, #200
Wilmington, DE 19801
*Attorneys for Defendant First Correctional Medical*

                              Marks, O'Neill, O'Brien & Courtney, P.C.

By:   */s/ Ryan M. Ernst*
       Ryan M. Ernst, Esquire (I.D. 4788)
       913 North Market Street, #800
       Wilmington, DE 19801
       (302) 658-6538

{DE097362.1}