OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 11, 2007

TO:  David W. Williamson
     SBI #183022
     DCC

RE:  Return of Checks #23244 and #23245

Enclosed checks in the amount of $50.00 and $5.00 are returned by the U.S. District Court Clerk's Office without action.

The District Court filing fee of $350.00 was paid in full as of 5/8/2007. A copy of the ledger is attached for your reference. The case number noted on the checks as "No. 07-4425 Dist Court Filing Fee" and "No. 07-4425 Appeals Court Docket Fee" refer to Mr. Williamson's pending appeal before the Third Circuit Court of Appeals.

We have spoken with the Clerk's Office case manager at the Third Circuit Court of Appeals who confirms that Appeal Case 07-4425 is pending, however, to date an order has not issued regarding the assessment or payment of appeals related filing fees. Absent such an order, the Clerk's Office at the U.S. District Court is not able to receipt payments for appeals related fees in subject case.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

Attachment -  Checks 23244 and 23245
              CA 06-379 payment ledger

cc:  The Honorable Sue L. Robinson, CA 06-379 SLR
     Delaware Correctional Center, ATTN: Business Office
     Financial Administrator

DAVID W. WILLIAMSON V. CORR. MEDICAL SERVICES ET AL

CA 06-379-SLR
CASE #3

| DATE | FUND | RECEIPT | AMOUNT | BALANCE |
|---|---|---|---|---|
| 6/23/2006 | | | | 350 |
| 7/13/2006 | 5100PL | 144051 | 50 | 300 |
| 8/14/2006 | 5100PL | 144383 | 30 | 270 |
| 9/12/2006 | 5100PL | 144689 | 20 | 250 |
| 12/4/2006 | 5100PL | 145559 | 50 | 200 |
| 1/23/2007 | 5100PL | 146183 | 40 | 160 |
| 1/23/2007 | 0869PL | 146183 | 7.76 | 152.24 |
| 2/8/2007 | 0869PL | 146407 | 52.24 | 100 |
| 2/8/2007 | 086400 | 146408 | 3.99 | 96.01 |
| 3/13/2007 | 086400 | 146836 | 20.79 | 75.22 |
| 4/9/2007 | 086400 | 147132 | 40.21 | 35.01 |
| 5/8/2007 | 086400 | 147491 | 35.01 | 0 |

