IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-379 SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | |
| CHRISTINE MALANEY, DONNA PLANTE, | : | |
| MARGARET LOVE, CHUKS IHUOMA, DR. | : | |
| SITTA C. ALIE, DR. ALAN ZIMBAL, | : | |
| MICHELLE ROBINSON, JUANITA CLARK, | : | |
| DR. CARLA KIONKE and FIRST | : | |
| CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Eileen M. Ford, Esquire as attorney for Defendants Correctional Medical Services, Inc., Dr. Sitta C. Alie, Donna Plante, Christine Malaney, Michelle Robinson, Margaret Love, Ihuoma Chuks, Dr. Sitta Gombeh-Ali, Sitta C. Alie, Juanita Clark and Dr. Carla Kionke. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserve the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

/s/ Eileen M. Ford
Megan T. Mantzavinos, Esquire (ID No. 3802)
Eileen M. Ford, Esquire (ID No. 2870)
Ryan M. Ernst, Esquire (ID #4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538

DATED: January 7, 2008

{DE100292.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| v. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : | |
| DR. ZIMBULL, MICHELLE ROBINSON, | : | |
| JUANITA CLARK, KARLA KIONKE, and | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Eileen M. Ford, Esquire, hereby certify that on January 7, 2008, I electronically filed **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| James Edward Drnec, Esquire | Daniel L. McKenty, Esquire |
| Balick & Balick, LLC | Heckler & Frabizzio |
| 711 North King Street | 800 Delaware Avenue, #200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-4265 | *Attorneys for Defendant First Correctional* |
| *Attorney for Defendant Dr. Zimbull* | *Medical* |

{DE085638.1}

I have served same via first class US mail, postage prepaid, two copies to the Pro Se Plaintiff:

Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

          /s/ Eileen M. Ford
Eileen M. Ford (ID No. 2870)
Megan T. Mantzavinos, Esquire (ID No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant*

{DE085638.1}