UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

January 29, 2008

Marcia Waldron, Clerk
United States Court of Appeals
   For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

         RE: Williamson v. Correctional Medical Services Inc. et al
         Civil Action No. 06-379 SLR
         USCA No. 07-4425

Dear Ms. Waldron:

    Enclosed please find:

    The Actual SEALED Records are being sent D.I.# 40, 46, 51 ex A, 76, 140, 145, 146, 154, 202 and 231.  Documents filed after February 28, 2005 will not be sent.  They were electronically filed.  Please find them on cm/ecf.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

         Very truly yours,

         /s/ Elizabeth Strickler
         Deputy Clerk

Enclosures         Sign here  _____