David Williamson
SBI #183022
DCC, S-1, C-21
1181 Paddock Rd.
Smyrna, DE 19977



Honorable Sue L. Robinson
RE: Williamson v. CMS, et al, CA No. 06-379-SLR: Notice of Imminent Denial of Daily Hormone Medications

Honorable Sue L. Robinson:

Williamson, plaintiff, hereby provides notice to the Court and defendants that CMS has capriciously and recklessly taken steps to ensure a likely and imminent denial of Williamson's needed and prescribed daily hormone replacement medications (e.g. Levothyroxine/multivitamins). CMS's acts/omissions are contrary to legitimate medical factors, are unnecessary, and they are known to cause said denials. Thus, CMS knowingly threatens the health, safety, and welfare of Williamson. This is unacceptable and contrary to the Court's finding that CMS is providing Williamson's medications as prescribed. (D.I. 164).

First, on 1-12-07, Williamson sought injunction for medical care (TRO/PI, D.I. 38-39), which in part, requested that Williamson's prescribed daily hormone replacement meds be provided so as not to cause unnecessary interruptions in the medication regiment. On 02-01-07, defendant CMS opposed Williamson's request and claimed that the "ten consecutive" med lapses between July 2005 and July 2006, were alleged and could not be proven. (D.I. 50-51). On 07-19-07 the Court ordered CMS to provide Williamson's medical records. (D.I. 119). On 08-09-07, CMS provided said medical records. (D.I. 147). Therein, each and every "alleged" med lapse was incontrovertibly verified and "proven." Nevertheless, the Court denied Williamson's request for consistent and adequate medical care on 09-10-07. (D.I. 164), and stated, in part: Williamson was receiving his medications as ordered. (Paraphrased). Williamson's medical records, however, verified that CMS clearly had not provided Williamson his meds as prescribed. Moreover, CMS now attempts to cause Williamson additional unnecessary medication denials.

For example, on 11-16-2008, CMS provided a Chronic Care Clinic "Clinic" for Williamson. This was to "Renew" the next medication lot. CMS "Renewed" (i.e. placed an order for three thirty dose KOP medication cards), ninety days worth of Williamson's daily hormone medications; however medication administration over the past three years resulted in renewals of four thirty day med cards or 120 total

doses. This provided a thirty day cushion of CC meds between Clinic schedulings. Also, CMS normally reschedules Clinics automatically about every ninety days. To date, CMS has failed to schedule Williamson's next requisite ninety day Clinic to renew his daily hormone medications.

Consequently, Williamson received his third and final thirty day med card on 1-17-08. Because the prior 11-16-07 Clinic deviated from prior 120 day renewal/med orders, CMS has eliminated the thirty day cushion between Clinic schedulings. Williamson's daily hormone meds will lapse on 02-17-08 absent a timely renewal Clinic or thirty day cushion. It is disturbing that CMS would employ both acts (e.g. only a 90 day renewal order), and omissions (e.g. failure to schedule 90 day Clinic), that are likely to insure unnecessary medication denials in addition to the fourteen denials to date.

In closing, Williamson provides this notice to the Court so that the Court is aware of this development and Williamson hopes that defendant CMS decides to take timely corrective action.

Respectfully,

David W——

David Williamson

1-28-08
Date

C.C. CMS Regional Offices
    DCC Hospital C/O Dr. Vandusen

## CERTIFICATE OF SERVICE

I, David Williamson, Plaintiff, do swear that I have caused to be delivered upon the defendants listed below the following true and correct documents:

1. _Notice of Imminent Denial of Dailey Hormone Medications_

2. _N/A_

By placing same in a U.S. Mail receptacle on the 30th day of January 2008.

Megan T. Matzavinos, Esq.
(Counsel for Chuks, Clark, et al)
913 N. Market St. Suite 800
Wilmington, DE 19801

Daniel McKently, Esq.
(Counsel for FCM, Inc.)
1225 N. King St., Suite 1100
Wilmington, DE 19809-0397

James E. Drnec, Esq
711 N. King St.
Wilmington, DE 19801
(Counsel for Dr. A. Zimble)

Patrick Rock, Esq.
(Counsel for CMS, Inc.) et al
913 Market St., #800
Wilmington, DE 19801

_N/A_

_David W_
David Williamson, SBI #183022
1181 Paddock Rd., W-1, L-12
Smyrna, DE 19977

_Dave W_

I/M DAVID WILLIAMSON
SBI# 193022    UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Legal Mail

U.S. District Court
844 King St.
Lockbox 18
Wilmington, DE 19801-3507

$00.58°  JAN 30 2008
MAILED FROM ZIP CODE 19977