UNITED STATES DISTRICT COURT IN AND
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | No. 06-cv-00379SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE, CHUKS IHUOMA, DR. SITTA C. ALIE, also known as DR. SITTA C. GOMBEH-ALIE, DR. ALAN ZIMBLE, MICHELLE ROBINSON, JUANITA CLARK, DR. CARLA KIONKE and FIRST CORRECTIONAL MEDICAL, INC. FIRST CORRECTIONAL MEDICAL-DELAWARE LLC, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES RESPONSE TO PLAINTIFF'S LETTER TO THE COURT DATED JANUARY 28, 2008 REGARDING ALLEGED DENIAL OF MEDICATION**
**(RELATED DOCKET #250)**

COMES NOW, Defendant, Correctional Medical Services ("CMS"), by and through its undersigned attorney to hereby respond to Plaintiff's letter to the Court dated January 28, 2008 (D.I. 250) and in response thereto states as follows:

1. Defendant is an inmate currently incarcerated at the Delaware Correctional Center, Smyrna, Delaware.

2. Defendant suffers from thyroid disease and is being treated in the Chronic Care unit at CMS for his diagnosis.

3. On January 17, 2008 David Williamson received a 30 day supply of 0.1 mg of Synthroid (Brand name)/Levothyrozine (Generic name) for his treatment. His prescription will expire on February 16, 2008. David Williamson is scheduled for an appointment in the Chronic

{DE102451.1}

Care unit on February 7, 2008 at which time his medication will be renewed. (See Exhibit "A" attached hereto)

4. This matter is currently on appeal to the Third Circuit (CA #07-4425) and Defendant requests an Order directing Plaintiff to cease using the United States District Court system as a means of communicating his perceived lack of treatment with respect to the matter before this Court while the matter is on appeal. Additionally, there is a medical grievance procedure in place at Delaware Correctional Center, which Plaintiff appears to be bypassing in sending such letters to the Court.

5. Additionally, since Plaintiff's letter contains substantative legal arguments and unsubstantiated factual allegations and conclusion, said letter should be returned to Plaintiff in accordance with Judge Robinson's chamber procedures.

WHEREFORE, Defendant, CMS, respectfully request the Court to ignore Plaintiff's letter as Moot and return said letter to Plaintiff.

/s/ Eileen M. Ford
Megan T. Mantzavinos, Esquire (ID No. 3802)
Eileen M. Ford, Esquire (ID No. 2870)
Ryan M. Ernst, Esquire (ID #4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant CMS*

DATED: February 12, 2008

{DE102451.1}

EXHIBIT "A"

# EXHIBIT "A"

## AFFIDAVIT OF RONNIE MOORE

STATE OF DELAWARE        :
COUNTY OF KENT           :

BE IT REMEMBERED that on this 12th day of February 2008, personally appeared before me, the Subscribed, a Notary Public for the State and County aforesaid, Ronnie Moore personally known to me as such, and being duly sworn according to law, did depose and say as follows based on personal knowledge:

1. I am over the age of eighteen and competent to make this Affidavit.

2. I am the Health Services Administrator at Correctional Medical Services, Inc. and as such have access to and the ability to read and interpret the medical records of David Williamson, Inmate # 183022.

3. The medical records of David Williamson are kept in the ordinary course of business of Correctional Medical Services, Inc.,

4. In order to respond to the letter to the Court dated January 28, 2008 (D.I. 250) regarding allegations that CMS is capriciously and recklessly withholding medication, I have reviewed David Williamson's medical file.

5. The file indicates that David Williamson is being treated for Hypothyroidism.

6. On January 17, 2008 David Williamson received a 30 day supply of 0.1 mg of Synthroid (Brand name)/Levothyrozine (Generic name) for his thyroid condition; that the prescription will expire on February 16, 2008.

7. David Williamson is scheduled for an appointment in the Chronic Care unit on February 7, 2008 at which time his medication will be renewed.

8. That contrary to the allegations in the letter (D.I. 250) David Williamson's medication is not at risk of lapsing.

The above information is true and correct to the best of my knowledge and belief.

_____
Ronnie Moore
Correctional Medical Service, Inc.,
Health Services Administrato

SWORN TO and SUBSCRIBED before me the day and year first above written.

_____
Notary Public

Brian D. Engrem
Notary Public, State of Delaware
My Commission Expires June 14, 2008

{DE102457.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID WILLIAMSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No.: 06-379 SLR |
| v. | : | |
| | : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., | : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE | : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, | : | |
| DR. ZIMBULL, MICHELLE ROBINSON, | : | |
| JUANITA CLARK, KARLA KIONKE, and | : | |
| FIRST CORRECTIONAL MEDICAL, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Eileen M. Ford, Esquire, hereby certify that on February 12, 2008, I electronically filed **Defendant Correctional Medical Services Response to Plaintiff's Letter to The Court Dated January 28, 2008 Regarding Alleged Denial of Medication** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to All Counsel on Record.

I have served same via first class US mail, postage prepaid, two copies to the Pro Se

Plaintiff:   Mr. David W. Williamson
SBI# 183022
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

/s/ Eileen M. Ford
Eileen M. Ford (ID No. 2870)
Megan T. Mantzavinos, Esquire (ID No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
*Attorney for Defendant CMS*

{DE102956.1}