UNITED STATES DISTRICT COURT IN AND
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID W. WILLIAMSON, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | No. 06-cv-00379SLR |
| | : | |
| CORRECTIONAL MEDICAL SERVICES, INC., CHRISTINE MALANEY, DONNA PLANTE, MARGARET LOVE, CHUKS IHUOMA, DR. SITTA C. ALIE, also known as DR. SITTA C. GOMBEH-ALIE, DR. ALAN ZIMBLE, MICHELLE ROBINSON, JUANITA CLARK, DR. CARLA KIONKE and FIRST CORRECTIONAL MEDICAL, INC. FIRST CORRECTIONAL MEDICAL-DELAWARE LLC, | : : : : : : : : : : : : | |
| Defendants. | : | |

**DEFENDANT, CORRECTIONAL MEDICAL SERVICES RESPONSE TO
PLAINTIFF'S MOTION TO STRIKE
{RELATED DOCKET #252}**

COMES NOW, Defendant, Correctional Medical Services (hereinafter "CMS") by and through their undersigned attorney to hereby file this response to Plaintiff's Objection/Motion to Strike DI 251 and in support thereof states as follows:

CMS has reviewed Plaintiff's Objection and/or Motion to Strike DI 251 and the attachments thereto and stands by the response that was filed to Plaintiff's January 28, 2008 Letter to the Court (DI 251). Plaintiff's recent filing (DI 252) does not contain any new information that the Court did not previously have before it in rendering prior decisions. Since this matter is on appeal with the Third Circuit and a briefing schedule is expected shortly, CMS

is not going to address any matters dealing with the merits of the case that may have been raised in Plaintiff's Objection and/or Motion to Strike (DI 252).

This response is being filed for the sole purpose of having a response to Plaintiff's motion set forth on the docket and to inform the Court of CMS's position with respect thereto.

/s/ *Eileen M. Ford*
Megan T. Mantzavinos, Esquire (ID No. 3802)
Eileen M. Ford, Esquire (ID No. 2870)
Ryan M. Ernst, Esquire (ID #4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
Attorney for Defendant CMS

Dated:  March 10, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID WILLIAMSON, : | |
| : | |
| Plaintiff, : | |
| : | C.A. No.: 06-379 SLR |
| v. : | |
| : | TRIAL BY JURY OF TWELVE |
| CORRECTIONAL MEDICAL SERVICES, INC., : | DEMANDED |
| C. MALANEY, DONNA PLANTE, MAGGIE : | |
| BAILEY, CHUKS IHUOMA, DR. S. ALIE, : | |
| DR. ZIMBULL, MICHELLE ROBINSON, : | |
| JUANITA CLARK, KARLA KIONKE, and : | |
| FIRST CORRECTIONAL MEDICAL, : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Eileen M. Ford, Esquire, hereby certify that on March 10, 2008, I electronically filed **Defendant Correctional Medical Services Response to Plaintiff's Motion to Strike** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

**James Edward Drnec, Esquire; Daniel L. McKenty, Esquire**.

I have served same via first class US mail, postage prepaid, two copies to the Pro Se

Plaintiff:   Mr. David W. Williamson
             SBI# 183022
             Delaware Correctional Center
             1181 Paddock Road
             Smyrna, DE  19977

                                   */s/ Eileen M. Ford*
                                   Eileen M. Ford (ID No. 2870)
                                   Megan T. Mantzavinos, Esquire (ID No. 3802)
                                   Marks, O'Neill, O'Brien & Courtney, P.C.
                                   913 North Market Street, #800
                                   Wilmington, DE 19801
                                   *Attorney for Defendant CMS*

{DE104730.1}